IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br> Plaintiff,<br><br>v.<br><br>ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC,<br><br> Defendants. | §§§§§§§§§§§§§§§<br><br>Civil Action No.:  **6:23-cv-00321**<br><br>FILED UNDER SEAL |

### ORDER GRANTING *EX PARTE* MOTION TO FILE UNDER SEAL AND TEMPORARILY SEALING DOCKET AND PROCEEDINGS

This matter came before the Court on the motion of Plaintiff Securities and Exchange Commission for a temporary seal of the docket and proceedings in this case under Local Rule 5.2. The Court, having reviewed the motion, the brief in support, the contents of the file, and the arguments of counsel, if any, is of the opinion that Plaintiff has shown good cause and that the motion is well-founded and should be GRANTED.

IT IS THEREFORE ORDERED that these proceedings, the pleadings, motions, memoranda, all orders, and all other filings herein shall be sealed until the earlier of the following:

1. Executed returns of service or waivers of service are filed, whereupon, the Clerk is ORDERED to unseal the matter; or

2. The Commission files a Notice of Status stating that because one or more of the defendants in the action have sufficient notice of this action, further sealing is unnecessary, whereupon, the Clerk is ORDERED to unseal the matter.

1

2

IT IS HEREBY FURTHER ORDERED that, any orders granting the *ex parte* relief requested in the documents described above, filed under seal, will also be filed under seal.

Dated: _____, 2023

_____
UNITED STATES DISTRICT JUDGE