## Return of Service

### UNITED STATES DISTRICT COURT
### Western District of Texas

Securities and Exchange Commission
   Plaintiff

Case Number: 6:23-cv-321

vs.

Roy W. Hill; et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Eric Shelly at 977 Carol Circle, West Chester, PA 19380.

I, Jeffrey Bairstow, being duly sworn, depose and say that on May 4, 2023 at or about 5:00 PM I served Summons & Complaint; Civil Cover Sheet; Motion to File Under Seal; [proposed] Order Granting Motion to File Under Seal; Certificate of Interested Persons; Certification Pursuant to Fed. R. Civ. P. 65(b); Plaintiff's Emergency Ex Parte Application for a Temporary Restraining Order and Orders: Freezing Assets, Requiring Sworn Accountings, Granting Expedited Discovery, Permitting Alternative Means of Service, Prohibiting the Alteration or Destruction of Documents, Appointing a Receiver and Requiring Defendants to Show Cause Why A Preliminary Injunction Should Not Be Granted; [proposed] Temporary Restraining Order and Order: Freezing Assets, Requiring Sworn Accountings, Granting Expedited Discovery, Permitting Alternative Means of Service, Prohibiting the Alteration or Destruction of Documents, and Requiring Defendants to Show Cause Why A Preliminary Injunction Should Not Be Granted; Plaintiff's Memorandum of Law In Support Of Its Application for Preliminary Injunction, Ex Parte Temporary Restraining Order, Asset Freeze, Appointment of Receiver, and Other Ancillary Emergency Relief; Appendix in Support of Plaintiff's TRO Application; [proposed] Order Appointing Receiver; Order Granting Ex Parte Motion to File Under Seal and Temporarily Sealing Docket and Proceedings; Temporary Restraining Order and Orders: Freezing Assets, Requiring Sworn Accountings, Granting Expedited Discovery, Permitting Alternative Means of Service, Prohibiting the Alteration or Destruction of Documents; Appointing a Receiver and Requiring Defendants to Show Cause Why A Preliminary Injunction Should Not Be Granted; Order Appointing Receiver personally to Eric Shelly at 10579 SW 11th Ter, Ocala, FL 34476.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Jeffrey Bairstow     5/4/23
Cavalier CPS     Date
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2023-109522
Reference: 23-FWRO-025

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| U.S. Securities and Exchange Commission <br><br> *Plaintiff(s)* <br> v. <br> ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, <br><br> *Defendant(s)* | Civil Action No. 6:23-CV-321 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric Shelly
123 East Commerce Street
Fairfield, TX 75840

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer D. Reece
United States Securities and Exchange Commission
801 Cherry St., Suite 1900
Fort Worth, TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/03/2023

*MDavis*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-CV-321

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Eric Shelly__
was received by me on *(date)* __5/4/2023__.

☒ I personally served the summons on the individual at *(place)* __10579 SW 11th Ter, Ocala, FL 34476__ on *(date)* __5/4/2023 at 5:00PM__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/4/23__

*Server's signature*

Jeffrey Bairstow, Process Server
*Printed name and title*

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset