AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| U.S. Securities and Exchange Commission<br><br>*Plaintiff(s)*<br>v.<br>ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC,<br><br>*Defendant(s)* | Civil Action No. 6:23-CV-321 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Roy W. Hill
    977 Carol Cir,
    West Chester, PA 19380

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jennifer D. Reece
    United States Securities and Exchange Commission
    801 Cherry St., Suite 1900
    Fort Worth, TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/03/2023

*KDavis*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-CV-321

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROY W. HILL
was received by me on *(date)* 5/5/2023.

☒ I personally served the summons on the individual at *(place)* 181 US Hwy 84 West FAIRFIELD, TX 75840 on *(date)* 5/6/23; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5/6/23

*Server's signature*

SHERRI A. RACHEL PSC #20857
*Printed name and title*

P.O. Box 191, Streetman, TX 75859
*Server's address*

Sherri Rachel
PSI, LLC
817-455-8420
Certified Process Server
Received on 5/5/23
PSC # 20857
Expires March 31, 2024

Additional information regarding attempted service, etc: