UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALBERT (TRE) C. BLACK III, UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>vs.<br><br>ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC, FREEDOM IMPACT CONSULTING, LLC | § § § § § § | NO:  WA:23-CV-00321-ADA |

### ORDER SETTING PRELIMINARY INJUNCTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for PRELIMINARY INJUNCTION HEARING by Public Zoom on May 16, 2023 at 08:30 AM.

IT IS SO ORDERED this 9th day of May, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE