AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas - Waco Div.

| | |
|---|---|
| Securities and Exchange Commission <br> *Plaintiff* <br> v. <br> Roy W. Hill, et al. <br> *Defendant* | ) ) ) ) ) ) Case No.   6:23-cv-00321-ADA |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Roy W. Hill

Date:   05/09/2023

*Attorney's signature*

Gene R. Besen, Texas Bar No. 24045491
*Printed name and bar number*

1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
*Address*

gbesen@bradley.com
*E-mail address*

(214) 257-9758
*Telephone number*

(214) 939-8787
*FAX number*