UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Securities and Exchange Commission

vs.

Roy W. Hill, Eric N. Shelly, Clean Energy Technology Assoc., Inc. and Freedom Impact Consulting, LLC

Case No.: 6:23-cv-00321-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __Christopher L. Tritico__, counsel for __Roy Hill__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Christopher L. Tritico__ may appear on behalf of __Roy Hill__ in the above case.

IT IS FURTHER ORDERED that __Christopher L. Tritico__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE