**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

Securities and Exchange Commission

vs.                                                        Case No.:  6:23-cv-00321-ADA

Roy W. Hill, Eric N. Shelly, Clean Energy
Technology Assoc., Inc. and Freedom
Impact Consulting, LLC

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by __Ron S. Rainey_____, counsel for

__Roy Hill_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

__Ron S. Rainey_____ may appear on behalf of __Roy Hill_____

in the above case.

IT IS FURTHER ORDERED that __Ron S. Rainey_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE