IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § § | Case No.: 6:23-CV-00321-ADA-DTG |
| v. | § § | |
| ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, | § § § § § | |
| Defendants. | § § | |

**AGREED MOTION TO ENTER AGREED ORDERS OF
PREMILINARY INJUNCTION AND OTHER EQUITABLE RELIEF
AS TO ALL DEFENDANTS**

Plaintiff Securities and Exchange Commission ("Commission") submits this Agreed Motion to Enter Agreed Orders of Preliminary Injunction and Other Equitable Relief ("Agreed Orders") as to each Defendant and would respectfully show the Court as follows:

1. On May 3, 2023, the Commission filed the instant emergency action to stop ongoing violations of the federal securities laws. That same day, the Court entered orders: (1) temporarily restraining Defendants from violations of the antifraud provisions of the federal securities laws and granting other equitable relief, including an asset freeze; (2) appointing a receiver over CETA, FIC, and the assets of Hill and Shelly, wherever found; and (3) requiring Defendants to appear for a show cause hearing on May 16, 2023.

2. All Defendants have agreed to the entry of the Agreed Orders, attached hereto as "Exhibits A-C."

3. Counsel for the SEC has conferred with counsel for the Defendants and for the Receiver, and represents that all parties have agreed to this relief.

Accordingly, the parties request that the Court enter the Agreed Orders and cancel the 5/16/2023 hearing.

Dated:   May 11, 2023.                                Respectfully submitted,

                                                    *s/ Jennifer D. Reece*
Jennifer D. Reece
Texas Bar No. 00796242
Direct phone: (817) 978-6442
reecej@sec.gov

Jason J. Rose
Texas Bar No. 24007946
Direct phone: (817) 978-1408
rosej@sec.gov

United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

I certify that on May 11, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, Waco Division using the electronic case filing system of the court. I hereby certify that I have served a copy of this document on all parties in accordance with FED. R. CIV. PRO. 5(b)(2).

                                                    */s/ Jennifer D. Reece*
Jennifer D. Reece