# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ALBERT (TRE) C. BLACK III, UNITED STATES SECURITIES AND EXCHANGE COMMISSION | § § § § | CIVIL NO: WA:23-CV-00321-ADA |
| vs. | § | |
| ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC, FREEDOM IMPACT CONSULTING, LLC | | |

## ORDER CANCELLING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **PRELIMINARY INJUNCTION HEARING** on **Tuesday, May 16, 2023 at 08:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 12th day of May, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE