IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| V. § | Case No. 6:23-cv-00321 |
| § | |
| ROY W. HILL, et al. § | |

## MOTION TO APPROVE INTERIM RETENTION OF PERSONNEL

Receiver Albert C. Black III moves to approve the retention of personnel, respectfully stating:

### Introduction

1. On May 3, 2023, the Court entered its Order Appointing Receiver (Doc. 8).

2. The order requires the filing of a motion to approve the employment of "Retained Personnel" (*id.* at 17).

3. To carry out his duties, the Receiver needs the assistance of certain logistical and accounting personnel, and legal counsel.

4. The Receiver therefore presents this motion.

### Proposed Retained Personnel

5. The Receiver seeks to approve the retention of On Target Supplies & Logistics, Ltd. ("On-Target") to provide accounting services in order to prepare and to maintain an accounting of operations, apply standard controls, and provide cash management. On-Target will also assist the Receiver in providing back office administrative and project management support for Receivership Entities including, but not limited to, payroll management, asset and/or inventory control, IT support, vendor management, investor communications, corporate governance and records review. On-Target has agreed to provide personnel on an hourly basis as follows. The Receiver also proposes to retain another affiliated partnership, TreCo, Ltd. ("TreCo"), as

Receiver's invoices for his direct fees will be submitted through TreCo, as well as for the purposes of TreCo providing any property management services for any of the Defendants' properties subject to the Receivership Estate. These hourly rates for On-Target and TreCo are discounted from their standard rates by 30%. Not all such personnel are likely to be necessary, but all potential personnel are included in the abundance of caution.

| **Executives** | |
|---|---|
| Scott Sessions…………………………… | $230 per hour |
| Lorene Smith……………………………. | $230 per hour |
| Ken Weithers………………………….. | $230 per hour |
| **Directors** | |
| Georgie Cornelius…………………….... | $165 per hour |
| Bryan Bartlett…………………………. | $165 per hour |
| Melvin Hider………………………….. | $165 per hour |
| Project Oversight Director………………….. | $165 per hour |
| **Managers** | |
| LaToya Ellzey…………………………. | $80 per hour |
| Accounting Manager………………………. | $80 per hour |
| **Staff** | |
| Stephanie Bartlett…………………………. | $65 per hour |
| Robert Novak………………………….. | $65 per hour |
| Staff Accountant……………………………. | $65 per hour |
| Jose Martinez…………………………….. | $65 per hour |

6. The Receiver also requires real estate brokerage services to assist him with the potential sale of real estate properties owned by any of the Defendants. As such, Receiver proposes to retain the real estate firm of Compass Realty ("Compass") and Compass will charge the usual

RECEIVER'S MOTION TO RETAIN PERSONNEL – Page 2

and customary commission fees for real estate transactions in the state and/or county where the real estate is located. Compass has a national presence and is fully capable of assisting Receiver with the marketing and sale of properties throughout the country.

7.      The Receiver also anticipates the potential retention of forensic accountants, as is usual and customary in receivership matters involving allegations of fraud, commingling misappropriation of funds and related matters. The Receiver proposes to retain the accounting firm Ahuja & Clark, with the lead forensic accountant being Madhu Ahuja. Ms. Ahuja has over twenty-five years' experience in public accounting, with a particular focus on forensic accounting services, including tracing and characterization of assets and investigation of fraud allegations. The firm has agreed to undertake an engagement in this matter at a discount of approximately 10% of her standard rates. Ms. Ahuja's discounted rate is $325 per hour.

8.      The Receiver also requires legal counsel to advise him in this matter, as is usual and customary in receivership matters.  The Receiver proposes to retain the firm of Munsch Hardt Kopf & Harr, P.C., with lead counsel being the undersigned Dennis Roossien.  Mr. Roossien has over twenty years of experience with federal receivership matters in the context of federal enforcement actions, and the firm has agreed to undertake this engagement at a discount of 15% of his standard rates.  Mr. Roossien's discounted rate is $510 per hour.

## Effective Date of Employment

9.      Due to the emergent nature of the receivership, the foregoing personnel have already been assisting the Receiver, knowing that their assistance is subject to the approval of the Court.  Thus, On-Target and Munsch Hardt have agreed to provide this assistance subject to the condition that no payment will be made unless the Court approves their retention and further only to the extent the Court may allow following submission of fee applications.  Accordingly, the

Receiver requests that the retentions be confirmed as of May 1, 2023.  This date is proposed due to the need to pre-position certain personnel in Florida and Pennsylvania.

WHEREFORE, the Receiver prays that the Court approve the retention of the above-named personnel to assist him in carrying out his duties in this matter.

Respectfully submitted,

/s/ Dennis Roossien
Dennis L. Roossien, Jr.
Texas Bar No. 00784873
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone:  214.855.7535
droossien@munsch.com

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

I hereby certify that this motion is not opposed by the Plaintiff, and it has been sent to counsel for the individual Defendants for comment.  As of yet, no response has been received from the individual Defendants.  The undersigned with promptly supplement this certificate based upon any response received.

/s/ Dennis Roossien

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of May, 2023, a true and correct copy of the foregoing instrument was served electronically in compliance with the Court's Electronic Filing Procedures on all counsel of record who are deemed to have consented to electronic service.

/s/ Dennis Roossien

RECEIVER'S MOTION TO RETAIN PERSONNEL – Page 4