IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> V. <br><br> ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § <br><br> Case No. 6:23-cv-00321 |

**ORDER GRANTING MOTION TO APPROVE
INTERIM RETENTION OF PERSONNEL**

This matter came before the Court on the motion of Receiver Albert C. Black III. The Court finds the motion is well-taken, and therefore approves the retention, on the terms stated, of the following: On Target Supplies & Logistics, Ltd., TreCo, Ltd., Compass Realty, Ahuja & Clark, and Munsch Hardt Kopf & Harr, P.C. Any payment shall be subject to appropriate fee applications and further orders of this Court.

IT IS SO ORDERED this ___ day of May, 2023.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE