AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Western District of Texas - Waco Div ▾

| | |
|---|---|
| Securities and Exchange Commission | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  6:23-cv-00321-ADA |
| Roy W. Hill, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Roy W. Hill

Date:    05/22/2023

*Attorney's signature*

Ron S. Rainey, Texas Bar No. 16484425
*Printed name and bar number*

1523 Yale Street
Houston, Texas 77008

*Address*

rrainey@triticorainey.com
*E-mail address*

(713) 581-3399
*Telephone number*

(713) 581-3360
*FAX number*