IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| v. § | Case No. 6:23-cv-00321-ADA |
| § § | |
| ROY W. HILL, et al., § | |

**DEFENDANT ROY HILL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Roy W. Hill, through his designated counsel, files this Unopposed Motion for Extension of Time to File His Answer or Otherwise Respond to the Complaint in the above-captioned action pursuant to Federal Rule of Civil Procedure 12(a)(1), and respectfully requests that the deadline for Defendant to file an answer or otherwise respond be extended to July 14, 2023. In support of the Motion, Defendant shows as follows:

**Introduction**

1. On May 3, 2023, the United States Securities and Exchange Commission ("SEC") filed the Complaint against Defendant under seal.

2. Defendant was served on May 6, 2023. Doc. 12.

3. Under Federal Rule of Civil Procedure 12(a)(1), Defendant's answer is due 21 days later, on May 30, 2023.

4. Given the nature of the allegations in the Complaint and procedural issues, Defendant requests a forty-five (45) day extension of Defendant's answer date.

5. Counsel for Defendant has conferred with counsel for Plaintiff regarding this requested extension and Plaintiff is not opposed to the extension of time.

6. This Motion is not sought for delay, but rather to allow Defendant to properly evaluate and respond to the allegations set forth in the Complaint.

WHEREFORE, Defendant Roy W. Hill requests that the deadline for Defendant to answer or otherwise respond to the Complaint be extended until July 14, 2023.

Dated: May 30, 2023                     Respectfully submitted:

By: */s/ Gene R. Besen*
Gene R. Besen
Texas Bar No. 24045491
gbesen@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone (214) 257-9785
Facsimile (214) 939-8787

Christopher L. Tritico (*pro hac vice*)
Texas Bar No. 20232050
ctritico@triticorainey.com
Ron S. Rainey
Texas Bar No. 16484425
rrainey@triticorainey.com
TRITICO RAINEY PLLC
1523 Yale Street
Houston, Texas 77008
Telephone (713) 581-8203
Facsimile (713) 581-3360

ATTORNEYS FOR ROY W. HILL

## CERTIFICATE OF SERVICE

I certify that on this 30th day of May, 2023, I electronically submitted the foregoing document with the Clerk of the U.S. District Court for the Western District of Texas via the electronic case filing system of the Court, which will send notice of electronic filing to all known filing users.

                                                           */s/ Gene R. Besen*
                                                           Gene R. Besen

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for Plaintiff regarding the relief sought in this Motion. Plaintiff is unopposed to the Motion.

                                                           */s/ Gene R. Besen*
                                                           Gene R. Besen