IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| v. | § § § | Case No. 6:23-cv-00321-ADA |
| ROY W. HILL, et al., | § | |

**ORDER**

On this day, the Court considered Defendant Roy Hill's Unopposed Motion for Extension of Time to File an Answer or Otherwise Respond to Complaint (the "Motion"). Upon consideration of the Motion, the pleadings on record, and the applicable law, Defendant's Motion is GRANTED.

IT IS ORDERED that Defendant Roy W. Hill shall answer or otherwise respond to the Complaint on or before July 14, 2023.

IT IS SO **ORDERED**.

Signed this _____ day of _____, 2023.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

1