IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| v. | § § | Case No. 6:23-cv-00321-ADA |
| ROY W. HILL, et al., | § § | |

**DEFENDANT ROY W. HILL'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE HIS ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendant Roy W. Hill, through his designated counsel, files this Unopposed Motion for Second Extension of Time to File His Answer or Otherwise Respond to the Complaint in the above-captioned action, and respectfully requests that the deadline to file his Answer or otherwise respond be extended to Monday, August 14, 2023. In support of the Motion, Defendant shows as follows:

**Introduction**

1. On May 3, 2023, the United States Securities and Exchange Commission ("SEC") filed the Complaint against Defendant under seal. Doc. 1.

2. Defendant was served with the Complaint on May 6, 2023. Doc. 12.

3. Under Federal Rule of Civil Procedure 12(a)(1), Defendant's original answer was due 21 days later, on May 30, 2023.

4. However, given then the nature of the allegations in the Complaint and procedural issues, Defendant conferred with counsel for the SEC and filed an unopposed motion for extension of his answer date on May 30, 2023. Doc. 31.

5. On May 31, 2023, the Court granted Defendant's motion, and set Defendant's deadline to answer or otherwise respond to the Complaint on July 14, 2023.

6. Defendant respectfully requests a second extension of the deadline to answer or otherwise respond to the Complaint for an additional 30 days.

7. Counsel for Defendant has conferred with counsel for the SEC regarding this requested extension and the SEC is not opposed to a further extension of 30 days. Thirty days following July 14, 2023 is Sunday, August 13, 2023. Accordingly, Defendant requests that the date to answer or otherwise respond to the Complaint be extended until Monday, August 14, 2023.

8. This Motion is not sought for delay, but rather to allow Defendant to properly evaluate and respond to the allegations set forth in the Complaint.

WHEREFORE, Defendant Roy W. Hill requests that the deadline for Defendant to answer or otherwise respond to the Complaint be extended until August 14, 2023.

Dated: July 13, 2023                    Respectfully submitted:

By: */s/ Gene R. Besen*
Gene R. Besen
Texas Bar No. 24045491
gbesen@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone (214) 257-9785
Facsimile (214) 939-8787

Christopher L. Tritico (*pro hac vice*)
Texas Bar No. 20232050
ctritico@triticorainey.com
Ron S. Rainey
Texas Bar No. 16484425
rrainey@triticorainey.com
Tritico Rainey PLLC

>1523 Yale Street
>Houston, Texas 77008
>Telephone (713) 581-8203
>Facsimile (713) 581-3360
>
>ATTORNEYS FOR ROY W. HILL

## CERTIFICATE OF SERVICE

I certify that on this 13th day of July, 2023, I electronically submitted the foregoing document with the Clerk of the U.S. District Court for the Western District of Texas via the electronic case filing system of the Court, which will send notice of electronic filing to all known filing users.

>*/s/ Gene R. Besen*
>Gene R. Besen

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for the Plaintiff regarding the relief sought in this Motion. Plaintiff is unopposed to the Motion.

>*/s/ Gene R. Besen*
>Gene R. Besen