EXHIBIT A

**STANDARDIZED FUND ACCOUNTING REPORT**
for
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 05/03/2023 to 06/30/2023

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 05/03/2023): | 0.00 |  | 0.00 |
|  | *Increases in Fund Balance:* |  |  |  |
| Line 2 | Business Income | 2,360.00 |  | 2,360.00 |
| Line 3 | Cash and Securities | 67,503,716.00 |  | 67,503,716.00 |
| Line 4 | Interest/Dividend Income |  |  |  |
| Line 5 | Business Asset Liquidation |  |  |  |
| Line 6 | Personal Asset Liquidation |  |  |  |
| Line 7 | Third-Party Litigation Income |  |  |  |
| Line 8 | Miscellaneous - Other |  |  |  |
|  | Total Funds Available (Lines 1 – 8): | 67,506,076.00 |  | 67,506,076.00 |
|  | *Decreases in Fund Balance:* |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Receivership Operations |  |  |  |
| Line 10a | *Disbursements to Receiver or Other Professionals* |  |  |  |
| Line 10b | *Business Asset Expenses* | 229,661.00 |  | 229,661.00 |
| Line 10c | *Personal Asset Expenses* |  |  |  |
| Line 10d | *Investment Expenses* |  |  |  |
| Line 10e | *Third-Party Litigation Expenses* |  |  |  |
|  | 1. Attorney Fees |  |  |  |
|  | 2. Litigation Expenses |  |  |  |
|  | *Total Third-Party Litigation Expenses* |  |  |  |
| Line 10f | *Tax Administrator Fees and Bonds* |  |  |  |
| Line 10g | *Federal and State Tax Payments* |  |  |  |
|  | Total Disbursements for Receivership Operations | 229,661.00 |  | 229,661.00 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: |  |  |  |
| Line 11a | *Distribution Plan Development Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  |   Fund Administrator |  |  |  |
|  |   Independent Distribution Consultant (IDC) |  |  |  |
|  |   Distribution Agent |  |  |  |
|  |   Consultants |  |  |  |
|  |   Legal Advisers |  |  |  |
|  |   Tax Advisers |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Miscellaneous |  |  |  |
|  | *Total Plan Development Expenses* |  |  |  |
| Line 11b | *Distribution Plan Implementation Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  |   Fund Administrator |  |  |  |
|  |   Independent Distribution Consultant (IDC) |  |  |  |
|  |   Distribution Agent |  |  |  |
|  |   Consultants |  |  |  |
|  |   Legal Advisers |  |  |  |
|  |   Tax Advisers |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Investor Identification: |  |  |  |
|  |   Notice/Publishing Approved Plan |  |  |  |
|  |   Claimant Identification |  |  |  |
|  |   Claims Processing |  |  |  |
|  |   Web Site Maintenance/Call Center |  |  |  |
|  | 4. Fund Administrator Bond |  |  |  |
|  | 5. Miscellaneous |  |  |  |
|  | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses* |  |  |  |
|  | Total Disbursements for Distribution Expenses Paid by the Fund |  |  |  |
| Line 12 | Disbursements to Court/Other: |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  |  |  |
| Line 12b | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other: |  |  |  |
|  | Total Funds Disbursed (Lines 9 – 11): | 229,661.00 |  | 229,661.00 |
| Line 13 | Ending Balance (As of 06/30/2023): | 67,276,415.00 |  | 67,276,415.00 |
| Line 14 | Ending Balance of Fund – Net Assets: |  |  |  |
| Line 14a | *Cash & Cash Equivalents* | 67,276,415.00 |  | 67,276,415.00 |
| Line 14b | *Investments* | 6,116,984.67 |  | 6,116,984.67 |
| Line 14c | *Other Assets or Uncleared Funds* |  |  |  |
|  | Total Ending Balance of Fund – Net Assets |  |  | 73,393,399.67 |

**STANDARDIZED FUND ACCOUNTING REPORT**
for
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 05/03/2023 to 06/30/2023

| | OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    Independent Distribution Consultant (IDC) | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisers | | | |
| |    Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    Independent Distribution Consultant (IDC) | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisers | | | |
| |    Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | | | |
| |    Claimant Identification | | | |
| |    Claims Processing | | | |
| |    Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | *# of Claims Received This Reporting Period* | 398 | | 398 |
| Line 18b | *# of Claims Received Since Inception of Fund* | 398 | | 398 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | 0 | | 0 |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | 0 | | 0 |

Receiver
By: _____

Dennis L. Roossien, Jr.
Counsel for Receiver

July 31, 2023