**Exhibit B - Cash**

Albert C. Black III, Receiver Civil Action No.: 6:23-cv-00321
SEC v. Roy Hill, Eric Shelly, CETA, et al
Cash on Hand - June 30, 2023

| | |
|---|---:|
| Cash | $ 67,276,415.47 |
| Less accrued administrative expenses | 0.00 |
| Net Cash | $ 67,276,415.47 |

| Bank | Amount |
|---|---:|
| Wells Fargo | $22,369,534 |
| CNBT | $2,583,911 |
| Axos | $42,322,971 |
| Total | $67,276,415 |



CETA Bank Balances - 06/30/2023

- Wells Fargo, $22,369,534, 33%
- CNBT, $2,583,911, 4%
- Axos, $42,322,971, 63%