**Exhibit C - Shelly Assets**

Real Estate

| Value (estimate) | Description | Address | Lien? |
|---|---|---|---|
| $ 449,200.00 | Shelly Residence Property | 977 Carol Circle, West Chester, PA 19380 (06/01/97) | Value is Net of Lien of $265,000 |
| $ 1,450,000.00 | Shelly Residence Property | 10579 SW 11th Terrace, Ocala, FL 34476 (2022) | |
| $ 232,000.00 | Shelly Investment Property | 203 S. Ridgeview Ct, Azle, TX 76020 (07/20/16) | |
| Undetermined | Shelly Investment Property | 4208 E FM 917, Alvarado, TX 76009 (11/01/16) | |
| $ 200,100.00 | Shelly Investment Property | 9314 Diamond Ave., Kaufman, TX 75142 (12/22/16) | |
| $ 233,500.00 | Shelly Investment Property | 404 Clemmer Court, Boyd, TX 76023 (06/01/17) | |
| Undetermined | Shelly Investment Property | 334 Stillwater Court, Sumter, SC 29153 (12/01/17) | |
| $ 134,700.00 | Shelly Investment Property | 3129 Linville Street, Lenior, NC 28645 (11/29/17) | |
| $ 110,900.00 | Shelly Investment Property | 609 Weaver Street, Darlington, SC 29153 (06/04/18) | |
| $ 75,000.00 | Shelly Investment Property | 2432 Berryhill Street, Harrisburg, PA 17104 | |
| $ 200,000.00 | Shelly Investment Property | 4614 Clarendon Street, Harrisburg, PA 17170 | |
| $ 100,000.00 | Shelly Investment Property | 2009 Holly Street, Harrisburg, PA 17104 (06/25/18) | |
| $ 256,600.00 | Shelly Investment Property | 1700 North 3rd Street, Harrisburg, PA 17102 | |

$ 3,442,000.00

Cash & Investments

| Value (estimate) | Description | Notes |
|---|---|---|
| $ 358,841.00 | C&N Bank Accounts | Personal Checking - Included in SFAR Total |
| $ 248,925.07 | Guaranteed Choice WL Policy | Net Cash Surrender Value |
| $ 546,792.00 | Kingdom Trust IRA Account | Eric N. Shelly Roth IRA Account |
| $ 1,528.00 | Trezor Account | Trazor Magnetic Dock Account Balance |
| $ 50,000.00 | Coinbase | |
| Undetermined | Edward Jones | Account - XXX-XX747-1-0 |
| Undetermined | Edward Jones | Account - XXX-XX102-1-1 |
| $ 446,613.00 | Edward Jones | Account - 196-03170-1-2 |
| $ 5.25 | Edward Jones | Account - 196-11879-1-9 |
| $ 17,592.00 | Edward Jones | Account - 196-18737-1-6 |
| $ 501,059.57 | Edward Jones | Account - 196-22691-1-2 |
| $ 16,720.71 | Solera National Bank | Account - 203-733-2 |
| $ 847,000.00 | Gold Coins | Physical Possession |
| $ 10,000.00 | Marc Greenberg Retainer | Attorney Retainer to Investigate CETA |
| $ 406,394.18 | SF Rentals LLC | Eric Shelly |
| $ 38,501.51 | MCA Shares LP | Eric Shelly |
| $ 43,767.84 | IRA Shares LP | Eric Shelly |
| $ 28,803.89 | Eshelly REI LLC | Eric Shelly |
| $ 2,967.00 | MLEE REI LLC | Margaret H. Lee |
| Undetermined | PA Mich Enterporises Trust | Eric Shelly |
| Undetermined | Western Wealth Capital | Eric Shelly |
| $ 300,000.00 | Vitruvian Ventures | Eric Shelly |
| $ 16,720.71 | Solera | Eric Shelly |
| Undetermined | Dakota Dog FLP | Montrose Note |
| Undetermined | Dakota Dog FLP | Woodview Note |
| $ 1,527.94 | Cold Wallets | Physical Possession |
| $ 425.00 | FIC RE1 LLC | Eric Shelly |
| Undetermined | ESML MO LLC | Return of Capital - $15,000 |

$ 3,884,184.67

$ 7,326,184.67