**Exhibit C - Shelly Claims**

| Value (estimate) | Description | Notes |
|---|---|---|
| $ (41,000.00) | Credit Card - ADA Visa | |
| $ (20,000.00) | Credit Card - Chase | |
| $ (14,000.00) | Credit Card - Bank of America | |
| $ (485,000.00) | Kensington | |
| $ (200,000.00) | Penn Mutual | |
| $ (760,000.00) | | |