**Exhibit E - FIC Cash**

| Value (estimate) | Account Name | Account Holder |
|---|---|---|
| $ 104,052.77 | Freedom Impact Consulting LLC | Included in SFAR Total |
| $ 600.00 | Freedom Impact Consulting LLC | Included in SFAR Total |