**Exhibit F - Preliminary Investor List**

| Name | Amount Invested (All Projects) | Amount Received (All Projects) | Total Net Loss (All Projects) | Claim Status |
|---|---|---|---|---|
| Abbott, Scott | | | | |
| Adams, Joseph | $ 1,300,000.00 | $ 232,568.79 | $ (1,067,431.21) | Received - Pending |
| Ahn, Junil | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Akbarzadeh, Navid | $ 74,250.00 | | | Received - Pending |
| Albertson, Jon | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Allen, Chester | $ 400,000.00 | $ 20,030.28 | $ (379,969.72) | Received - Pending |
| Allen, Jeffrey | $ 100,000.00 | $ 8,141.16 | $ (91,858.84) | Received - Pending |
| Anderson, William | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Anjier, John | | | $ - | Received - Pending |
| Anliker, Wayne | $ 2,028,000.00 | $ 926,734.09 | $ (1,101,265.91) | Received - Pending |
| Anton, John | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Aube, Robin & Loralyn | $ 1,000,000.00 | $ 81,411.63 | $ (918,588.37) | Received - Pending |
| Baber, Mark | $ 652,000.00 | $ 608,187.77 | $ (43,812.23) | Received - Pending |
| Bach, Daniel | $ 100,000.00 | $ 50,000.00 | $ (50,000.00) | Received - Pending |
| Barganier, Paul | $ 100,000.00 | $ 30,000.00 | $ (70,000.00) | Received - Pending |
| Bassler, Christopher | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Benevides, Laura | $ 300,000.00 | $ 84,188.30 | $ (215,811.70) | Received - Pending |
| Bennett, Don | $ 500,000.00 | $ 60,000.00 | $ (440,000.00) | Received - Pending |
| Bertschmann, Ashley | $ 801,000.00 | $ 350,665.98 | $ (450,334.02) | Received - Pending |
| Bien, Teresa & Michael | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Binkley, Brett & Robin | | | $ - | |
| Blankenship, Beau | $ 1,650,000.00 | $ - | $ (1,650,000.00) | Received - Pending |
| Blazej, Cheryl | $ 16,500.00 | | | Received - Pending |
| Blough, Jason | $ 300,000.00 | $ 131,000.00 | $ (169,000.00) | Received - Pending |
| Bonanni, Anthony | $ 100,000.00 | $ 5,910.84 | $ (94,089.16) | Received - Pending |
| Bouska, Auston | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Bowen, Brent | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Bowman, Brodie | $ 1,650,000.00 | | | Received - Pending |
| Braun, Andrew | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Brennesholtz, Paul | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Brignac, Matthew | $ 99,000.00 | | | Received - Pending |
| Bruno, Bill | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Brunson, Patrick | $ 575,000.00 | $ 164,092.91 | $ (410,907.09) | Received - Pending |
| Bugeaud, Darshan | $ 381,000.00 | $ 176,215.25 | $ (204,784.75) | Received - Pending |
| Bulik, Brian | $ 300,000.00 | $ 123,600.00 | $ (176,400.00) | Received - Pending |
| Bulik, Matthew & Sarah | $ 200,000.00 | $ 40,000.00 | $ (160,000.00) | Received - Pending |
| Burau, Adam | $ 90,000.00 | $ 31,784.55 | $ (58,215.45) | Received - Pending |
| Burau, Alexander | $ 350,000.00 | $ 219,464.41 | $ (130,535.59) | Received - Pending |
| Burau, Brad | $ 1,825,000.00 | $ 1,419,748.97 | $ (405,251.03) | Received - Pending |
| Burau, Roger | $ 200,000.00 | $ 16,282.33 | $ (183,717.67) | Received - Pending |
| Burris, Christopher | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Buske, Thomas | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Butler, Robert | $ 100,000.00 | $ 5,190.84 | $ (94,809.16) | Received - Pending |
| Caldon, William | $ 162,500.00 | $ 111,568.07 | $ (50,931.93) | Received - Pending |
| Calhoun, Todd | $ 200,000.00 | $ 11,821.67 | $ (188,178.33) | Received - Pending |
| Cantu, Walberto | $ 300,000.00 | $ 80,000.00 | $ (220,000.00) | Received - Pending |
| Carlson, Lucinda & Guy | $ 200,000.00 | $ 37,500.00 | $ (162,500.00) | Received - Pending |
| Cannington, Royce (Beau) | $ 200,000.00 | | | Received - Pending |
| Caskey, Jim | $ 100,000.00 | $ 91,250.00 | $ (8,750.00) | Received - Pending |
| Cavanaugh, Jarrid | | | $ - | Received - Pending |
| Chan, Nathaniel | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Chapala, Hema | $ 200,000.00 | $ 30,000.00 | $ (170,000.00) | Received - Pending |
| Chen, Yimin | $ 200,000.00 | $ 24,500.00 | $ (175,500.00) | Received - Pending |
| Chu, Brian | | | $ - | Received - Pending |

| Name | Amount | Paid | Balance | Status |
|---|---:|---:|---:|---|
| Clayden, David | $ 400,000.00 | $ 110,000.00 | $ (290,000.00) | Received - Pending |
| Cline, William R. | $ 650,000.00 | $ 192,732.79 | $ (457,267.21) | Received - Pending |
| Coello, Magin | $ 1,101,000.00 | $ 663,212.45 | $ (437,787.55) | Received - Pending |
| Cohen, Joe | | | $ - | Received - Pending |
| Cohen, Sheldon | $ 200,000.00 | $ 35,736.86 | $ (164,263.14) | Received - Pending |
| Cook, Michael Kevin | $ 100,000.00 | $ 17,094.42 | $ (82,905.58) | Received - Pending |
| Conti, Robert | $ 150,000.00 | $ 60,000.00 | $ (90,000.00) | Received - Pending |
| Corbitt, Jeremy | $ 200,000.00 | $ 11,800.00 | $ (188,200.00) | Received - Pending |
| Craddock, Katherine | $ 100,000.00 | $ 40,000.00 | $ (60,000.00) | Received - Pending |
| Crawford, Brian | $ 976,000.00 | $ 274,271.37 | $ (701,728.63) | Received - Pending |
| Critz, Jordan | $ 200,000.00 | $ 11,821.67 | $ (188,178.33) | Received - Pending |
| Cunningham, Dan | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Dalrymple, Daniel Clark | $ 615,000.00 | $ 325,267.56 | $ (289,732.44) | Received - Pending |
| Dalrymble, Denice | $ 100,000.00 | $ 17,094.42 | $ (82,905.58) | Received - Pending |
| Dange, Devenderjeet | $ 437,500.00 | $ 103,107.99 | $ (334,392.01) | Received - Pending |
| Day Jr., Jerry | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Day, Jonathan | $ 400,000.00 | $ 5,910.84 | $ (394,089.16) | Received - Pending |
| Deering, Brad | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Deering, Chris | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Deering, Kevin | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Deering, Steven | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| d'Errico, AdaPia | $ 50,000.00 | $ 10,000.00 | $ (40,000.00) | Received - Pending |
| Dhamrait, Raj | $ 2,060,000.00 | $ 977,169.20 | $ (1,082,830.80) | Received - Pending |
| DiAntonio, Tom | $ 100,000.00 | $ 60,000.00 | $ (40,000.00) | Received - Pending |
| Dickey, Ben & Katie | $ 300,000.00 | $ 74,188.83 | $ (225,811.17) | Received - Pending |
| Diller, Benjamin | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Doan, Nikita H | $ 1,250,000.00 | $ 113,537.92 | $ (1,136,462.08) | Received - Pending |
| Dobkousky, Mark | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Dost, Robert & Doris | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Dostal, Mike | $ 925,000.00 | $ 419,019.00 | $ (505,981.00) | Received - Pending |
| Doty, Stuart | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Douglas, Mark | | | | Received - Pending |
| Douglas, Kevin | $ 6,979,150.00 | $ 2,727,210.73 | $ (4,251,939.27) | Received - Pending |
| Douglas, Roscoe | | | | |
| Earnest Buyers, LLC | $ 100,000.00 | $ 20,000.00 | $ (80,000.00) | Received - Pending |
| Elder, Jamie | $ 400,000.00 | $ 11,821.67 | $ (388,178.33) | Received - Pending |
| Eliason, Dale | $ 595,000.00 | $ 158,500.00 | $ (436,500.00) | Received - Pending |
| Emholz, John | $ 100,000.00 | $ 20,000.00 | $ (80,000.00) | Received - Pending |
| Endelman, David | $ 105,000.00 | $ 11,000.00 | $ (94,000.00) | Received - Pending |
| Ernst, Henry | $ 300,000.00 | $ 227,991.00 | $ (72,009.00) | Received - Pending |
| Espinosa, Aldo | $ 845,000.00 | $ 23,643.35 | $ (821,356.65) | Received - Pending |
| Estrella, Jaime | $ 300,000.00 | $ - | $ (300,000.00) | Received - Pending |
| Estrella, Miguel | $ 300,000.00 | $ - | $ (300,000.00) | Received - Pending |
| Ethridge, JJ | | | $ - | |
| Evans, Tim V. | $ 100,000.00 | $ 5,910.84 | $ (94,089.16) | Received - Pending |
| Fabry, David | $ 700,000.00 | $ 40,000.00 | $ (660,000.00) | Received - Pending |
| Fackrell, Matthew | $ 800,000.00 | $ - | $ (800,000.00) | Received - Pending |
| Farrehi, Peter | $ 200,000.00 | $ 39,209.03 | $ (160,790.97) | Received - Pending |
| Feit, Steven | $ 400,000.00 | $ 11,821.67 | $ (388,178.33) | Received - Pending |
| Felmlee, Kevin & Margaret | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Fernandes, Chris | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Fields, Charles | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Firoz, Khurram | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Follett, Raymond | $ 345,000.00 | $ 77,688.83 | $ (267,311.17) | Received - Pending |
| Forkner, David | $ 400,000.00 | | | Received - Pending |
| Fowler, Richard | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Frankforter, Tammy | $ 158,000.00 | $ - | $ (158,000.00) | Received - Pending |
| Fragala-Pories, Debra | $ 445,000.00 | $ 30,410.84 | $ (414,589.16) | Received - Pending |

| Name | Amount | Paid | Balance | Status |
|---|---|---|---|---|
| Frechette, Glynn | $ 200,000.00 | $ 5,910.84 | $ (194,089.16) | Received - Pending |
| Friend, Tracy | $ 50,000.00 | $ 10,000.00 | $ (40,000.00) | Received - Pending |
| Furnish, Dan | $ 400,000.00 | $ 15,910.84 | $ (384,089.16) | Received - Pending |
| Furnish, Dorothy | $ 100,000.00 | $ 5,910.84 | $ (94,089.16) | Received - Pending |
| Gaarlandt, Christopher | $ 500,000.00 | $ 5,910.84 | $ (494,089.16) | Received - Pending |
| Gardner, Scott | $ 300,000.00 | $ 77,902.11 | $ (222,097.89) | Received - Pending |
| Garduno, Luis Eduardo | $ 100,000.00 | | | Received - Pending |
| Garner, Scott | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| German, Don | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Gertz, Tim | $ 200,000.00 | | | Received - Pending |
| Gates, Judith & Haynes, Kent | $ 200,000.00 | $ 14,400.15 | $ (185,599.85) | Received - Pending |
| Giarrana, Aaron | $ 500,000.00 | $ - | $ (500,000.00) | Received - Pending |
| Gill, Sean & Jennifer | $ 150,000.00 | $ 18,394.53 | $ (131,605.47) | Received - Pending |
| Gillesby, Jonathan | $ 101,000.00 | $ 71,500.00 | $ (29,500.00) | Received - Pending |
| Goldovsky, Alex | $ 1,300,000.00 | $ 100,000.00 | $ (1,200,000.00) | Received - Pending |
| Goodrich, Jeremy & McKenzie | $ 50,000.00 | $ 5,416.67 | $ (44,583.33) | Received - Pending |
| Gravley, Trent | $ 100,000.00 | $ 8,141.16 | $ (91,858.84) | Received - Pending |
| Greymont, Lori | | | $ - | |
| Groover, Steve | $ 250,000.00 | $ 35,458.33 | $ (214,541.67) | Received - Pending |
| Gruver, Thomas | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Guddati, Suresh | $ 100,000.00 | | | Received - Pending |
| Gutierrez, Steven | $ 601,000.00 | $ 167,510.49 | $ (433,489.51) | Received - Pending |
| Gwilt, David | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Gwilt, Natasha | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Haley, Ryan | $ 250,000.00 | $ 8,866.25 | $ (241,133.75) | Received - Pending |
| Hammer, David & Linette | $ 100,000.00 | $ 17,094.42 | $ (82,905.58) | Received - Pending |
| Hammer, Joshua D. | $ 450,000.00 | $ 135,141.58 | $ (314,858.42) | Received - Pending |
| Hammond, Matthew | $ 300,000.00 | | | Received - Pending |
| Hanna, Scott | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Hansen, Robert & Kathryn | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Hanson, Chad | $ 100,000.00 | $ - | | Received - Pending |
| Harper, Carol | | | $ - | |
| Harris, Virginia | $ 400,000.00 | $ 140,000.00 | $ (260,000.00) | Received - Pending |
| Haruguchi, Mark | $ 200,000.00 | | | Received - Pending |
| Hassanzadeh, Mehran | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Hayle, Denise | $ 100,000.00 | $ 8,141.16 | $ (91,858.84) | Received - Pending |
| Haynes, Kent | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Hebbler, Steve | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Henkel, Lyle and Vickie | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Hesby, Krista | $ 150,000.00 | $ 25,641.63 | $ (124,358.37) | Received - Pending |
| Hilgert, Chris | $ 150,000.00 | $ - | $ (150,000.00) | Received - Pending |
| Hollywood Serra LLC | $ 2,150,000.00 | $ 838,063.93 | $ (1,311,936.07) | Received - Pending |
| Hollywood Serra LLC & Serra Holdings LLC | $ 650,000.00 | $ 306,042.00 | $ (343,958.00) | Received - Pending |
| Honer, Jeff | $ 1,000,000.00 | $ - | $ (1,000,000.00) | Received - Pending |
| Huang, Kevin | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Hudzinski, Tony & April | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Hughes, Gregg | $ 100,000.00 | | | Received - Pending |
| Hull, Brad | $ 200,000.00 | $ 11,821.67 | $ (188,178.33) | Received - Pending |
| Humphreys, William | $ 300,000.00 | $ 67,094.42 | $ (232,905.58) | Received - Pending |
| Hunsicker-Morrisey, Ann | $ 250,000.00 | $ 210,452.59 | $ (39,547.41) | Received - Pending |
| Hurwitz, John | $ 300,000.00 | $ 25,910.84 | $ (274,089.16) | Received - Pending |
| Huskey, Oliver | $ 300,000.00 | | | Received - Pending |
| Hutcherson, Carl | $ 100,000.00 | | | Received - Pending |
| Hyland, Brent | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Idiculla, Anil | $ 491,625.00 | | | Received - Pending |
| Ingram, Stephen | $ 200,000.00 | $ - | | Received - Pending |
| Inscoe, Neal (Managing General for Partnership) | $ 3,300,000.00 | | | Received - Pending |
| Jackson, David | $ 400,000.00 | $ 11,821.67 | $ (388,178.33) | Received - Pending |

| Name | Amount | Paid | Balance | Status |
|---|---:|---:|---:|---|
| Jacob, Bobby | $ 200,000.00 | $ 10,000.00 | $ (190,000.00) | Received - Pending |
| Jakka, Ram & Nimma, Kavitha | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Jayaswal, Neerav | $ 200,000.00 | $ 50,000.00 | $ (150,000.00) | Received - Pending |
| Jensen, Bradley | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Jensen, Zachary | $ 450,000.00 | $ 136,875.00 | $ (313,125.00) | Received - Pending |
| Jernigan, Jake | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Johnson, Gary | $ 200,000.00 | $ 34,188.83 | $ (165,811.17) | Received - Pending |
| Johnson, Jay & Jami | $ 200,000.00 | $ 16,282.33 | $ (183,717.67) | Received - Pending |
| Johnson, Max R. | $ 300,000.00 | $ 40,454.81 | $ (259,545.19) | Received - Pending |
| Jone, Raymond | $ 500,000.00 | $ 96,282.33 | $ (403,717.67) | Received - Pending |
| Jorgenson, Alan & Melissa | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Jorgenson, Todd | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Kaloper, Chris | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Karavati, Damu | $ 325,000.00 | $ 7,388.55 | $ (317,611.45) | Received - Pending |
| Kelley, Anna | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Kent, Steve | $ 100,000.00 | | | Received - Pending |
| Kesic, Miro | $ 2,075,000.00 | $ 109,108.36 | $ (1,965,891.64) | Received - Pending |
| Kilpatrick, Brandon | | | $ - | |
| Kim, Wan | $ 1,320,000.00 | | | Received - Pending |
| Kimbrough, Kim | $ 75,000.00 | $ 15,000.00 | $ (60,000.00) | Received - Pending |
| Kirkpatrick, Chad | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Klabo, Matt | | | $ - | Received - Pending |
| Kopelson, Aaron | $ 700,000.00 | $ 156,282.33 | $ (543,717.67) | Received - Pending |
| Korkis, Baskal | $ 50,000.00 | $ 15,000.00 | $ (35,000.00) | Received - Pending |
| Kowalski, Doug | $ 2,500,000.00 | $ 232,694.87 | $ (2,267,305.13) | Received - Pending |
| Krastein, Greg & Mariana | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Krupey, Jack | $ 100,000.00 | $ 5,910.84 | $ (94,089.16) | Received - Pending |
| Kumpinsky, Ariel | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Kuriawa, Justin | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Laham, Youssef and Rana | $ 200,000.00 | $ 11,821.67 | $ (188,178.33) | Received - Pending |
| LaMarr, Steve & Tracy | $ 100,000.00 | $ 40,000.00 | $ (60,000.00) | Received - Pending |
| Landry, Kevin | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Lane, Chris | $ 3,050,000.00 | $ 1,454,939.03 | $ (1,595,060.97) | Received - Pending |
| Lang, Chen | $ 1,000,000.00 | $ 181,000.00 | $ (819,000.00) | Received - Pending |
| Larocque, Brandon | $ 100,000.00 | $ 20,000.00 | $ (80,000.00) | Received - Pending |
| LaRose, Jim | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Lasley, Andrew | | | $ - | |
| Lasley IV, Frank | $ 1,108,000.00 | $ 395,287.69 | $ (712,712.31) | Received - Pending |
| Laune, Thomas | $ 1,532,500.00 | $ 401,627.19 | $ (1,130,872.81) | Received - Pending |
| Learn, Scott | $ 401,000.00 | | | Received - Pending |
| Lee, Kwansoo | | | | Received - Pending |
| Lee, Robert | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Lee Jr, James | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Lee Jr, James & Lee, Wendy | $ 150,000.00 | $ - | $ (150,000.00) | Received - Pending |
| Lee-Warner, Jonathan | $ 200,000.00 | $ 15,910.84 | $ (184,089.16) | Received - Pending |
| Libby, Wesley & Dana | $ 200,000.00 | $ 81,000.00 | $ (119,000.00) | Received - Pending |
| Lillie, Ryan | $ 300,000.00 | $ - | $ (300,000.00) | Received - Pending |
| Lim, Adam | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Linthicum, Corey | $ 250,000.00 | $ 40,000.00 | $ (210,000.00) | Received - Pending |
| Livingston, Mark | | | $ - | Received - Pending |
| Louie, Kayson | $ 300,000.00 | $ 11,821.67 | $ (288,178.33) | Received - Pending |
| Louis, Mandy | $ 100,000.00 | $ 11,769.87 | $ (88,230.13) | Received - Pending |
| Lovinggood, Kristina | $ 66,000.00 | | | Received - Pending |
| Lowe, Michael | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Lowry, Allen Wade | $ 845,500.00 | $ 223,942.18 | $ (621,557.82) | Received - Pending |
| Macken, Tim | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| MacNeil, Bonnie | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Malhotra, Neeraj | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Manning, Kevin | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |

| Name | Amount | Paid | Balance | Status |
|---|---:|---:|---:|---|
| Marceau, Luc | $ 750,000.00 | $ - | $ (750,000.00) | Received - Pending |
| Maroon, Garrett | $ 100,000.00 | | | Received - Pending |
| Martin, Jason | $ 576,000.00 | $ 213,565.66 | $ (362,434.34) | Received - Pending |
| Martin, Jeremy & Patti | $ 1,132,000.00 | $ 542,601.07 | $ (589,398.93) | Received - Pending |
| Martin, Thomas | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Martinchuk, Paul | $ 422,400.00 | $ 306,752.26 | $ (115,647.74) | Received - Pending |
| Martinssen, Andrew | $ 733,600.00 | $ 466,039.24 | $ (267,560.76) | Received - Pending |
| Mascagni, Samaria | $ 100,000.00 | $ 78,157.61 | $ (21,842.39) | Received - Pending |
| Mason. Derek & Yasmine | $ 100,000.00 | $ 5,910.84 | $ (94,089.16) | Received - Pending |
| Meyer, Sasha | $ 100,000.00 | $ 37,421.52 | $ (62,578.48) | Received - Pending |
| McAlees, Karli | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| McAlees, Karli & Jonathan | $ 400,000.00 | $ 267,489.00 | $ (132,511.00) | Received - Pending |
| McBride, David | $ 100,000.00 | $ 20,000.00 | $ (80,000.00) | Received - Pending |
| McGarrah, Chandler | $ 400,000.00 | $ 357,921.00 | $ (42,079.00) | Received - Pending |
| McGarrah, Stephen Blake | $ 2,848,000.00 | $ 2,132,497.00 | $ (715,503.00) | Received - Pending |
| McMullin, Mark | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Miller, Christopher | $ 181,125.00 | | | Received - Pending |
| Miller, Dave | $ 40,000.00 | $ - | $ (40,000.00) | Received - Pending |
| Miller, Timothy | $ 101,000.00 | $ 71,500.00 | $ (29,500.00) | Received - Pending |
| Miller, Tyson | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Miskimen III, Robert | $ 600,000.00 | $ 79,554.18 | $ (520,445.82) | Received - Pending |
| Mixon, Kit | $ 74,250.00 | | | Received - Pending |
| Mody, Daven | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Monson III, Cyrus & Revocable Trust | $ 825,000.00 | $ 253,111.88 | $ (571,888.12) | Received - Pending |
| Moon, Brian | $ 100,000.00 | $ 10,833.33 | $ (89,166.67) | Received - Pending |
| Moreno, Anthony | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Morgan II, Russell | | | $ - | |
| Moschel, Brian (BTM Real Estate Holdings LLC) | $ 200,000.00 | $ 34,188.84 | $ (165,811.16) | Received - Pending |
| Muré, Joey | | | $ - | |
| Murphy, George | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Murphy, Michael | $ 100,000.00 | $ 40,000.00 | $ (60,000.00) | Received - Pending |
| Naulls, Ron (Jackson, Tara) | | | $ - | Received - Pending |
| Nelson, Evan | $ 600,000.00 | $ 140,000.00 | $ (460,000.00) | Received - Pending |
| Newell, Ryan | $ 150,000.00 | $ 45,000.00 | $ (105,000.00) | Received - Pending |
| ngo, olivier | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Nisar, Faizal | $ 2,825,000.00 | $ 113,356.35 | $ (2,711,643.65) | Received - Pending |
| Noblitt, Brent | $ 300,000.00 | | | Received - Pending |
| Nolan, Matt | | | $ - | |
| Noles, Russell & Karrah | $ 225,000.00 | $ - | $ (225,000.00) | Received - Pending |
| Odegard, Chris | $ 100,000.00 | $ 101,375.00 | $ 1,375.00 | Received - Pending |
| Olexer, David | $ 100,000.00 | $ 65,708.33 | $ (34,291.67) | Received - Pending |
| Olson Sr, Thomas | $ 100,000.00 | $ 5,910.84 | $ (94,089.16) | Received - Pending |
| Ortho Syndicate GP | $ 2,587,500.00 | $ - | $ (2,587,500.00) | Received - Pending |
| Osborn, James | $ 1,755,000.00 | $ 969,542.06 | $ (785,457.94) | Received - Pending |
| Ovard, Kelly | $ 50,000.00 | $ - | $ (50,000.00) | Received - Pending |
| Parish, Cindy | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Park, James & Kum Joo | $ 300,000.00 | $ 10,000.00 | $ (290,000.00) | Received - Pending |
| Patel, Tarak | $ 200,000.00 | $ 10,000.00 | $ (190,000.00) | Received - Pending |
| Pattillo, Matthew | $ 200,000.00 | $ 16,282.33 | $ (183,717.67) | Received - Pending |
| Payne Jr., Phillip Wyatt | $ 100,000.00 | $ 5,910.84 | $ (94,089.16) | Received - Pending |
| Peabody, Seth | | | $ - | |
| Perez, Pablo | $ 200,000.00 | $ 40,000.00 | $ (160,000.00) | Received - Pending |
| Perlis, Stephen | $ 648,650.00 | $ 452,986.85 | $ (195,663.15) | Received - Pending |
| Perry, Dennis | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Piercy, Robert & Lori | $ 200,000.00 | $ 71,000.00 | $ (129,000.00) | Received - Pending |
| Pine, Mike | $ 100,000.00 | $ 4,032.00 | $ (95,968.00) | Received - Pending |
| Pinkerton, Gary | $ 400,000.00 | $ 218,586.61 | $ (181,413.39) | Received - Pending |
| Pinkerton, Susan | $ 1,830,000.00 | $ 591,534.56 | $ (1,238,465.44) | Received - Pending |

| Name | Amount | Paid | Balance | Status |
|---|---|---|---|---|
| Plamoottil, Issac | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Plamoottil, Prema | | | $ - | |
| Pointu, Patrick | $ 50,000.00 | $ - | $ (50,000.00) | Received - Pending |
| Polak, Andy | $ 100,000.00 | $ 61,000.00 | $ (39,000.00) | Received - Pending |
| Polasek, Kevin | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Polito, Steve | $ 200,000.00 | $ 11,821.67 | $ (188,178.33) | Received - Pending |
| Pollack, Adam & Jonathan | $ 1,879,375.00 | $ 279,632.00 | $ (1,599,743.00) | Received - Pending |
| Polvorosa, Bradley | $ 200,000.00 | $ 11,821.67 | $ (188,178.33) | Received - Pending |
| Powell, Luke | $ 550,000.00 | $ 112,129.67 | $ (437,870.33) | Received - Pending |
| Puri, Gaurav | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Randolph, Jacqueline | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Raney, Jason | $ 150,750.00 | $ - | $ (150,750.00) | Received - Pending |
| Rao, Suman | $ 200,000.00 | $ 5,910.84 | $ (194,089.16) | Received - Pending |
| Ravit, Bryan | $ 50,000.00 | $ - | $ (50,000.00) | Received - Pending |
| Reddy, Gova | $ 200,000.00 | $ 5,910.84 | $ (194,089.16) | Received - Pending |
| Richard, Ryan | $ 1,750,000.00 | | | Received - Pending |
| Richard, Taylor | $ 150,000.00 | | | Received - Pending |
| Robin, Chris | $ 300,000.00 | $ - | $ (300,000.00) | Received - Pending |
| Robin, Julie | $ 300,000.00 | $ - | $ (300,000.00) | Received - Pending |
| Robin, Steven | $ 300,000.00 | $ - | $ (300,000.00) | Received - Pending |
| Robinson, Jane - Trustee of Nancy Day | $ 250,000.00 | $ 141,041.67 | $ (108,958.33) | Received - Pending |
| Robinson, Jane & Tanisawa, Ross | $ 400,000.00 | $ 184,673.33 | $ (215,326.67) | Received - Pending |
| Rogers, Carl | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Rosenstein, David | $ 300,000.00 | $ - | $ (300,000.00) | Received - Pending |
| Roth, Jason | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Rothpletz, John | $ 300,000.00 | $ - | $ (300,000.00) | Received - Pending |
| Rowden, Eric | $ 100,000.00 | $ 20,000.00 | $ (80,000.00) | Received - Pending |
| Rowe, Merril | $ 400,000.00 | $ 11,821.67 | $ (388,178.33) | Received - Pending |
| Russell, Dustin | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Sauers, Joe | $ 1,000,000.00 | $ 112,564.65 | $ (887,435.35) | Received - Pending |
| Sauers, Mike | $ 900,000.00 | $ 32,564.66 | $ (867,435.34) | Received - Pending |
| Scarborough, Michael | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Scharf, Kristin | $ 200,000.00 | $ 5,910.84 | $ (194,089.16) | Received - Pending |
| Schariest, Sarah & Schariest Jr, James | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Schieck, Tanner | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Schmitz, Garrit | $ 200,000.00 | $ 11,821.67 | $ (188,178.33) | Received - Pending |
| Schneider, Kevin | $ 100,000.00 | $ 4,032.00 | $ (95,968.00) | Received - Pending |
| Scott III, Dale (Trey) | $ 250,000.00 | $ 76,250.00 | $ (173,750.00) | Received - Pending |
| Seattle Gas Solutions GP | $ 1,380,000.00 | $ - | $ (1,380,000.00) | Received - Pending |
| Serna, Margarita V. | $ 100,000.00 | $ 8,318.78 | $ (91,681.22) | Received - Pending |
| Seitz, James | $ 601,000.00 | $ 384,629.40 | $ (216,370.60) | Received - Pending |
| Shah, Anant | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Shah, Neil | $ 100,000.00 | $ 5,910.84 | $ (94,089.16) | Received - Pending |
| Shane, Adam | $ 100,000.00 | $ 30,000.00 | $ (70,000.00) | Received - Pending |
| Shaw, Casey | $ 300,000.00 | $ 81,000.00 | $ (219,000.00) | Received - Pending |
| Sheanh, Ashoka & Kathleen | $ 500,000.00 | $ - | $ (500,000.00) | Received - Pending |
| Scheumann, Nancy | $ 200,000.00 | $ 34,188.83 | $ (165,811.17) | Received - Pending |
| Schlueter, Jason | $ 400,000.00 | $ 76,282.33 | $ (323,717.67) | Received - Pending |
| Short Jr, Jeffrey | $ 400,000.00 | $ 76,282.33 | $ (323,717.67) | Received - Pending |
| Short Sr, Jeffrey & Short, Michelle | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Sincavage, Dan | $ 275,000.00 | $ 16,254.80 | $ (258,745.20) | Received - Pending |
| Singh, Sushma | $ 702,500.00 | $ 325,010.00 | $ (377,490.00) | Received - Pending |
| Small, Alanna | $ 200,000.00 | $ 122,000.00 | $ (78,000.00) | Received - Pending |
| Smith, Adam T. | $ 200,000.00 | $ 50,000.00 | $ (150,000.00) | Received - Pending |
| Smith, Heather | $ 376,000.00 | $ 139,000.01 | $ (236,999.99) | Received - Pending |
| Snead, Adam | | | | |
| Son, Michael | $ 100,000.00 | $ 10,833.33 | $ (89,166.67) | Received - Pending |
| Southall, Justin Fisher | $ 200,000.00 | $ 16,282.33 | $ (183,717.67) | Received - Pending |

| Name | Amount | Paid | Balance | Status |
|---|---:|---:|---:|---|
| Stafford, James | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Stevens, Robert | $ 575,000.00 | $ 390,956.06 | $ (184,043.94) | Received - Pending |
| Stewart, John | $ 987,500.00 | $ 123,115.13 | $ (864,384.87) | Received - Pending |
| Stiers, Nathan | $ 200,000.00 | | | Received - Pending |
| Stolarski, Sharon | $ 200,000.00 | $ 10,000.00 | $ (190,000.00) | Received - Pending |
| Stryker, Ross | $ 837,500.00 | $ 134,092.80 | $ (703,407.20) | Received - Pending |
| Sullivan, Dave & Michelle | $ 100,000.00 | $ 1,775.34 | $ (98,224.66) | Received - Pending |
| Sullivan, Thomas | $ 3,543,500.00 | $ - | $ (3,543,500.00) | Received - Pending |
| Swartzentruber, Chet | $ 500,000.00 | $ 50,000.00 | $ (450,000.00) | Received - Pending |
| Szalai, Gregory | $ 100,000.00 | $ 40,000.00 | $ (60,000.00) | Received - Pending |
| Talosig, Paul & Anna | $ 200,000.00 | $ 11,821.67 | $ (188,178.33) | Received - Pending |
| Tanner, Benjamin | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Terheggen, Nadia | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Thessing, Matt | | | $ - | |
| Thiagaraj, Suvedha | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Thibodeaux, Lance | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Thibodeaux, Lauren | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Thibodeaux, Nathan | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Thivierge, Randal | $ 201,000.00 | $ 93,600.00 | $ (107,400.00) | Received - Pending |
| Thomas Family LLC, Alfred & Janell | $ 12,276,078.00 | $ 842,078.00 | $ (11,434,000.00) | Received - Pending |
| Thompson, Dan | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Tillman, Benjamin | | | $ - | |
| Timberlake, Mark | $ 250,000.00 | $ - | $ (250,000.00) | Received - Pending |
| Timmons, Dale | $ 400,000.00 | $ 120,000.00 | $ (280,000.00) | Received - Pending |
| Trapp, Luke | $ 702,000.00 | $ 257,200.00 | $ (444,800.00) | Received - Pending |
| Tres Amigos Investments LLC | $ 550,000.00 | $ 793,481.95 | $ 243,481.95 | Received - Pending |
| Turcotte, Matthew | $ 300,000.00 | $ - | $ (300,000.00) | Received - Pending |
| Turner, Kahlil & Leonore | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Ueber, Robert | $ 1,078,000.00 | $ 374,059.67 | $ (703,940.33) | Received - Pending |
| Ugas, Marco | $ 500,000.00 | $ - | $ (500,000.00) | Received - Pending |
| Uhalde, Gracian | $ 200,000.00 | $ 114,586.96 | $ (85,413.04) | Received - Pending |
| Uhalde, Michael | $ 200,000.00 | $ 125,479.62 | $ (74,520.38) | Received - Pending |
| Uhalde, Timothy | $ 300,000.00 | $ 147,442.26 | $ (152,557.74) | Received - Pending |
| Ummareddy, Kumar Sateesh | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Vandiver, Iuliana and Thomas | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Vargas, Carlos | $ 100,000.00 | $ 10,000.00 | $ (90,000.00) | Received - Pending |
| Varvarigos, George | $ 75,000.00 | $ 30,000.00 | $ (45,000.00) | Received - Pending |
| Verbic, Marty | $ 200,000.00 | $ 66,872.28 | $ (133,127.72) | Received - Pending |
| Verbic, Victor | $ 100,000.00 | $ 40,000.00 | $ (60,000.00) | Received - Pending |
| Vilt, Jim | $ 150,000.00 | $ 30,000.00 | $ (120,000.00) | Received - Pending |
| Volcy & Crump-Volcy, Guerdy & Angela | $ 500,000.00 | $ - | $ (500,000.00) | Received - Pending |
| Walker, Craig | $ 200,000.00 | | | Received - Pending |
| Walker, Randy | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Wallis, Benjamin | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Ward, Eric | $ 350,000.00 | $ 10,000.00 | $ (340,000.00) | Received - Pending |
| Ware, Joe | $ 301,000.00 | $ 119,514.84 | $ (181,485.16) | Received - Pending |
| Warenment, Alexander | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Werner, Michele & Eric | $ 2,825,000.00 | $ 1,875,000.00 | $ (950,000.00) | Received - Pending |
| Weselak, Mark | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Weyer, Bruce | $ 250,000.00 | $ 40,000.00 | $ (210,000.00) | Received - Pending |
| White, Aaron | $ 2,621,500.00 | $ 547,673.78 | $ (2,073,826.22) | Received - Pending |
| White, Jared | $ 500,000.00 | $ 70,000.00 | $ (430,000.00) | Received - Pending |
| White, Russell | | | $ - | |
| Wilson, Ryan | $ 600,000.00 | $ 151,821.67 | $ (448,178.33) | Received - Pending |
| Williams, Earnest & Trudy | $ 750,000.00 | $ 481,875.00 | $ (268,125.00) | Received - Pending |
| Williams, Gregory | $ 45,000.00 | $ 8,437.50 | $ (36,562.50) | Received - Pending |
| Williams, Paul | $ 1,080,000.00 | $ 226,200.00 | $ (853,800.00) | Received - Pending |
| Wimmer, Jeff | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |

| Name | Amount | Paid | Balance | Status |
|---|---|---|---|---|
| Winston, Travis | $ 200,000.00 | $ 81,000.00 | $ (119,000.00) | Received - Pending |
| Wipf, Michael | $ 1,065,000.00 | $ 591,038.93 | $ (473,961.07) | Received - Pending |
| Wolsky, Mike | $ 150,000.00 | $ - | $ (150,000.00) | Received - Pending |
| Wood, Brent | $ 100,000.00 | $ - | $ (100,000.00) | Received - Pending |
| Wood, Travis | $ 250,000.00 | $ 30,000.00 | $ (220,000.00) | Received - Pending |
| Woodall, Steven | $ 789,000.00 | $ 667,671.63 | $ (121,328.37) | Received - Pending |
| Wright, Matthew | $ 605,000.00 | $ 118,732.51 | $ (486,267.49) | Received - Pending |
| Yatzkan, Nancy | | | $ - | |
| Yip, Sallis | $ 500,000.00 | $ 121,000.00 | $ (379,000.00) | Received - Pending |
| Zalzala, Sajad | $ 300,000.00 | $ 57,094.42 | $ (242,905.58) | Received - Pending |
| Zarghami, David | $ 200,000.00 | $ 11,821.67 | $ (188,178.33) | Received - Pending |
| Zavulunova, Serafima | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Zdenek, Chad | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| Zdenek, Jason | $ 1,100,000.00 | $ - | $ (1,100,000.00) | Received - Pending |
| Zehnder, Brian | $ 1,000,000.00 | $ 43,643.34 | $ (956,356.66) | Received - Pending |
| Zeltzman, Phil | | | $ - | Received - Pending |
| Zimmer, Zach | $ 200,000.00 | $ - | $ (200,000.00) | Received - Pending |
| | $ 170,958,753.00 | $ 37,674,834.86 | $ (133,283,918.14) | |