IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § § § **Plaintiff,** § § v. § § **ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC,** § § § § § § **Defendants.** § § | Case No.: 6:23-CV-00321-ADA-DTG |

### DECLARATION OF JENNIFER D. REECE
### IN SUPPORT OF APPLICTION FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT ERIC N. SHELLY

1. I, Jennifer D. Reece, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. §1746, that the following is true and correct, that this declaration is made on my personal knowledge, and that I am competent to testify as to the matters stated herein.

2. I am the attorney of record for the Plaintiff Securities and Exchange Commission ("Commission") in the above-captioned civil action, and I submit this declaration in support of Plaintiff Securities and Exchange Commission's Application for Clerk to Enter Default against Defendant Eric N. Shelly ("Shelly" or "Defendant").

3. The Commission filed its Complaint on May 3, 2023, seeking, among other things, a permanent injunction against Defendant for violations of the securities registration and certain of the anti-fraud provisions of the federal securities laws. [Doc. 1].

4. Defendant was properly served with process on May 5, 2022. [Doc. 11] Defendant was required to file an answer to, or otherwise defend, the Commission's Complaint

EXHIBIT

1

by May 26, 2023. See FED. R. CIV. P. 12.

5. To date, Defendant has not filed an answer to the Complaint or otherwise defended the Complaint in this civil action. [*Id.* at ¶5.] Thus, Defendant is in default.

6. Defendant is neither an infant, in the military, or is an incompetent person, and is not eligible for relief under the Service members Civil Relief Act of 2003 [50 U.S.C. Appendix, ¶ 501 *et seq.*].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this August 1, 2023.

    *s/ Jennifer D. Reece*
    Jennifer D. Reece
    Attorney for Plaintiff
    Securities and Exchange Commission