IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC,**<br><br>**Defendants.** | § § § § § § § § § § § § § § § <br><br>Case No.: 6:23-CV-00321-ADA-DTG |

**CLERK'S ENTRY OF DEFAULT AGAINST**
**DEFENDANT ERIC N. SHELLY**

According to the official Court file in the above-captioned action, on May 3, 2023, Plaintiff Securities and Exchange Commission ("Commission") filed its Complaint against Defendant Eric N. Shelly ("Shelly" or "Defendant"), [Doc. 1.]

As of the date of this entry, no answer has been filed with the Clerk on behalf of the Defendant. Defendant Shelly has not responded to or otherwise defended the Complaint.

THEREFORE, on request of counsel, the DEFAULT of Defendant Shelly is hereby entered.

Dated: _____, 2023.

_____
Clerk, United States District Court
Western District of Texas