UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **United States Securities and Exchange Commission**     Plaintiffs | * * * * * * * * | Civil No. **6:23-cv-00321-ADA** |
| v. | | |
| **Hill et al**     Defendants | | |

## CLERK'S ENTRY OF DEFAULT

It appears from the records in the above-entitled action that summons, issued on the Plaintiffs' Original Complaint, was served upon the Defendants named below on **05/4/2023**, and it further appearing from the affidavit of counsel for Plaintiffs that Defendants have failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Plaintiffs, the default of the following named Defendants is hereby entered:

**Eric N. Shelly**

PHILIP J. DEVLIN, CLERK
UNITED STATES DISTRICT COURT

By: _KDavis_
Deputy Clerk
DATE: August 1, 2023