IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC,**<br><br>**Defendants.** | § § § § § § § § § § § § § § § Case No.: 6:23-CV-00321-ADA-DTG |

**PLAINTIFF'S AGREED MOTION FOR ENTRY OF**
**AGREED JUDGMENT AS TO DEFENDANT ERIC N. SHELLY**

Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") files this Agreed Motion for Entry of Agreed Judgment as to Defendant Eric N. Shelly ("Defendant"), and respectfully shows the Court as follows:

1. The Commission and Defendant have reached an agreement to settle the non-monetary claims against the Defendant. Defendant has consented to the entry of a judgment ("Agreed Judgment") which, among other things, resolves all issues of liability in this case, imposes injunctive relief, and defers the Court's determination of the amount of disgorgement and prejudgment interest to be imposed and the amount of civil penalty, if any, pending a motion of the Commission.

2. Defendant has executed a Consent, attached hereto as Exhibit "A". The proposed Agreed Judgment is attached as Exhibit "B".

Accordingly, the Commission respectfully requests that the Court grant this Motion and enter the proposed Agreed Judgment.

Dated:   August 4, 2023.                              Respectfully submitted,

                                                  *s/ Jennifer D. Reece*
                                                  Jennifer D. Reece
                                                  Texas Bar No. 00796242
                                                  Direct phone: (817) 978-6442
                                                  reecej@sec.gov

                                                  Jason J. Rose
                                                  Texas Bar No. 24007946
                                                  Direct phone: (817) 978-1408
                                                  rosej@sec.gov

                                                  United States Securities and Exchange Commission
                                                  Burnett Plaza, Suite 1900
                                                  801 Cherry Street, Unit 18
                                                  Fort Worth, Texas 76102

                                                  ATTORNEYS FOR PLAINTIFF
                                                  SECURITIES AND EXCHANGE COMMISSION

## **CERTIFICATE OF SERVICE**

      I certify that on August 4, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, Waco Division using the electronic case filing system of the court. I hereby certify that I have served a copy of this document on all parties in accordance with FED. R. CIV. PRO. 5(b)(2).

                                                  */s/ Jennifer D. Reece*
                                                  Jennifer D. Reece