IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § § | |
| **Plaintiff,** § § | Case No.: 6:23-CV-00321-ADA-DTG |
| v. § § | |
| **ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC,** § § § § § | |
| **Defendants.** § § | |

**PLAINTIFF'S AGREED MOTION FOR ENTRY OF**
**AGREED JUDGMENT AS TO DEFENDANT ROY W. HILL**

Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") files this Agreed Motion for Entry of Agreed Judgment as to Defendant Roy W. Hill ("Defendant"), and respectfully shows the Court as follows:

1. The Commission and Defendant have reached an agreement to settle the non-monetary claims against the Defendant. Defendant has consented to the entry of a judgment ("Agreed Judgment") which, among other things, resolves all issues of liability in this case, imposes injunctive relief, and defers the Court's determination of the amount of disgorgement and prejudgment interest to be imposed and the amount of civil penalty, if any, pending a motion of the Commission.

2. Defendant has executed a Consent, attached hereto as Exhibit "A". The proposed Agreed Judgment is attached as Exhibit "B".

Accordingly, the Commission respectfully requests that the Court grant this Motion and enter the proposed Agreed Judgment.

Dated:   August 17, 2023.                              Respectfully submitted,

                                                               *s/ Jennifer D. Reece*
Jennifer D. Reece
Texas Bar No. 00796242
Direct phone: (817) 978-6442
reecej@sec.gov

Jason J. Rose
Texas Bar No. 24007946
Direct phone: (817) 978-1408
rosej@sec.gov

United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

     I certify that on August 17, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, Waco Division using the electronic case filing system of the court. I hereby certify that I have served a copy of this document on all parties in accordance with FED. R. CIV. PRO. 5(b)(2).

                                               */s/ Jennifer D. Reece*
                                               Jennifer D. Reece