IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| V. | § § | Case No. 6:23-cv-00321 |
| | § | |
| ROY W. HILL, ERIC N. SHELLY, | § | |
| CLEAN ENERGY TECHNOLOGY | § | |
| ASSOCIATION, INC., and | § | |
| FREEDOM IMPACT CONSULTING, LLC, | § § | |
| | § | |
| Defendants. | § § | |

## ORDER APPROVING FIRST CLAIM RECOMMENDATION
## AND DIRECTING DISTRIBUTION

This matter came before the Court on the first report and recommendation for claim approval and distribution filed by Receiver Albert C. Black III.  The Court finds the motion is well-taken, and therefore approves the claim recommendation and directs the Receiver to pay Seattle Gas Solutions, GP's claim in its full amount of $1,380,000.

IT IS SO ORDERED this ___ day of _____, 2023.


_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE