IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>V.<br><br>ROY W. HILL, ERIC N. SHELLY,<br>CLEAN ENERGY TECHNOLOGY<br>ASSOCIATION, INC., and<br>FREEDOM IMPACT CONSULTING, LLC,<br><br>Defendants. | §§§§§§§§§§§§§<br><br>Case No. 6:23-cv-00321 |

## **ORDER GRANTING RECEIVER'S FIRST FEE APPLICATION**

This matter came before the Court on the motion of Receiver Albert C. Black III. The Court finds the motion is well-taken, and therefore grants the motion. The Receiver is authorized to pay the sum of $136,675.90 as allocated in the table in the motion.

IT IS SO ORDERED this ___ day of _____, 2023.


_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE