IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § | |
| | § | |
| V. | § | Case No. 6:23-cv-00321 |
| | § | |
| ROY W. HILL, et al. | § | |

## SUPPLEMENTAL REPLY IN SUPPORT OF
## MOTION TO APPROVE INTERIM RETENTION OF PERSONNEL

Receiver Albert C. Black III ("Receiver") provides this further comment in support of his motion to approve the retention of personnel, respectfully stating:

The Receiver presented a motion seeking to approve the retention of certain personnel (Doc. 26). Defendant Roy Hill filed the sole response in opposition (Doc. 28). In reply, the Receiver urged that the points raised in opposition were more properly considered in connection with a response to the first fee application (Doc. 30).

The Receiver has now tendered his first fee application (Doc. 43). Defendant Roy Hill has stated he is not opposed to that application (Doc. 43 at 10). The Securities and Exchange Commission is not opposed either (*id.*). No other counsel of record have appeared.

Accordingly, the Receiver prays that the Court take up the motion to retain, and grant that motion.

Respectfully submitted,

*/s/ Dennis Roossien*
Dennis L. Roossien, Jr.
Texas Bar No. 00784873
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: 214.855.7535
droossien@munsch.com

COUNSEL FOR RECEIVER

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served electronically in compliance with the Court's Electronic Filing Procedures on all counsel of record who are deemed to have consented to electronic service.

*/s/ Dennis Roossien*