IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §<br>§<br>Plaintiff, §<br>§<br>V. §<br>§<br>ROY W. HILL, ERIC N. SHELLY, §<br>CLEAN ENERGY TECHNOLOGY §<br>ASSOCIATION, INC., and §<br>FREEDOM IMPACT CONSULTING, LLC, §<br>§<br>Defendants. §<br>§ | Case No. 6:23-cv-00321 |

## ORDER GRANTING RECEIVER'S FIRST FEE APPLICATION

This matter came before the Court on the motion of Receiver Albert C. Black III. The Court finds the motion is well-taken, and therefore grants the motion. The Receiver is authorized to pay the sum of $136,675.90 as allocated in the table in the motion.

IT IS SO ORDERED this 18th day of September, 2023.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE