IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>V.<br><br>ROY W. HILL, ERIC N. SHELLY,<br>CLEAN ENERGY TECHNOLOGY<br>ASSOCIATION, INC., and<br>FREEDOM IMPACT CONSULTING, LLC,<br><br>Defendants. | §§§§§§§§§§§§§<br><br>Case No. 6:23-cv-00321 |

**ORDER GRANTING SECOND MOTION TO APPROVE RETENTION OF PERSONNEL**

This matter came before the Court on the motion of Receiver Albert C. Black III. The Court finds the motion is well-taken, and therefore approves the retention, on the terms stated, of Byron Veech. Any payment shall be subject to appropriate fee applications and further orders of this Court.

IT IS SO ORDERED this ___ day of _____, 2023.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE