IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>V.<br><br>ROY W. HILL, ERIC N. SHELLY,<br>CLEAN ENERGY TECHNOLOGY<br>ASSOCIATION, INC., and<br>FREEDOM IMPACT CONSULTING, LLC,<br><br>　　Defendants. | §§§§§§§§§§§§§<br><br>Case No. 6:23-cv-00321 |

**ORDER APPROVING UNOPPOSED SECOND CLAIM RECOMMENDATION**

This matter came before the Court on the second report and recommendation for claim approval and for partial interim distribution filed by Receiver Albert C. Black III. The Court finds the recommendation is well-taken, and therefore approves the claim recommendation. Accordingly, the Court modifies the asset freeze in regard to Eric N. Shelly ("Shelly"), and directs as follows:

(1) Shelly may retain $9,000 monthly from real estate rental proceeds and use those funds for living expenses;

(2) Shelly's counsel's legal bills, in the amount of $55,000 and such additional fees to which the Receiver and the SEC may agree, may be paid from real estate rental proceeds and/or, as necessary, sales of "Shelly Investment Properties" as listed on Exhibit C to the Receiver's above-referenced report (Doc. 34-3);

(3) The Receiver may otherwise approve transactions in respect of the Shelly Assets that preserve and maximize the value of those assets;

(4) The asset freeze is lifted to allow the Receiver to authorize Shelly to carry out tasks necessary and proper to effect the foregoing, subject to the oversight of the Receiver and the reporting to the Court in the Receiver's quarterly reports, including directing property management or sale of the Shelly Investment Properties, opening bank accounts, maintaining a credit card, and engaging in such other appropriate transactions in respect of the Shelly assets as the Receiver may approve.

IT IS SO ORDERED this ___ day of _____, 2023.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE