IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>V.<br><br>ROY W. HILL, ERIC N. SHELLY,<br>CLEAN ENERGY TECHNOLOGY<br>ASSOCIATION, INC., and<br>FREEDOM IMPACT CONSULTING, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 6:23-cv-00321 |

**ORDER APPROVING UNOPPOSED THIRD CLAIM RECOMMENDATION**

This matter came before the Court on the third report and recommendation for claim approval and for partial interim distribution filed by Receiver Albert C. Black III. ECF No. 50. The Court finds the recommendation is well-taken, and therefore approves the claim recommendation.

IT IS THEREFORE ORDERED that the net cash loss determinations in the report are approved, and the pro rata interim distribution as stated in the report is approved.

IT IS SO ORDERED this 15th day of November, 2023.

HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE