EXHIBIT A

**STANDARDIZED FUND ACCOUNTING REPORT**
for
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 05/03/2023 to 06/30/2023

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 06/30/03/2023): | 67,276,415.00 | | 67,276,415.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 10,909.84 | | 10,909.84 |
| Line 3 | Cash and Securities | | | 0.00 |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other | | | |
| | Total Funds Available (Lines 1 – 8): | 67,287,324.84 | | 67,287,324.84 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | 129,003.70 | | |
| Line 10b | *Business Asset Expenses* | 130,796.19 | | 130,796.19 |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| |    1. Attorney Fees | | | |
| |    2. Litigation Expenses | | | |
| |    Total Third-Party Litigation Expenses | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | 259,799.89 | | 259,799.89 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| |   1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| |   2. Administrative Expenses | | | |
| |   3. Miscellaneous | | | |
| | Total Plan Development Expenses | 0.00 | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| |   1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| |   2. Administrative Expenses | | | |
| |   3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| |   4. Fund Administrator Bond | | | |
| |   5. Miscellaneous | | | |
| |   6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | 0.00 | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | 259,799.89 | | 259,799.89 |
| Line 13 | Ending Balance (As of 09/30/2023): | 67,027,524.95 | | 67,027,524.95 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | *Cash & Cash Equivalents (including publicly traded securities)* | 67,027,524.95 | | 67,027,524.95 |
| Line 14b | *Investments (Shelly - see also Hill's claimed investments, not included)* | 6,876,984.67 | | 6,876,984.67 |
| Line 14c | *Other Assets or Uncleared Funds (CETA equipment under review)* | | | |
| | Total Ending Balance of Fund – Net Assets | 73,904,509.62 | | 73,904,509.62 |

**EXHIBIT A**

## STANDARDIZED FUND ACCOUNTING REPORT
for
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 05/03/2023 to 06/30/2023

| | OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a |     *Investment Expenses/CRIS Fees* | | | |
| Line 16b |     *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | *# of Claims Received This Reporting Period* | 386 | | 386 |
| Line 18b | *# of Claims Received Since Inception of Fund* | 794 | | 794 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | 0 | | 0 |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | 0 | | 0 |

Receiver Albert C. Black, III

By: _____
Dennis Roossien
Counsel for Receiver
11/16/2023