**Exhibit B - Hill Disclosure of Assets**

Cash

| Value (claimed) | Description | Notes |
|---|---|---|
| $ - | Hill states he has no unfrozen cash | |

Investments

| Value (claimed) | Description | Notes |
|---|---|---|
| $ 300,000.00 | Investment in Tommy's Car Wash | Managed by Dave Zook |
| $ 365,000.00 | M&R Business Enterprises, Inc. | 203 S. Ridgeview Ct, Azle, TX 76020 (07/20/16) |

Personal Property

| Value (claimed) | Description | Notes |
|---|---|---|
| $ 5,600.00 | 2001 Ford Pickup | |
| Undetermined | Law Library | |
| $ 5,500.00 | Guns | |
| $ 5,500.00 | 2012 Polaris Ranger | |
| $ 1,000.00 | Jewelry | |
| $ 10,000.00 | Art / Coints | |
| $ 10,000.00 | Furniture | |
| $ 500.00 | Collectibles | |
| $ - | Stock in AES and 1st Nat'l Bank | |
| $ 2,500.00 | Clothing etc. | |
| $ 22,599.00 | 2016 Mercedes 400 GLE | |
| $ 93,000.00 | Claim to Recover Payment for Undelivered Car | |
| $ 45,000.00 | 2020 Mercedes 450 GLE SUV | |