**Exhibit G - Vendor Claims**

| Number | Name | Claim Amount |
|---:|:---:|---:|
| 1 | ETG Fire | $ 10,587.50 |
| 2 | Hammond Services | $ 2,102.00 |
| 3 | Lyle Oil Company Inc. | $ 1,211.90 |
| 4 | P.W.C Industries, Inc. | $ 1,247,667.45 |
| 5 | Vaughan, Terry | $ 119,700.00 |
|   |   | $ 1,381,268.85 |

| |
|---|
| wesley.jackson@etgfire.com |
| hammondservices.waco@gmail.com |
| lyleoilacct@outlook.com |
| |
| tvaughan1764@yahoo.com |

9410 East 51st Street South, Suite A - Tulsa, OK 74145
7037 Sanger Ave #B - Waco, TX 76710
111 S. Fairway: PO Box 77 - Fairfield, TX 75840
6650 Leopard Street - Corpus Christi, TX 78409
14328 Acr 404 - Palestine, TX 75803

Notes

720-786-1365
254-717-9114
903-389-2239
361-289-0557          "The claim will increase monthly with ongoing mon
903-391-7000

thly rental and maintenance cost of a leased storage

Case 6:23-cv-00321-ADA    Document 52-7    Filed 11/16/23    Page 5 of 5