IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 6:23-cv-00321 |
| § | |
| ROY HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, § § § § § § | |
| Defendants. | |

## DEFENDANT ROY HILL'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Roy Hill ("Mr. Hill") files this Unopposed Motion for Withdrawal and Substitution of Counsel, and in support, would respectfully show as follows:

1. The following attorney currently represent Mr. Hill in this case:

Gene R. Besen
Texas Bar No. 24045491
gbesen@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone (214) 257-9785
Facsimile (214) 934-8787

2. Mr. Hill desires to have this attorney withdraw and to have the following attorney substitute in as lead counsel of record for Defendant:

David W. Klaudt
State Bar No. 00796073
David.Klaudt@gtlaw.com
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200

Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

3. Mr. Christopher L. Tritico and Mr. Ron Rainey will remain counsel of record for Mr. Hill.

4. This substitution is not requested for delay but so that justice may be done.

5. Granting this substitution will not result in prejudice to any party or substantially affect any existing deadlines.

WHEREFORE, Defendant respectfully asks the Court for an order withdrawing and substituting counsel as describe above and for such other and further relief to which he may be entitled.

Respectfully submitted,

*/s/ David W. Klaudt*
David W. Klaudt
State Bar No. 00796073
klaudtd@gtlaw.com
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

**ATTORNEY FOR DEFENDANT ROY HILL**

**AGREED**:

/s/ *Gene R. Besen*
Gene R. Besen
Texas Bar No. 24045491
gbesen@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone (214) 257-9785
Facsimile (214) 934-8787

**CERTIFICATE OF CONFERENCE**

I, David W. Klaudt, hereby certify that on the 8th day of December, 2023, I conferred with Jennifer Reece, counsel for Plaintiff, and Dennis Lynn Roosien Jr., counsel for Receiver, and they have indicated they are unopposed to the relief request in this Motion.

/s/ *David W. Klaudt*
David W. Klaudt

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties that have appeared through the Court's electronic filing system on December 8, 2023.

/s/ *David W. Klaudt*
David W. Klaudt