IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:23-cv-00321 |
| ROY HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, | § § § § § § | |
| Defendants. | | |

## [PROPOSED] ORDER GRANTING DEFENDANT ROY HILL'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

On this day, the Court considered Defendant Roy Hill's Motion for Withdrawal and Substitution of Counsel. After consideration, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore, **ORDERED** that attorney Gene Besen, Texas Bar No. 24045491 is no longer counsel of record for Mr. Hill. David W. Klaudt is substituted in as lead counsel in this case for Mr. Hill.

Dated this the _____ day of _____ 2023.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT COURT