IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | Case No. 6:23-cv-00321-ADA |
| § | |
| ROY W. HILL, ERIC N. SHELLY, § | |
| CLEAN ENERGY TECHNOLOGY § | |
| ASSOCIATION, INC., and § | |
| FREEDOM IMPACT CONSULTING, LLC, § | |
| § | |
| Defendants. § | |
| § | |

## ORDER GRANTING RECEIVER'S SECOND FEE APPLICATION

This matter came before the Court on the motion of Receiver Albert C. Black III.  The Court finds the motion is well-taken, and therefore grants the motion.  The Receiver is authorized to pay the sum of $249,917.14 as allocated in the table in the motion.

IT IS SO ORDERED this ___ day of _____, 2023.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE