IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>V.<br><br>ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 6:23-cv-00321-ADA |

**ORDER GRANTING RECEIVER'S SECOND FEE APPLICATION**

This matter came before the Court on the motion of Receiver Albert C. Black III. The Court finds the motion is well-taken, and therefore grants the motion. The Receiver is authorized to pay the sum of $249,917.14 as allocated in the table in the motion.

IT IS SO ORDERED this 22nd day of January, 2023.

HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE