IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 6:23-cv-00321 |
| § § | |
| ROY HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, § § § § § § | |
| Defendants. | |

### DEFENDANT ROY HILL'S UNOPPOSED MOTION TO OPEN BANK ACCOUNT AND <u>OBTAIN CREDIT CARD</u>

Roy Hill ("Mr. Hill") files this Unopposed Motion requesting this Court grant him permission to open a personal bank account and obtain a credit card and would show the court as follows:

1. This Court appointed a receiver (the "Receiver") over Mr. Hill on May 3, 2023. [Dkt. 8].

2. The undersigned and counsel for Plaintiff interpret this Court's order appointing the Receiver as requiring permission from the Court before Mr. Hill may open any financial account.

3. Mr. Hill desires to open a personal bank account and a credit card account with a credit limit up to $4,000 to be used for reasonable living expenses. Mr. Hill does not, at this time, seek any modification of this Court's order appointing the Receiver and believes the requested relief is consistent with the Court's current receivership order.

4.  Counsel for Plaintiff and the Receiver have indicated that they are unopposed to Mr. Hill's request to open a personal bank account and credit card account. Plaintiff specifically does not oppose the request provided the accounts are used for reasonable living expenses and subject to the Receiver's oversight.

WHEREFORE, Defendant Roy Hill respectfully asks the Court for an order allowing him to open a personal bank account and credit card, subject to the Receiver's oversight, as described above and for such other and further relief to which he may be entitled.

Respectfully submitted,

*/s/ David W. Klaudt*
David W. Klaudt
State Bar No. 00796073
klaudtd@gtlaw.com
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

**ATTORNEY FOR DEFENDANT ROY HILL**

## CERTIFICATE OF CONFERENCE

I, David W. Klaudt, hereby certify that on the 18th and 25th day of January 2024, I conferred with Jennifer Reece, counsel for Plaintiff, and she indicated that the SEC is unopposed to the relief requested in this Motion provided that the accounts only be used for reasonable living expenses and subject to the Receiver's oversight. On January 24th, I conferred with Dennis Lynn Roosien Jr., counsel for Receiver, who indicated the Receiver is not opposed to the relief requested.

/s/ *David W. Klaudt*
David W. Klaudt

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties that have appeared through the Court's electronic filing system on January 25, 2024.

/s/ *David W. Klaudt*
David W. Klaudt