IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:23-cv-00321 |
| ROY HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, | § § § § § § | |
| Defendants. | | |

## [PROPOSED] ORDER GRANTING DEFENDANT ROY HILL'S UNOPPOSED MOTION TO OPEN BANK ACCOUNT AND OBTAIN CREDIT CARD

On this day, the Court considered Defendant Roy Hill's ("Mr. Hill") Unopposed Motion to Open Bank Account and Obtain Credit Card. After consideration, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore, **ORDERED** that Mr. Hill be allowed to open a personal bank account and a credit card account with a credit limit up to $4,000, to be used for reasonable living expenses, and subject to the Receiver's oversight,

Dated this the ____ day of _____ 2024.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT COURT