IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § <br> Plaintiff, § § <br> v. § § <br> ROY HILL, ERIC N. SHELLY, § <br> CLEAN ENERGY TECHNOLOGY § <br> ASSOCIATION, INC., and § <br> FREEDOM IMPACT CONSULTING, § <br> LLC, § § <br> Defendants. § | CIVIL ACTION NO. 6:23-cv-00321 |

### DEFENDANT ROY HILL'S NOTICE OF NO OPPOSITION TO RECEIVER'S MOTION FOR MISCELLANEOUS RELIEF

Defendant Roy Hill hereby notifies the Court that he is unopposed to Receiver's Motion to Approve Vehicle Sale Procedures and Broker Retention [Dkt No. 59] filed on February 5, 2024 in the subject matter.

Date: February 7, 2024

Respectfully submitted,

*/s/ David W. Klaudt*
David W. Klaudt
State Bar No. 00796073
klaudtd@gtlaw.com
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

**ATTORNEY FOR DEFENDANT ROY HILL**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties that have appeared through the Court's electronic filing system on February 7, 2024.

                                    */s/ David W. Klaudt*
                                    David W. Klaudt