IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>V.<br><br>ROY W. HILL, ERIC N. SHELLY,<br>CLEAN ENERGY TECHNOLOGY<br>ASSOCIATION, INC., and<br>FREEDOM IMPACT CONSULTING, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 6:23-cv-00321 |

**ORDER GRANTING UNOPPOSED MOTION TO APPROVE
VEHICLE SALE PROCEDURES AND BROKER RETENTION**

Before the Court is Receiver Albert C. Black III's Motion to Approve Vehicle Sale Procedures and Broker Retention. After reviewing the motion, the Court finds the motion is well-taken, and therefore approves the liquidation of the vehicles on the terms stated in the motion, including the retention of Oak Cliff Motors to oversee the sale procedures for these vehicles.

IT IS SO ORDERED this ___ day of February, 2024.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE

4877-0368-2466v.1 004856.00022