IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| V. | § | Case No. 6:23-cv-00321 |
| | § | |
| ROY W. HILL, et al. | § | |

**ORDER APPOINTING APPRAISERS, APPROVING APPRAISALS, AND SETTING A HEARING TO CONSIDER CONFIRMATION OF THE SALE OF REAL ESTATE IN OCALA, FLORIDA**

Before the Court is the Receiver's motion to appoint appraisers, approve appraisals, and set a hearing to consider confirmation of a sale. Finding the motion well-taken, the Court grants the motion. The appraisers set forth in the appendix to the motion are hereby ratified and appointed. Their appraisals as tendered are approved. The form of publication is approved. Taking into consideration the need for publication of a ten-day notice period for the hearing, the Court hereby sets a hearing to consider confirmation of a sale (subject to any bid being made during such timeframe of at least 10% more than the sale price of $1,300,000) for:

March 26th, 2024 at 11:00 a.m. **to take place via Zoom.** The Court will share the Zoom details to Counsel by e-mail.

In advance of said hearing, the Receiver shall file a motion to confirm the highest bid tendered. Absent objection to said motion, no party need appear, and the matter will be addressed by submission.

SO ORDERED this 5th day of March, 2024

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE