**EXHIBIT B**

Albert C. Black III, Receiver Civil Action No.: 6:23-cv-00321
SEC v. Roy Hill, Eric Shelly, CETA, et al
Cash on Hand - December 31, 2023

| Account Number | Bank | Account Name | Beginning Balance 09/30/23 | Business Income | Interest, Dividend Income/ Market Changes | Disbursements for Business Operations or Professionals | Investor Distribution | Ending Balance 12/31/2023 |
|---|---|---|---|---|---|---|---|---|
| 890000114227 | Axos | SEC V ROY HILL ST AL | $ 33,373.22 | | | $ (25,419.00) | | $ 7,954.22 |
| 890000114235 | Axos | ROY W HILL | $ 460.62 | | | | | $ 460.62 |
| 890000114243 | Axos | CLEAN ENERGY TECH ASSO | $ 51,740,403.88 | | | $ (45,181.46) | $ (1,380,000.00) | $ 50,315,222.42 |
| 890000114250 | Axos | ERIC N SHELLY | $ 4,252,052.90 | $ 34,240.00 | | | | $ 4,286,292.90 |
| 890000118996 | Axos | Estate of Fairfield Cemetery Association | $ 3,320.05 | $ 450.00 | | | | $ 3,770.05 |
| 40406694 | CNBT | CETA Account | $ 2,050,697.37 | | | | | $ 2,050,697.37 |
| 40028274 | CNBT | CETA Account | $ 346,761.94 | | | | | $ 346,761.94 |
| 861-10747-1-0 | Edward Jones | Fairfield Cemetery Assoc. | $ 34,826.80 | | | | | $ 34,826.80 |
| | | Sub-Total | $ 58,461,896.78 | $ 34,690.00 | $ - | $ (70,600.46) | $ (1,380,000.00) | $ 57,045,986.32 |
| 3796-1162 | Wells Fargo | CETA Advisors | $ 8,563,107.97 | | $ 794,832.52 | | | $ 9,357,940.49 |
| 3401-4891 | Wells Fargo | CETA Advisors | $ 2,520.20 | | | | | $ 2,520.20 |
| | | Total | $ 67,027,524.95 | $ 34,690.00 | $ 794,832.52 | $ (70,600.46) | $ (1,380,000.00) | $ 66,406,447.01 |