EXHIBIT D TO Q4 QUARTERLY REPORT – EXCERPTS OF HILL INVENTORY

| Item | Hill Statement as to Value |
|---|---|
| Ceta Solve, gas and oil | To be determined |
| Fairfield Plant | To be determined |
| Streetman Plant | To be determined |
| 6 Patents | To be determined |
| Pipe inventory | To be determined |
| Coal inventory - Fairfield and Streetman | To be determined |
| Liquids inventory | To be determined |

Components of Fairfield Plant:

| | |
|---|---|
| Coal Barn | $130,000 |
| Old Portable Control Room | $15,000 |
| Shop complex | $75,000 |
| New Lab Building | $450,000 |
| Old Lab Building | $75,000 |
| New visitor center | $50,000 |
| Nitrogen generator building | $100,000 |
| Electronic building | $250,000 |
| Panel building and shed | $200,000 |
| Control center building | $125,000 |
| Non-equipped buildings | $1,470,000 |
| Fairfield Plant warehouse building | $95,000 |

Components of Streetman Plaint:

| | |
|---|---|
| Warehouse & cool storage | $100,000 |
| New Control room & Electronics Rooms | $295,000 |

Other Items

| | |
|---|---|
| Gough conveyor systems | $625,000 |
| Nitrogen generators | $600,000 |
| Tank and storage facilities | $150,000 |
| Watlow panels | $2,800,000 |
| Crushers | $165,000 |
| Trailers and portable welding rigs | $24,000 |
| Original filtration systems etc. | $275,000 |
| Cooling towers | $28,500 |
| Hydrogen & gas separation systems | $525,000 |
| Laboratory Equipment | $2,800,000 |
| Electronics and control systems | $585,000 |
| Wire and wiring | $485,000 |
| Bray electronic valves | $182,000 |
| Accessible systems | $12,000 |
| R&S services | $248,500 |
| Valves, couplings, unions, etc. | $100,000 |
| Fuel and misc equipment | $71,000 |
| Servers and Wifi at plants | $78,680 |

| | |
|---|---|
| Monitors, computers, printers, etc. | $48,000 |
| In ground wiring and wiring in inventory w/ manpower and conduit | $500,000 |
| Heating elements, thermal couples and pass through | $1,056,000 |
| Various other electrical components and Installation | $1,422,000 |
| Buy backs on equipment which increased ownership interest | $6,300,000 |
| Scado Systems | $85,000 |
| Electrical rooms & breaker systems | $550,000 |
| High heat & cold insulation materials | $315,000 |
| Equipment for concrete slabs not included with Buildings | $225,000 |
| Heat exchanger/condensers | $760,000 |
| Primary pots 5 flanges | $210,000 |
| Secondary pots & valves and pipe | $30,000 |

| | |
|---|---|
| Hoppers | $1,470,000 |
| Coalite Coolers Systems | $936,000 |
| 14 desks, 23 chairs, 2 custom chairs, 4 couches, end tables, art work, lamps, credenzas, lamps, etc. | $25,000 |
| Fin fans | $600,000 |
| Notes receivable | To be determined (approximately $60,000 face value of original notes as of May 2023 |
| Air and storm water permitting | $795,000 |
| Cash in Ceta safe | $100,000 |
| | |
| Total estimated value (by Hill) | $75,407,180 |