**EXHIBIT E**

**(Q3 Amended)**

**STANDARDIZED FUND ACCOUNTING REPORT**
for
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 07/01/2023 to 09/30/2023

|  |  | Detail | Subtotal - Prior Qs | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 06/30/03/2023): | 67,027,524.95 | 67,503,716.00 | 67,503,716.00 |
|  | *Increases in Fund Balance:* |  |  |  |
| Line 2 | Business Income | 34,690.00 | 13,269.84 | 47,959.84 |
| Line 3 | Cash and Securities |  | 67,503,716.00 | 67,503,716.00 |
| Line 4 | Interest/Dividend Income | 794,832.52 |  | 794,832.52 |
| Line 5 | Business Asset Liquidation |  |  |  |
| Line 6 | Personal Asset Liquidation |  |  |  |
| Line 7 | Third-Party Litigation Income |  |  |  |
| Line 8 | Miscellaneous - Other |  |  |  |
|  | Total Funds Available (Lines 1 – 8): | 67,857,047.47 | 67,516,985.84 | 68,346,508.36 |
|  | *Decreases in Fund Balance:* |  |  |  |
| Line 9 | Disbursements to Investors | 1,380,000.00 |  | 1,380,000.00 |
| Line 10 | Disbursements for Receivership Operations |  |  |  |
| Line 10a | *Disbursements to Receiver or Other Professionals* * | 37,391.98 | 118,870.00 | 156,261.98 |
| Line 10b | *Business Asset Expenses* * | 33,208.48 | 370,590.89 | 403,799.37 |
| Line 10c | *Personal Asset Expenses* |  |  |  |
| Line 10d | *Investment Expenses* |  |  |  |
| Line 10e | *Third-Party Litigation Expenses* |  |  |  |
|  |    1. Attorney Fees |  |  |  |
|  |    2. Litigation Expenses |  |  |  |
|  |   *Total Third-Party Litigation Expenses* |  |  |  |
| Line 10f | *Tax Administrator Fees and Bonds* |  |  |  |
| Line 10g | *Federal and State Tax Payments* |  |  |  |
|  | *Total Disbursements for Receivership Operations* | 1,450,600.46 | 489,460.89 | 560,061.35 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: |  |  |  |
| Line 11a |   *Distribution Plan Development Expenses:* |  |  |  |
|  |    1. Fees: |  |  |  |
|  |      Fund Administrator |  |  |  |
|  |      Independent Distribution Consultant (IDC) |  |  |  |
|  |      Distribution Agent |  |  |  |
|  |      Consultants |  |  |  |
|  |      Legal Advisers |  |  |  |
|  |      Tax Advisers |  |  |  |
|  |    2. Administrative Expenses |  |  |  |
|  |    3. Miscellaneous |  |  |  |
|  |   *Total Plan Development Expenses* | 0.00 |  |  |
| Line 11b |   *Distribution Plan Implementation Expenses:* |  |  |  |
|  |    1. Fees: |  |  |  |
|  |      Fund Administrator |  |  |  |
|  |      Independent Distribution Consultant (IDC) |  |  |  |
|  |      Distribution Agent |  |  |  |
|  |      Consultants |  |  |  |
|  |      Legal Advisers |  |  |  |
|  |      Tax Advisers |  |  |  |
|  |    2. Administrative Expenses |  |  |  |
|  |    3. Investor Identification: |  |  |  |
|  |      Notice/Publishing Approved Plan |  |  |  |
|  |      Claimant Identification |  |  |  |
|  |      Claims Processing |  |  |  |
|  |      Web Site Maintenance/Call Center |  |  |  |
|  |    4. Fund Administrator Bond |  |  |  |
|  |    5. Miscellaneous |  |  |  |
|  |    6. Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  |  |
|  |   *Total Plan Implementation Expenses* |  |  |  |
|  | Total Disbursements for Distribution Expenses Paid by the Fund | 0.00 |  |  |
| Line 12 | Disbursements to Court/Other: |  |  |  |
| Line 12a |   *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  |  |  |
| Line 12b |   *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other: |  |  |  |
|  | Total Funds Disbursed (Lines 9 – 11): | 1,450,600.46 | 489,460.89 | 1,940,061.35 |
| Line 13 | Ending Balance (As of 09/30/2023): | 66,406,447.01 | 67,027,524.95 | 66,406,447.01 |
| Line 14 | Ending Balance of Fund – Net Assets: |  |  |  |
| Line 14a |   *Cash & Cash Equivalents (including publicly traded securities)* | 66,406,447.01 | 67,027,524.95 | 66,406,447.01 |
| Line 14b |   *Investments (Shelly - see also Hill's claimed investments, not included)* | 7,091,394.52 | 6,876,984.67 | 7,091,394.52 |
| Line 14c |   *Other Assets or Uncleared Funds (CETA equipment under review)* |  |  |  |
|  | Total Ending Balance of Fund – Net Assets | 73,497,841.53 | 73,904,509.62 | 73,497,841.53 |

| EXHIBIT E | STANDARDIZED FUND ACCOUNTING REPORT |
|---|---|
| **(Q3 Amended)** | for<br>SEC v. Hill, et al. - Cash Basis<br>Receivership; Civil Court Docket No. 6:23-CV-00321<br>Reporting Period 07/01/2023 to 09/30/2023 |

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| OTHER SUPPLEMENTAL INFORMATION: | | | | |
| Line 15 | *Report of Items NOT To Be Paid by the Fund:*<br>Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a |     Investment Expenses/CRIS Fees | | | |
| Line 16b |     Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| Line 18a |     # of Claims Received This Reporting Period | 386 | | 386 |
| Line 18b |     # of Claims Received Since Inception of Fund | 794 | | 794 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a |     # of Claimants/Investors Paid This Reporting Period | 0 | | 0 |
| Line 19b |     # of Claimants/Investors Paid Since Inception of Fund | 0 | | 0 |

Receiver Albert C. Black, III

By: _____
  Dennis Roossien
  Counsel for Receiver
  March 11, 2024    [Amended]

*Amended - business/prof'l expense alloc'n & subttl. prior period