IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| V. § | Case No. 6:23-cv-00321 |
| § | |
| ROY W. HILL, et al. § | |

**UNOPPOSED MOTION TO CONFIRM
THE SALE OF REAL ESTATE IN OCALA, FLORIDA**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Receiver ALBERT C. "TRÉ" BLACK, III (the "Receiver") moves the Court for relief necessary to sell certain real estate, respectfully stating:

1. On March 4, 2024, the Receiver filed an unopposed motion to sell real estate [Doc. 63], seeking approval of the appointment of appraisers and appraisals, and setting a hearing to consider confirmation of the sale of a residence and surrounding pasture and horse barn located at 10579 S.W. 11th Terrace, Ocala, FL 34476 that is also described as Lot 17, EQUINE ESTATES, as per the Plat thereof recorded in Plat Book 6 at Page 97 of the public records of Marion County, Florida and all improvements located thereon (the "Property").

2. The appendix supporting the motion included a copy of the purchase and sale agreement that is subject to court approval [Doc. 64, at 109-121].

3. On March 5, 2024, the Court granted the Receiver's motion, and set a hearing from March 26, 2024 [Doc. 65].

4. On March 10, 2024, the Receiver published notice of the sale, the purchase price, the ten-day window for higher bids, and the hearing date.

5. No objection or higher bid was received within the statutory ten-day period.

WHEREFORE, PREMISES CONSIDERED, the Receiver prays that the Court confirm the sale of the Property to Article VI Trust fbo Philip G. Silvestri for $1.3 million on the terms set for the in the contract attached to the Motion (Doc. 64, Appx. 109-121), and terminate the zoom hearing set by the Court as moot.

Respectfully submitted,

/s/ *Dennis Roossien*
Dennis L. Roossien, Jr.
SBN: 00784873
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7535
Email: droossien@munsch.com

ATTORNEY FOR RECEIVER

**CERTIFICATE OF CONFERENCE**

Based upon my communications with counsel for the parties, and other interested parties, I understand this motion to be unopposed.

/s/ *Dennis Roossien*
Dennis L. Roossien, Jr.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing will be served on all counsel of record via ECF contemporaneously with its filing.

/s/ *Dennis Roossien*
Dennis L. Roossien, Jr.