IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| V. | § | Case No. 6:23-cv-00321 |
| | § | |
| ROY W. HILL, et al. | § | |

## ORDER CONFIRMING SALE

BEFORE the Court is the Receiver's motion seeking confirmation of the sale of a residence and surrounding pasture and horse barn located at 10579 S.W. 11th Terrace, Ocala, FL 34476 that is also described as Lot 17, EQUINE ESTATES, as per the Plat thereof recorded in Plat Book 6 at Page 97 of the public records of Marion County, Florida and all improvements located thereon (the "Property").

As the Receiver has satisfied the statutory conditions, the motion is granted.

The sale of the Property is hereby confirmed to Article VI Trust fbo Philip G. Silvestri for $1.3 million on the terms set for the in the contract attached to the Motion [Dkt. ___, Appx. 109-121].

SO ORDERED this _____ day of _____, 2023

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE