IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| V. § | Case No. 6:23-cv-00321 |
| § | |
| ROY W. HILL, et al. § | |

**APPENDIX IN SUPPORT OF RECEIVER'S FOURTH INTERIM FEE APPLICATION**

Respectfully submitted,

*/s/ Dennis Roossien*
Dennis L. Roossien, Jr.
Tex. Bar No. 00784873
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659
(214) 740-5108
(214) 855-7584 (facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed this document with the Clerk using the electronic case filing system of the court. The electronic case filing system sends a "Notice of Electronic Filing" to the attorneys of record in this case with a link to all pleadings simultaneously with the filing thereof.

*/s/ Dennis Roossien*
Dennis Roossien

APPENDIX IN SUPPORT OF RECEIVER'S FEE APPLICATION

APPX. 001

INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 8158789436**

**Customer: Albert C Black III**
      **c/o Dennis L. Roossen Jr.**
      **Munsch, Hardt Kopf & Harr P.C.**
      **500 N. Akard Ste. 3800**
      **Dallas TX. 75201**
**Invoice Number: 23-10-001**
**Invoice Period: Oct 1, 2023 – October 31, 2023**
**Invoice Date: November 3, 2023**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Services/ Labor – Hours | 26.75 | 325 | $8,693.75 |
| Air Fare - PIA to DFW 12485753353 | 623.8 | - | $623.80 |
| Hotel - Hotel Indigo Res# 84336087 | 160.08 | - | $480.24 |
| Car/ Transportation (Uber) | 8 | - | $202.41 |
| Meals (50.00/ Day) | 2 | 50 | $100.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Total** |  |  | $9,679.39 |

Terms are Net 30

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

**Details**
**Invoice Number: 23-10-001**
**Invoice Period: Oct 1, 2023 – October 31, 2023**
**Invoice Date: November 3, 2023**

| <u>Description</u> | date | time | amount | tax | Sum |
|---|---|---|---|---|---|
| Introduction Zoom Call and doc review | 10/04/23 | 1.5 | 325.00 | 0.00 | 487.50 |
| Doc review Drawing and summary review | 10/05/23 | 1.5 | 325.00 | 0.00 | 487.50 |
| AA flight PIA to DFW 12485753353 | 10/19/23 | 1 | 552.56 | 71.24 | 623.80 |
| Doc review Receivership docs | 10/25/23 | 2 | 325.00 | 0.00 | 650.00 |
| Doc review Drawing and summary review | 10/24/23 | 1.5 | 325.00 | 0.00 | 487.50 |
| Online review and Doc review | 10/26/23 | 2 | 325.00 | 0.00 | 650.00 |
| Uber to Hotel | 10/29/23 | 1 | 67.84 | 0.00 | 67.84 |
| Hotel Indigo | 10/29/23 | 1 | 136.52 | 23.56 | 160.08 |
| Uber to OTSL | 10/30/23 | 1 | 11.92 | 0.00 | 11.92 |
| Doc review Warehouse Dallas 0900-1615 | 10/30/23 | 8.25 | 325.00 | 0.00 | 2681.25 |
| Meals   day 1 @ **50.00/day** | 10/30/23 | 1 | 50.00 | 0.00 | 50.00 |
| No Uber to Hotel DR dropped me off | 10/30/23 | 1 | 0.00 | 0.00 | 0.00 |
| Hotel Indigo Res# 84336087 | 10/30/23 | 1 | 136.52 | 23.56 | 160.08 |
| Uber to OSTL | 10/31/23 | 1 | 11.90 | 0.00 | 11.90 |
| Meals day 2 @ 50.00/day | 10/31/23 | 1 | 50.00 | 0.00 | 50.00 |
| Doc review Warehouse Dallas 0745 – 1645 | 10/31/23 | 9 | 325.00 | 0.00 | 2925.00 |
| Uber to Hotel | 10/31/23 | 1 | 14.94 | 0.00 | 14.94 |
| Hotel Indigo | 10/31/23 | 1 | 136.52 | 23.56 | 160.08 |
| **October Sum CETA** | | **36.75** | | | **9679.39** |

BWV Consulting           Page 2           Nov 3, 2023

APPX. 003

INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**
**Customer:**     Albert C Black III
                 c/o Dennis L. Roossen Jr.
                 Munsch, Hardt Kopf & Harr P.C.
                 500 N. Akard Ste. 3800
                 Dallas TX. 75201
**Invoice Number: 23-11-002**
**Invoice Period: November 1, 2023 – November 30, 2023**
**Invoice Date: December 2, 2023**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Services/ Labor – Hours | 106.5 | 325 | $31,118.75 |
| Services/ Labor Driving hours | 10.75 | 185 | $1,988.75 |
| Hotel nights | 9 | | $1,577.05 |
| Air Fare trips | 2 | - | $1,705.93 |
| Car/ Transportation (Uber) | 14 | - | $311.54 |
| Meals (50.00/ Day) November | 10 | 50 | $500.00 |
| Rental Car & gas – National 11/27-11/29 | 3 | - | 189.97 |
| | | | |
| | | | |
| | | | |
| **Total** | | | $37,391.98 |

Terms are Net 30

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

**Details**

BWV Consulting                                                      Dec. 2, 2023

APPX. 004

**Invoice Number: 23-11-002**
**Invoice Period: November 1, 2023 – November 30, 2023**
**Invoice Date: December 2, 2023**

| Description | date | time | amount | tax | Sum |
|---|---|---|---|---|---|
| Uber To OTSL | 11/01/23 | 1 | 11.98 | 0.00 | 11.98 |
| Meals day 3 @50.00 | 11/01/23 | 1 | 50.00 | 0.00 | 50.00 |
| Doc review OTSL Dallas 0800 – 1700 | 11/01/23 | 9 | 325.00 | 0.00 | 2925.00 |
| Uber to Hotel | 11/01/23 | 1 | 14.95 | 0.00 | 14.95 |
| Hotel Indigo | 11/01/23 | 1 | 136.52 | 23.56 | 160.08 |
| Uber To OTSL | 11/02/23 | 1 | 26.90 | 0.00 | 26.90 |
| Doc review Warehouse Dallas 0745 – 1445 | 11/02/23 | 7 | 325.00 | 0.00 | 2275.00 |
| Meals   day 4 @ 50.00/day | 11/02/23 | 1 | 50.00 | 0.00 | 50.00 |
| Uber to DFW | 11/02/23 | 1 | 41.98 | 0.00 | 41.98 |
| Doc review Drawing and summary review | 11/03/23 | 4 | 325.00 | 0.00 | 1300.00 |
| Doc review Drawing and summary review | 11/06/23 | 4.5 | 325.00 | 0.00 | 1462.50 |
| Doc review Drawing and summary review | 11/07/23 | 4.25 | 325.00 | | 1381.25 |
| Doc review Drawing and summary review | 11/08/23 | 3 | 325.00 | | 975.00 |
| AA flight to DFW Trip 2 | 11/13/23 | 1 | 903.00 | 50.79 | 953.79 |
| Uber to OTSL | 11/13/23 | 1 | 41.96 | | 41.96 |
| Hotel Indigo Dallas Day 1 | 11/13/23 | 1 | 165.23 | 28.51 | 193.74 |
| Dallas OTSL  0900 -1630 | 11/13/23 | 7.5 | 325.00 | | 2437.50 |
| Uber To Hotel | 11/13/23 | 1 | 14.96 | | 14.96 |
| meals day 1 @ 50.00/day | 11/13/23 | 1 | 50.00 | | 50.00 |
| Uber To OTSL | 11/14/23 | 1 | 10.93 | | 10.93 |
| Dallas OTSL  0800 -1630 | 11/14/23 | 8.5 | 325.00 | | 2762.50 |
| Hotel Indigo day 2 | 11/14/23 | 1 | 165.23 | 28.51 | 193.74 |
| Meals   day 2 @ 50.00/day | 11/14/23 | 1 | 50.00 | | 50.00 |
| Uber to Hotel | 11/14/23 | 1 | 11.90 | | 11.90 |
| Fairfield / Streetman  and work at OTSL | 11/15/23 | 11 | 325.00 | | 3575.00 |
| Uber to Hotel | 11/15/23 | 1 | 15.65 | | 15.65 |
| Hotel Indigo day 3 | 11/15/23 | 1 | 165.23 | 28.51 | 193.74 |
| Meals day 3 @ 50/day | 11/15/23 | 1 | 50.00 | | 50.00 |
| Uber to OTSL | 11/16/23 | 1 | 11.98 | | 11.98 |
| Dallas OTSL 8-1730 | 11/16/23 | 9.5 | 325.00 | | 3087.50 |
| Hotel Indigo day 4 | 11/16/23 | 1 | 165.23 | 28.51 | 193.74 |
| Meals day 4 @ 50.00/day | 11/16/23 | 1 | 50.00 | 0 | 50.00 |
| Dallas OTSL  730 – 1030 | 11/17/23 | 2.25 | 325.00 | 0.00 | 731.25 |
| Uber to DFW | 11/17/23 | 1 | 22.50 | 0.00 | 22.50 |
| Meals for Day 5 | 11/17/23 | 1 | 50.00 | 0.00 | 50.00 |
| Doc prep of CETA visit report | 11/20/23 | 2.25 | 325.00 | 0.00 | 731.25 |
| Doc prep of CETA visit report | 11/21/23 | 3.5 | 325 | 0.00 | 1137.50 |
| Flight to DFW 11/27/23 trip 3 | 11/27/23 | 1 | 752.14 | | 752.14 |
| National Rental car | 11/27/23 | 1 | 120.50 | | 120.50 |
| driving to site | 11/27/23 | 4 | 185 | | 740.00 |
| Hotel IHG Austin | 11/27/23 | 1 | 122.55 | 20.83 | 143.38 |
| Gas day 1 | 11/28/23 | 1 | 36.22 | | 36.22 |
| Meal @ 50/day | 11/28/23 | 1 | 50.00 | | 50.00 |
| driving to site | 11/28/23 | 5 | 185 | | 925.00 |
| meeting with PWC & notes | 11/28/23 | 3.5 | 325 | | 1137.50 |
| Hotel IHG The Woodlands | 11/28/23 | 1 | 94.05 | 5.64 | 99.69 |
| driving to site | 11/29/23 | 1.75 | 185 | | 323.75 |
| work at Fairfield hazards 10 – 4 | 11/29/23 | 6.5 | 325 | | 2112.50 |
| Gas | 11/29/23 | 1 | 33.25 | | 33.25 |
| uber from Airport to Hotel | 11/29/23 | 1 | 41.05 | | 41.05 |
| Hotel Indigo | 11/29/23 | 1 | 170.05 | 29.42 | 199.47 |
| Meals @ 50.00/day | 11/29/23 | 1 | 50 | | 50.00 |
| Uber To OTSL | 11/30/23 | 1 | 17.57 | | 17.57 |
| Work at OTSL documents 730 to 5 | 11/30/23 | 9.5 | 325 | | 3087.50 |
| uber to Indigo | 11/30/23 | 1 | 27.22 | | 27.22 |
| Meal @ 50/day | 11/30/23 | 1 | 50 | | 50.00 |
| Hotel Indigo | 11/30/23 | 1 | 170.05 | 29.42 | 199.47 |
| **November Sum CETA** | | **144.50** | | | **37391.98** |

BWV Consulting                                                                                                   Dec. 2, 2023

# INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**
**Customer:**     Albert C Black III
              c/o Dennis L. Roossen Jr.
              Munsch, Hardt Kopf & Harr P.C.
              500 N. Akard Ste. 3800
              Dallas TX. 75201
**Invoice Number: 23-12-003**
**Invoice Period: December 1, 2023 – December 31, 2023**
**Invoice Date: January 2, 2024**

| Description | Units/Hrs | Rate | Total |
| --- | --- | --- | --- |
| Services/ Labor – Hours | 63 | 325 | $20,475.00 |
| Services/ Labor Driving hours | 0 | 185 | $0.00 |
| Hotel nights | 0 | - | $0.00 |
| Air Fare trips | 1 | 469 | $469.00 |
| Car/ Transportation (Uber) | 1 | - | $25.00 |
| Meals (50.00/ Day) | 1 | 50 | $50.00 |
| Rental Car & gas | 0 | - | $0.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Total** |  |  | $21,019.00 |

Terms are Net 30

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

**Details**

BWV Consulting                                                                                   Dec. 2, 2023

APPX. 006

**Invoice Number: 23-12-003**
**Invoice Period: December 1, 2023 – December 31, 2023**
**Invoice Date: January 2, 2024**

| Description | date | time | amount | tax | Sum |
|---|---|---|---|---|---|
| Work 2 hours remote at hotel | 12/01/23 | 2 | 325 | 0.00 | 650.00 |
| Meals @ 50.00/day | 12/01/24 | 1 | 50 | 0.00 | 50.00 |
| Uber to DFW | 12/01/23 | 1 | 25 | 0.00 | 25.00 |
| Worked 3.5 hours on Fairfield report | 12/02/23 | 3.5 | 325 | 0.00 | 1137.50 |
| Worked 6 hours on Fairfield report | 12/04/23 | 6 | 325 | 0.00 | 1950.00 |
| Worked 3.25 hours Fairfield & AW letter | 12/05/23 | 3.25 | 325 | 0.00 | 1056.25 |
| worked on PWC inventory | 12/06/23 | 1.5 | 325 | 0.00 | 487.50 |
| worked on PWC inventory and fuels disp | 12/07/23 | 4.5 | 325 | 0.00 | 1462.50 |
| Calls from OTSL @ at Bateman | 12/08/23 | 3 | 325 | 0.00 | 975.00 |
| worked on PWC inv and disposal calls | 12/12/23 | 2.25 | 325 | 0.00 | 731.25 |
| worked on PWC inv and disposal calls | 12/13/23 | 5.5 | 325 | 0.00 | 1787.50 |
| CETA project calls and emails, & PWC report | 12/14/23 | 4 | 325 | 0.00 | 1300.00 |
| Planning call Alek for January work PWC report | 12/15/23 | 1.5 | 325 | 0.00 | 487.50 |
| worked on coal reserves and clean up plans | 12/18/23 | 2 | 325 | 0.00 | 650.00 |
| worked on coal reserves and clean up plans | 12/19/23 | 6 | 325 | 0.00 | 1950.00 |
| worked on coal reserves and clean up plans | 12/20/23 | 2.25 | 325 | 0.00 | 731.25 |
| worked on final report | 12/21/23 | 3 | 325 | 0.00 | 975.00 |
| worked on final report | 12/22/23 | 4.5 | 325 | 0.00 | 1462.50 |
| worked on final report | 12/26/23 | 2.5 | 325 | 0.00 | 812.50 |
| scheduling contractors and research for FR | 12/27/23 | 3 | 325 | 0.00 | 975.00 |
| Air travel to Houston | 12/26/23 | 1 | 469 | 0.00 | 469.00 |
| Calls w/ Alek, contractors and Final Report | 12/27/23 | 2.75 | 325 | 0.00 | 893.75 |
| December total | | 66 | | | 21019.00 |

BWV Consulting                                                                 Dec. 2, 2023

APPX. 007

# INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**
**Customer:** Albert C Black III
c/o Dennis L. Roossen Jr.
Munsch, Hardt Kopf & Harr P.C.
500 N. Akard Ste. 3800
Dallas TX. 75201
**Invoice Number: 24-01-001**
**Invoice Period: January 1, 2024 – January 31, 2024**
**Invoice Date: February 1, 2024**

| Description | Units/Hrs | Rate | Total |
| --- | --- | --- | --- |
| Services/ Labor – Hours | 59 | 325 | $25,697.50 |
| Services/ Labor Driving hours | 6 | 185 | $1,110.00 |
| Hotel nights | 0 | - | $0.00 |
| Air Fare trips | 0 | 0 | $469.00 |
| Car/ Transportation (Uber) | 2 | - | $55.00 |
| Meals (50.00/ Day) | 3 | 150 | $150.00 |
| Rental Car & gas | 0 | - | $233.81 |
| Total | | | $26,081.25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Terms are Net 30

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

BWV Consulting                                                                                     Feb. 2, 2024

APPX. 008

APPX. 009

**Details**
**Invoice Number: 23-12-003**
**Invoice Period: January 1, 2024 – January 31, 2024**
**Invoice Date: February 1, 2024**

| *Description* | *date* | *time* | *amount* | *tax* | *Sum* |
|---|---|---|---|---|---|

BWV Consulting                                                                                            Feb. 2, 2024