IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | Case No. 6:23-cv-00321-ADA |
| § | |
| ROY W. HILL, ERIC N. SHELLY, § | |
| CLEAN ENERGY TECHNOLOGY § | |
| ASSOCIATION, INC., and § | |
| FREEDOM IMPACT CONSULTING, LLC, § | |
| § | |
| Defendants. § | |
| § | |

## ORDER GRANTING RECEIVER'S UNOPPOSED THIRD FEE APPLICATION

This matter came before the Court on the motion of Receiver Albert C. Black III.  The Court finds the unopposed motion is well-takenand therefore grants the motion.  The Receiver is authorized to pay the sum of $232,583.55 as allocated in the table in the motion.

IT IS SO ORDERED this 26th day of March, 2024.

HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE