IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § § | |
| Plaintiff, § § | |
| v. § § | **CIVIL ACTION NO. 6:23-cv-00321** |
| **ROY HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC,** § § § § § § | |
| Defendants. § | |

## ORDER DENYING RECEIVER'S FOURTH INTERIM FEE APPLICATION

This matter came before the Court on the motion of Receiver Albert C. Black III. The Court, having considered the arguments of the Parties, agrees that Defendant's objection is well-founded, and therefore **DENIES** the motion. The Receiver shall not authorize payment.

IT IS SO ORDERED this ___ day of _____, 2024.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE

ACTIVE 696733217