IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:23-cv-00321 |
| ROY HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, | § § § § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT ROY HILL'S
UNOPPOSED MOTION TO EXTEND DEADLINE
TO RESPOND TO RECEIVER'S MOTION**

On this day, the Court considered Defendant Roy Hill's ("Mr. Hill") Unopposed Motion to Extend Deadline to Respond to Receiver's Motion for Instructions Concerning CETA Liquidation and Interim Distribution ("Receiver's Motion"). After consideration, the Court is of the opinion that Receiver's Motion should be **GRANTED**.

It is therefore, **ORDERED** that the deadline for Mr. Hill to respond to Receiver's Motion is extended until May 6, 2024.

Dated this the ____ day of _____ 2024.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT COURT