EXHIBIT A

**STANDARDIZED FUND ACCOUNTING REPORT**
for
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 1/1/24 to 03/31/2024

|  |  | Detail | Subtotal - Prior Qs | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 06/30/03/2023) | 66,406,447.01 | 67,503,716.00 | 67,503,716.00 |
|  | *Increases in Fund Balance:* |  |  |  |
| Line 2 | Business Income | 0.00 | 47,959.84 | 47,959.84 |
| Line 3 | Cash and Securities |  | 67,503,716.00 | 67,503,716.00 |
| Line 4 | Interest/Dividend Income | 166,473.50 | 794,832.52 | 961,306.02 |
| Line 5 | Business Asset Liquidation | 152,081.00 |  | 152,081.00 |
| Line 6 | Personal Asset Liquidation |  |  |  |
| Line 7 | Third-Party Litigation Income |  |  |  |
| Line 8 | Miscellaneous - Other |  |  |  |
|  | Total Funds Available (Lines 1 – 8): | 66,725,001.51 | 68,346,508.36 | 68,665,062.86 |
|  | *Decreases in Fund Balance:* |  |  |  |
| Line 9 | Disbursements to Investors |  | 1,380,000.00 | 1,380,000.00 |
| Line 10 | Disbursements for Receivership Operations |  |  |  |
| Line 10a | *Disbursements to Receiver or Other Professionals* | 503,903.67 | 156,261.98 | 660,165.65 |
| Line 10b | *Business Asset Expenses* | 265,233.44 | 403,799.37 | 669,032.81 |
| Line 10c | *Personal Asset Expenses* |  |  |  |
| Line 10d | *Investment Expenses* |  |  |  |
| Line 10e | *Third-Party Litigation Expenses* |  |  |  |
|  |    1. Attorney Fees |  |  |  |
|  |    2. Litigation Expenses |  |  |  |
|  |    *Total Third-Party Litigation Expenses* |  |  |  |
| Line 10f | *Tax Administrator Fees and Bonds* |  |  |  |
| Line 10g | *Federal and State Tax Payments* | 75,029.80 |  | 75,029.80 |
|  | *Total Disbursements for Receivership Operations* | 844,166.91 | 560,061.35 | 1,404,228.26 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund |  |  |  |
| Line 11a | *Distribution Plan Development Expenses:* |  |  |  |
|  |   1. Fees: |  |  |  |
|  |      Fund Administrator |  |  |  |
|  |      Independent Distribution Consultant (IDC) |  |  |  |
|  |      Distribution Agent |  |  |  |
|  |      Consultants |  |  |  |
|  |      Legal Advisers |  |  |  |
|  |      Tax Advisers |  |  |  |
|  |   2. Administrative Expenses |  |  |  |
|  |   3. Miscellaneous |  |  |  |
|  |   *Total Plan Development Expenses* | 0.00 |  |  |
| Line 11b | *Distribution Plan Implementation Expenses:* |  |  |  |
|  |   1. Fees: |  |  |  |
|  |      Fund Administrator |  |  |  |
|  |      Independent Distribution Consultant (IDC) |  |  |  |
|  |      Distribution Agent |  |  |  |
|  |      Consultants |  |  |  |
|  |      Legal Advisers |  |  |  |
|  |      Tax Advisers |  |  |  |
|  |   2. Administrative Expenses |  |  |  |
|  |   3. Investor Identification: |  |  |  |
|  |      Notice/Publishing Approved Plan |  |  |  |
|  |      Claimant Identification |  |  |  |
|  |      Claims Processing |  |  |  |
|  |      Web Site Maintenance/Call Center |  |  |  |
|  |   4. Fund Administrator Bond |  |  |  |
|  |   5. Miscellaneous |  |  |  |
|  |   6. Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  |  |
|  |   *Total Plan Implementation Expenses* |  |  |  |
|  | Total Disbursements for Distribution Expenses Paid by the Fund | 0.00 |  |  |
| Line 12 | Disbursements to Court/Other: |  |  |  |
| Line 12a |    Investment Expenses/Court Registry Investment System (CRIS) Fees |  |  |  |
| Line 12b |    Federal Tax Payments |  |  |  |
|  | Total Disbursements to Court/Other: |  |  |  |
|  | Total Funds Disbursed (Lines 9 – 11): | 844,166.91 | 1,940,061.35 | 2,784,228.26 |
| Line 13 | Ending Balance (As of 03/31/2024): | 65,880,834.60 | 66,406,447.01 | 65,880,834.60 |
| Line 14 | Ending Balance of Fund – Net Assets: |  |  |  |
| Line 14a | *Cash & Cash Equivalents (including publicly traded securities)* |  | 66,406,447.01 | 65,880,834.60 |
| Line 14b | *Investments (Shelly - see Exhibit B)* | 4,657.24 | 7,091,394.52 | 7,096,051.76 |
| Line 14c | *Other Assets or Uncleared Funds (CETA equipment under review)* |  |  |  |
|  | Total Ending Balance of Fund – Net Assets |  | 73,497,841.53 | 72,976,886.36 |

EXHIBIT A

**STANDARDIZED FUND ACCOUNTING REPORT**
for
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 1/1/24 to 03/31/2024

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| OTHER SUPPLEMENTAL INFORMATION: | | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    Independent Distribution Consultant (IDC) | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisers | | | |
| |    Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    Independent Distribution Consultant (IDC) | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisers | | | |
| |    Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | | | |
| |    Claimant Identification | | | |
| |    Claims Processing | | | |
| |    Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a |    Investment Expenses/CRIS Fees | | | |
| Line 16b |    Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received This Reporting Period | | | |
| Line 18b | # of Claims Received Since Inception of Fund | 814 | | 814 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 25 | | 25 |

Receiver Albert C. Black, III

By: _____
   Dennis Roossien
   Counsel for Receiver
   April 30, 2024