# Exhibit 1

# AFFIDAVIT OF RUSTY R. BELL

STATE OF Wyoming

COUNTY OF Campbell

Before me, the undersigned authority on this day personally appeared Rusty R. Bell, and after being duly sworn, deposes and states as follows:

My name is Rusty R. Bell. I am over the age of 18 years old and my current address for the purpose of this affidavit is 347 Look Rd, City of Gillette, State of WY, with a zip code of 82716.

I further state that the letter attached hereto as Exhibit "A" is my letter and my signature to that letter.

Further affiant saith not.

I hereby swear and affirm that the information above is true, accurate and complete to the best of my knowledge and belief.

_____
Rusty R. Bell

Sworn to this the 3rd day of May, 2024.

MARLO R JONES
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 120992
MY COMMISSION EXPIRES: 02/07/2029

Notary Public

_____
Marlo R. Jones

Title and Rank

Notary for Wyoming

Date of Commission Expiration

2/7/2029

SEAL

# Exhibit 1-A


**Gillette College Foundation**

Office of Economic Transformation

"Exhibit A"

April 11, 2024

To whom it may concern,

As the Director of the Office of Economic Transformation, I am tasked with developing and implementing a strategic plan that diversifies and helps build a more resilient economy in the nation's largest coal producing region. The Powder River Basin of Wyoming (PRB) is home to 12 open pit coal mines and produced 230 million tons of coal in 2023. I am privileged to be able to help implement and work with Arch Resources, Peabody Energy, Prairie Eagle Mining, Navajo Transitional Energy, and Black Hills Energy daily. We all recognize the decline in future thermal coal use, and it is in all our best interest to find new ways to use our valuable resource.

We are encouraged to be able to come, see and pursue an acquisition of equipment/licensing being owned or operated by CETA for coal distillation, $CO_2$ absorption, capture, and the separation processes. In that endeavor, we would like to visit as early as April 22nd, 2024, if possible, to see the operating facility at Fairfield, Texas in actual operation as a part of our due diligence process for the operating companies of interest.

Since we have been trying to come do our due diligence since May 2023, please let me know when an "in-Operation" site visit can be arranged, as soon as possible. This is very important to us.

Kindest regards,

*[signature]*

Rusty Bell

Director-Office of Economic Transformation

Rusty.bell@transformgillette.net

307-306-8606