# Exhibit 2

AFFIDAVIT OF *Douglas Matheney*

STATE OF Ohio

COUNTY OF Muskingum

Before me, the undersigned authority on this day personally appeared Douglas Matheney, and after being duly sworn, deposes and states as follows:

My name is Douglas Matheney. I am over the age of 18 years old and my current address for the purpose of this affidavit is 241 South Main Street, City of Malta, State of Ohio, with a zip code of 43758.

I further state that the letter attached hereto as Exhibit "A" is my letter and my signature to that letter.

Further affiant saith not.

I hereby swear and affirm that the information above is true, accurate and complete to the best of my knowledge and belief.

*Douglas Matheney*
Douglas Matheney

Sworn to this the 3rd day of May, 2024.

SEAL

[Notary seal: MATTHEW A CAREY - NOTARY PUBLIC, COMM EXP: APR 8, 2028, STATE OF OHIO]

Notary Public

*[signature]*

Title and Rank

Notary Public

Date of Commission Expiration

April 08, 2028

# Exhibit 2-A

*Exhibit A*

**DOUGLAS MATHENEY**
*Energy Consultant*
Email: MatheneyD@gmail.com

1610 Knob Hill Road
Zanesville, Ohio 43701
Phone: (614) 783-4266

April 22, 2024

To whom it may concern;

My name is Douglas Matheney. I have worked in and around Coal for over 40 years. More recently, I spent four years with the Trump administration working at the Department of Energy in fossil energy and labor relations. I was the policy advisor and special liaison for the Secretary of Energy, Rick Perry.

I first met Roy Hill while at the Department of Energy early in my time there. I found Mr. Hill to be candid and straightforward in our conversations and importantly he was not looking for a cash handout. It seemed that most of the people I met with at the Department of Energy were looking for free money or grants. That made Mr. Hill a breath of fresh air.

I had the opportunity to send two DOE experts, each at different times to learn, observe and evaluate their findings at Fairfield, Texas CETA Plant. Both the experts reached the same conclusion and that the process works and produces what Mr. Hill said it would.

I have also personally been to his facilities in Fairfield, Texas numerous times. Having seen the operation up close and personal and having read the analysis of the different by-products, I can say with complete confidence that the equipment works as stated.

The coal product can be used in the production of steel or power plant fuel, the solvent can be used for the capture of $CO_2$ gas, and the oil can be used in the production of pharmaceuticals, cosmetics and many other items of everyday life.

There are people all over the world trying to drill for the type of oil that Mr. Hill can produce right here in the United States of America by using coal and/or lignite at a more reasonable cost from home grown energy.

There were groups of Buyer's and/or their representatives that were coming to Fairfield, Texas in May and June of last year to look at the operation and make offers to purchase and license equipment from CETA and Mr. Hill. I was primarily responsible for this being able to take place.

Those that were coming are significant companies in the coal and power plant sectors.

The prices they were willing to pay, subject to their equipment in operation review, would have been large with the desire to have more equipment constructed for them for use in Montana.

Sincerely,

Douglas Matheney