IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:23-cv-00321 |
| ROY HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, | § § § § § | |
| Defendants. | § § | |

### [PROPOSED] ORDER DENYING RECEIVER'S MOTION FOR INSTRUCTIONS CONCERNING CETA LIQUIDATION AND INTERIM DISTRIBUTION AND GRANTING DEFENDANT ROY HILL'S REQUESTS FOR RELIEF

Pending before the Court is Receiver's Motion for Instructions Concerning CETA Liquidation and Interim Distribution (the "Motion") from Albert C. Black II ("Receiver"). Defendant Roy Hill ("Mr. Hill") is opposed to the relief requested in Receiver's Motion. After considering the pleadings on file, the evidence presented, the parties' briefing, and counsels' oral argument, if any, the Court finds that the Receiver's requested relief should be **DENIED** and Mr. Hill's proposed instructions are **GRANTED.**

**IT IS THEREFORE ORDERED**, that:

A. The Receiver shall store, maintain and make available for inspection the CETA equipment for at least 120 days following this Court's ruling and until further order of the Court to allow interested parties to inspect it;

B. The Receiver shall renew all six CETA patents and its two trademarks and order that none of the patents or the trademarks be allowed to expire; and

C. The Receiver shall not proceed with its requested interim distribution of assets.

SIGNED and ENTERED this _____ day of _____, 2024.

_____
**Hon. Judge Alan D. Albright**