IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>V.<br><br>ROY W. HILL, ERIC N. SHELLY,<br>CLEAN ENERGY TECHNOLOGY<br>ASSOCIATION, INC., and<br>FREEDOM IMPACT CONSULTING, LLC,<br><br>    Defendants. | §§§§§§§§§§§§§§ Case No. 6:23-cv-00321-ADA |

## ORDER GRANTING RECEIVER'S UNOPPOSED FIFTH FEE APPLICATION

This matter came before the Court on the motion of Receiver Albert C. Black III. The Court finds the motion is well-taken, and therefore grants the motion. The Receiver is authorized to pay the sum of $175,047.24 as allocated in the table in the motion.

IT IS SO ORDERED this 10th day of May, 2024.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE