# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>　　　　*Plaintiff,*<br><br>v.<br><br>ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC, FREEDOM IMPACT CONSULTING, LLC,<br>　　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | W-23-CV-00321-ADA |

## ORDER OF REFERRAL

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the hearing and order on the Receiver's Motion for Instructions Concerning Liquidation and Interim Distribution (ECF No. 75) are referred to United States Magistrate Judge Derek T. Gilliland. IT IS SO **ORDERED**.

**SIGNED** this 13th day May, 2024.

*/s/ Alan D Albright*