IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| V. | § | Case No. 6:23-cv-00321 |
| | § | |
| ROY W. HILL, et al. | § | |

**ORDER APPROVING TRANSFER OF BROKERAGE ACCOUNT AND GRANTING CLARIFICATION OR, AS NECESSARY, AMENDMENT OF THE APPOINTMENT ORDER**

BEFORE the Court is the Receiver's motion seeking approval of his transfer of Wells Fargo brokerage account no. 3796-1162, and to amend or clarify certain provisions of the appointment order, and the Court, finding the motion well-taken, grants the motion.

IT IS THEREFORE ORDERED that, notwithstanding any provision of the Appointment Order (Doc. 8), including but not limited to paragraphs 35 and 36 thereof, the Receiver is hereby authorized to (a) maintain the securities and other financial instruments described the motion in Wells Fargo brokerage account no. 3796-1162, (b) direct the buying, selling, reallocating, liquidating, and transfer of such securities and other financial instruments held in such account as appropriate; and (c) delegate investment discretion to Merrill Lynch, Pierce, Fenner and Smith Incorporated ("Merrill"), as investment advisor and broker with regard to the investing of such assets held in the subject brokerage account.

IT IS FURTHER ORDERED that the Appointment Order is hereby clarified and/or, if necessary, amended so as to be clear that Wells Fargo brokerage account no. 3796-1162 is not an account to which paragraphs 35 and 36 of the Appointment Order are applicable.

SO ORDERED this _____ day of _____, 2024

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE