## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § | CIVIL ACTION NO. 6:23-cv-00321 |
| ROY HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, | § § § § § § | |
| **Defendants.** | § | |

### DEFENDANT ROY HILL'S SUPPLEMENT TO RESPONSE OBJECTING TO RECEIVER'S MOTION FOR INSTRUCTIONS CONCERNING CETA LIQUIDATION AND INTERIM DISTRIBUTION

COMES NOW Defendant Roy Hill ("Mr. Hill") who files this supplement to his response objecting to Receiver Albert C. Black III's ("Receiver") Motion for Instructions Concerning CETA Liquidation and Interim Distribution ("Motion") and would show the Court as follows:

1.      On May 6, 2024, Mr. Hill filed his Response Objecting to Receiver's Motion for Instructions Concerning CETA Liquidation and Interim Distribution.  [Dkt. Nos. 75 & 80].

2.      Mr. Hill's response included a letter and affidavit from Mr. Douglas Matheny. [Dkt. 80, Ex. 2].  Mr. Matheny represents buyers' groups in the coal and gasification industry.

3.      Mr. Hill is now in possession of a second letter from Mr. Matheny stating that, in furtherance of getting the CETA equipment up and running, and to facilitate visits from interested buyers, "either myself and/or the buyers' groups would be willing to pay the costs" up to $125,000.

4.      A true and correct copy of this letter is attached as **Exhibit A**.

5.      The letter is sworn to by Mr. Matheny in an affidavit attached as **Exhibit A-1**.

**DEFENDANT ROY HILL'S SUPPLEMENT TO RESPONSE OBJECTING TO RECEIVER'S MOTION FOR INSTRUCTIONS CONCERNING CETA LIQUIDATION AND INTERIM DISTRIBUTION**

**PAGE 1 OF 2**

WHEREFORE, Defendant Roy Hill respectfully asks the Court to consider the attached

supplemental evidence in considering his requests for relief contained in his response objecting to

Receiver's Motion.

Respectfully submitted,

/s/ David W. Klaudt
David W. Klaudt
State Bar No. 00796073
klaudtd@gtlaw.com
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

**ATTORNEY FOR DEFENDANT ROY HILL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties that have appeared through the Court's electronic filing system on May 29, 2024.

/s/ David W. Klaudt
David W. Klaudt

**DEFENDANT ROY HILL'S SUPPLEMENT TO RESPONSE OBJECTING TO RECEIVER'S MOTION FOR INSTRUCTIONS CONCERNING CETA LIQUIDATION AND INTERIM DISTRIBUTION**

**PAGE 2 OF 2**

# Exhibit A

# EXHIBIT "A"

**DOUGLAS MATHENEY**                                    1610 Knob Hill Road
Energy Consultant                                       Zanesville, Ohio 43701
Email: MatheneyD@gmail.com                              Phone : (614) 783-4266

May 23, 2024

To Whom It May Concern:

It is time to move forward with me bringing in the coal companies and their representatives for an operation set of site visits so purchase, license and other transactions can begin to take place. You know we have been trying to come for this purpose since May of 2023.

I know there's been some talk about why we waited so long and if I knew the equipment worked why I would need to come see it work again.

It is true I know the equipment works and have seen it work before on several occasions. The specific coal companies that are seeking a rather large investment in the equipment, patents, and products need to know not only that it works, but that it "still works properly" after the way it was shut down and as I understand it not winterized properly for extended shutdowns.

After what happened in May and June of last year it took me a while to get everyone reinterested in completing their due diligence so proper offers to purchase and license could be made. The political climate of late has certainly helped with that more recently.

This is sort of like which came first, the chicken or the egg situation. The Receiver in this (CETA/Hill et al) case seems to want to sell everything for the most part for scrap.  On the other hand, I feel very confident that it is worth a lot more money than that.

However, unless the Plant is fired up and tested after being shut down so long first to be sure repairs are not needed and then after that site visits set up for the buyers groups the value of the CETA Estate is going to be diminished substantially in my opinion because no one is going to pay what it is really worth without seeing it in operation.

This process could take several months to get the Fairfield Plant fired up, tested for operations ability just to begin with.

Perhaps the problem is that the Receiver does not want to pay out the money that would be necessary to get the Fairfield Plant back in operation and tested for the buyers to come and make offers?

If that is in fact the case, I am sure Mr. Hill can get us a realistic number for this firing up of the Plant and hosting the needed visits. Provided this number does not exceed $125,000.00, either

myself and/or the buyers' groups would be willing to pay the costs directly to the parties that will perform the tasks involved in this process. Because Receiverships are generally slow at reimbursement of funds to those that perform the actual work, we would want to pay the costs directly ourselves.

It is hard for me to guess on what it will cost and what needs to be done to the firing up and the operations process, but, things that do immediately come to mind without a discussion with Mr. Hill include energizing the utilities and communication systems, inventory of valves, fittings, pass throughs, thermal couples, heating elements, raw coal to process from Montana and Wyoming, all operating servers with hard drives in them that were in the control room so they can all be tested.

In the event equipment like forklifts and Bobcats are no longer available we would need to rent those for several months at our expense.

Unknown at this time, until all this is done to see if any re-programming will be necessary, or repairs need to be made because of the shutdown method used in this case for all to be operational.

With respect to personnel that might be needed to perform the startup and actual operations for the necessary visits I would be depending on Mr. Hill to advise me who might be needed and when. We would also want to pay these people directly ourselves.

This whole process will likely take several months to get back to the operating standards needed.

Please let Mr. Hill know when we are ready to proceed so he can prepare a cost estimate and timeline to move this very important matter forward.

Sincerely,

Douglas Matheney

# Exhibit A-1

## AFFIDAVIT OF DOUGLAS MATHENEY

**STATE OF OHIO**

**COUNTY OF MUSKINGUM**

Before me, the undersigned authority on this day personally appeared Douglas Matheney, and after being duly sworn, deposes and states as follows:

My name is Douglas Matheney. I am over the age of 18 years old, legally competent, and my current address for the purpose of this affidavit is 241 South Main Street, City of Malta, State of Ohio, with a zip code of 43758.

I further state that the letter attached hereto as Exhibit "A" is my letter and my signature to that letter.

Further affiant saith not.

I hereby swear and affirm that the information above is true, accurate and complete to the best of my knowledge and belief.

_____
Douglas Matheney

Sworn to this the _23_ day of _May_____, 2024.


Notary Public

_____

Title and Rank

_Notary_____

Date of Commission Expiration

_2/28/2026_____

SEAL