IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| V. | § § | Case No. 6:23-cv-00321 |
| ROY W. HILL, et al. | § § | |

**ORDER DENYING MOTION FOR HEARING**

BEFORE the Court is Defendant Hill's motion seeking a hearing (Doc. 91) on the Receiver's Motion for Instructions, and the Court, finding there is no good cause for conducting a hearing, denies the motion and declines to accept the late-filed supplemental evidence.

SO ORDERED this _____ day of _____, 2024

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE