**EXHIBIT A**

## STANDARDIZED FUND ACCOUNTING REPORT

for

SEC v. Hill, et al. - Cash Basis

Receivership; Civil Court Docket No. 6:23-CV-00321

Reporting Period 04/01/2024 to 06/30/2024

| | | Detail | Subtotal - Prior Qs | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 06/30/03/2023) | 65,880,834.60 | 67,503,716.00 | 67,503,716.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 0.00 | 47,959.84 | 47,959.84 |
| Line 3 | Cash and Securities | | 67,503,716.00 | 67,503,716.00 |
| Line 4 | Interest/Dividend Income | 36,410.81 | 961,306.02 | 997,716.83 |
| Line 5 | Business Asset Liquidation | 57,124.07 | 152,081.00 | 209,205.07 |
| Line 6 | Personal Asset Liquidation | 1,201,778.78 | 1,201,778.78 | 1,201,778.78 |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other | | | |
| | Total Funds Available (Lines 1 – 8) | 67,176,148.26 | 69,866,841.64 | 69,960,376.52 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | 0.00 | 1,380,000.00 | 1,380,000.00 |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals \** | 181,399.44 | 660,165.65 | 841,565.09 |
| Line 10b | *Business Asset Expenses \** | 166,537.31 | 669,032.81 | 835,570.12 |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | Federal and State Tax Payments | 0.00 | 75,029.80 | 75,029.80 |
| | *Total Disbursements for Receivership Operations* | 347,936.75 | 1,404,228.26 | 1,752,165.01 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | 0.00 | 0.00 | 0.00 |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | 0.00 | 0.00 | 0.00 |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | 347,936.75 | 2,784,228.26 | 3,132,165.01 |
| Line 13 | Ending Balance (As of 06/30/2024): | 66,828,211.51 | 67,082,613.38 | 66,828,211.51 |
| Line 14 | Ending Balance of Fund – Net Assets | | | |
| Line 14a | *Cash & Cash Equivalents (including publicly traded securities)* | 66,828,211.51 | 67,082,613.38 | 66,828,211.51 |
| Line 14b | *Investments (Shelly - see also Hill's claimed investments, not included)* | 5,637,210.76 | 7,091,394.52 | 5,637,210.76 |
| Line 14c | *Other Assets or Uncleared Funds (CETA equipment under review)* | | | |
| | Total Ending Balance of Fund – Net Assets | 72,465,422.27 | 74,174,007.90 | 72,465,422.27 |

**EXHIBIT A**

**STANDARDIZED FUND ACCOUNTING REPORT**

for

SEC v. Hill, et al. - Cash Basis

Receivership; Civil Court Docket No. 6:23-CV-00321

Reporting Period 04/01/2024 to 06/30/2024

| OTHER SUPPLEMENTAL INFORMATION: | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | *# of Claims Received This Reporting Period* | 0 | | 0 |
| Line 18b | *# of Claims Received Since Inception of Fund* | 814 | | 814 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | 0 | | 0 |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | 25 | | 25 |

Receiver Albert C. Black, III

By: _____

Dennis Roossien

Counsel for Receiver

March 11, 2024     [Amended]

*Amended - business/prof'l expense alloc'n & subttl. prior period