# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMISSION,<br>　　　*Plaintiff*,<br><br>v.<br><br>ROY W. HILL, ET AL,<br>　　　*Defendant[s]*. | §<br>§<br>§<br>§<br>§<br>§ Case No. 6:23-CV-321<br>§<br>§<br>§<br>§ |

## REFERRAL ORDER TO MAGISTRATE JUDGE GILLILAND

It is hereby **ORDERED** that this case is referred to United States Magistrate Judge Derek T. Gilliland for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

**SIGNED** this 22nd day of August, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE