IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> ROY W. HILL, ERIC N. SHELLY, § <br> CLEAN ENERGY TECHNOLOGY § <br> ASSOCIATION, INC., and § <br> FREEDOM IMPACT CONSULTING, LLC, § <br> § <br> Defendants. § <br> § | Case No. 6:23-cv-00321 |

**NOTICE OF INTENT TO SERVE SUBPOENAS ON
<u>NON-PARTIES TO PRODUCE DOCUMENTS</u>**

Please take notice that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Receiver Albert C. Black, III intends to serve subpoenas on the following parties:

1. Wells Fargo Bank

2. American Express

3. JP Morgan Chase Bank, N.A.

The subpoenas are attached hereto as Exhibit A.

        Respectfully submitted,

        */s/ Dennis Roossien*
        Dennis L. Roossien, Jr.
        Texas Bar No. 00784873
        MUNSCH HARDT KOPF & HARR, P.C.
        500 N. Akard Street, Suite 4000
        Dallas, Texas 75201-6659
        Telephone:  214.855.7535
        droossien@munsch.com

        **COUNSEL FOR RECEIVER**

## CERTIFICATE OF SERVICE

On the 12th day of September, 2024, I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>                    /s/ Dennis Roossien
>                    Dennis L. Roossien, Jr.

4887-1375-2548v.1