IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| V. | § § | Case No. 6:23-cv-00321 |
| ROY W. HILL, et al. | § § | |

**APPENDIX FOR RECEIVER'S Q3 2024 REPORT**

        Respectfully submitted,

        */s/ Dennis Roossien*
        Dennis L. Roossien, Jr.
        Tex. Bar No. 00784873
        MUNSCH HARDT KOPF & HARR, P.C.
        3800 Lincoln Plaza
        500 North Akard Street
        Dallas, TX 75201-6659
        (214) 740-5108
        (214) 855-7584 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed this document with the Clerk using the electronic case filing system of the court. The electronic case filing system sends a "Notice of Electronic Filing" to the attorneys of record in this case with a link to all pleadings simultaneously with the filing thereof.

        */s/ Dennis Roossien*
        Dennis Roossien

STANDARDIZED FUND ACCOUNTING REPORT
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 6/30/24 to 09/30/2024

| | | Detail | Subtotal - Prior Qs | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 06/30/03/2023): | 65,626,432.73 | 67,503,716.00 | 67,503,716.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | 47,959.84 | 47,959.84 |
| Line 3 | Cash and Securities | | 67,503,716.00 | 67,503,716.00 |
| Line 4 | Interest/Dividend Income | 192,940.12 | 997,716.83 | 1,190,656.95 |
| Line 5 | Business Asset Liquidation | 187,115.94 | 209,205.07 | 396,321.01 |
| Line 6 | Personal Asset Liquidation | 1,201,778.78 | | 1,201,778.78 |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other | | | |
| | Total Funds Available (Lines 1 – 8): | 67,208,267.57 | 68,758,597.74 | 70,340,432.58 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | 0.00 | 1,380,000.00 | 1,380,000.00 |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals ** | 6,490.00 | 841,565.09 | 848,055.09 |
| Line 10b | *Business Asset Expenses ** | 48,132.67 | 835,570.12 | 883,702.79 |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| |    1. Attorney Fees | | | |
| |    2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | 1,140.72 | 75,029.80 | 76,170.52 |
| | *Total Disbursements for Receivership Operations* | 55,763.39 | 1,752,165.01 | 1,807,928.40 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| |    1. Fees: | | | |
| |       Fund Administrator | | | |
| |       Independent Distribution Consultant (IDC) | | | |
| |       Distribution Agent | | | |
| |       Consultants | | | |
| |       Legal Advisers | | | |
| |       Tax Advisers | | | |
| |    2. Administrative Expenses | | | |
| |    3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | 0.00 | 0.00 | 0.00 |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| |    1. Fees: | | | |
| |       Fund Administrator | | | |
| |       Independent Distribution Consultant (IDC) | | | |
| |       Distribution Agent | | | |
| |       Consultants | | | |
| |       Legal Advisers | | | |
| |       Tax Advisers | | | |
| |    2. Administrative Expenses | | | |
| |    3. Investor Identification: | | | |
| |       Notice/Publishing Approved Plan | | | |
| |       Claimant Identification | | | |
| |       Claims Processing | | | |
| |       Web Site Maintenance/Call Center | | | |
| |    4. Fund Administrator Bond | | | |
| |    5. Miscellaneous | | | |
| |    6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | 0.00 | 0.00 | 0.00 |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | 55,763.39 | 3,132,165.01 | 3,187,928.40 |
| Line 13 | Ending Balance (As of 09/30/2024): | 67,152,504.18 | 65,626,432.73 | 67,152,504.18 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | *Cash & Cash Equivalents (including publicly traded securities)* | 67,152,504.18 | 65,626,432.73 | 67,152,504.18 |
| Line 14b | *Investments (Shelly - see also Hill's claimed investments, not included)* | 7,091,394.52 | 7,091,394.52 | 7,091,394.52 |
| Line 14c | *Other Assets or Uncleared Funds (CETA equipment under review)* | | | |
| | Total Ending Balance of Fund – Net Assets | 74,243,898.70 | 72,717,827.25 | 74,243,898.70 |

**STANDARDIZED FUND ACCOUNTING REPORT**
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 6/30/24 to 09/30/2024

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | OTHER SUPPLEMENTAL INFORMATION: | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | *# of Claims Received This Reporting Period* | 162 | | |
| Line 18b | *# of Claims Received Since Inception of Fund* | | 814 | 976 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | 25 | | 25 |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | 25 | | 25 |

Receiver Albert C. Black, III

By: _____
   Dennis Roossien
   Counsel for Receiver

**Exhibit B - Shelly Assets & Liabilities**

**ASSETS**

Cash

| Value | Description | Notes |
|---|---|---|
| $ 358,841.00 | Shelly - Personal Checking | Included in SFAR Cash |
| $ 1,201,778.78 | Shelly - Proceeds of Ocala House Sale | Included in SFAR Cash |

Investments

| Value (estimate) | Description | Notes |
|---|---|---|
| $ 232,000.00 | Shelly Investment Property | 203 S. Ridgeview Ct, Azle, TX 76020 (07/20/16) |
| Undetermined | Shelly Investment Property | 4208 E FM 917, Alvarado, TX 76009 (11/01/16) |
| $ 200,100.00 | Shelly Investment Property | 9314 Diamond Ave., Kaufman, TX 75142 (12/22/16) |
| $ 233,500.00 | Shelly Investment Property | 404 Clemmer Court, Boyd, TX 76023 (06/01/17) |
| Undetermined | Shelly Investment Property | 334 Stillwater Court, Sumter, SC 29153 (12/01/17) |
| $ 134,700.00 | Shelly Investment Property | 3129 Linville Street, Lenior, NC 28645 (11/29/17) |
| $ 110,900.00 | Shelly Investment Property | 609 Weaver Street, Darlington, SC 29153 (06/04/18) |
| $ 75,000.00 | Shelly Investment Property | 2432 Berryhill Street, Harrisburg, PA 17104 |
| $ 200,000.00 | Shelly Investment Property | 4614 Clarendon Street, Harrisburg, PA 17170 |
| $ 100,000.00 | Shelly Investment Property | 2009 Holly Street, Harrisburg, PA 17104 (06/25/18) |
| $ 256,600.00 | Shelly Investment Property | 1700 North 3rd Street, Harrisburg, PA 17102 |
| Undetermined | Shelly Investment Property | 128 E. Main St., Palmyra, PA 17078 |
| $ 248,925.07 | Guaranteed Choice WL Policy | Net Cash Surrender Value |
| $ 546,792.00 | Kingdom Trust IRA Account | Eric N. Shelly Roth IRA Account |
| $ 1,528.00 | Trezor Account | Trazor Magnetic Dock Account Balance |
| $ 50,000.00 | Coinbase | |
| Undetermined | Edward Jones | Account - XXX-XX747-1-0 |
| Undetermined | Edward Jones | Account - XXX-XX102-1-1 |
| $ 446,613.00 | Edward Jones | Account - 196-03170-1-2 |
| $ 5.25 | Edward Jones | Account - 196-11879-1-9 |
| $ 17,592.00 | Edward Jones | Account - 196-18737-1-6 |
| $ 501,059.57 | Edward Jones | Account - 196-22691-1-2 |
| $ 16,720.71 | Solera National Bank | Account - 203-733-2 |
| $ 847,000.00 | Gold Coins | Physical Possession |
| $ 1,000,000.00 | Tampa Bay Growth Fund | Eric Shelly |
| $ 38,501.51 | MCA Shares LP | Eric Shelly |
| $ 300,000.00 | Vitruvian Ventures | Eric Shelly |
| $ 16,720.71 | Solera | Eric Shelly |
| $ 25,000.00 | Dakota Dog FLP | Montrose Note |
| $ 36,000.00 | Dakota Dog FLP | Woodview Note |
| $ 1,527.94 | Cold Wallets | Physical Possession |
| $ 425.00 | FIC RE1 LLC | Eric Shelly |

$ 5,637,210.76

Residential Real Estate

| Value (estimate) | Description | Address |
|---|---|---|
| $ 449,200.00 | Shelly Residence Property - Net of Lien | 977 Carol Circle, West Chester, PA 19380 (06/01/97) |

**LIABILITIES**

| Value (estimate) | Description | Notes |
|---|---|---|
| $ - | 0 | 0 |