IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> V. <br><br> ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § Case No. 6:23-cv-00321-ADA |

**ORDER GRANTING RECEIVER'S UNOPPOSED EIGHTH FEE APPLICATION**

This matter came before the Court on the fee application of Receiver Albert C. Black III. The Court finds the application is well-taken, and therefore grants the application. The Receiver is authorized to pay the sum of $255,005.38 as allocated in the table in the application.

IT IS SO ORDERED this ___ day of _____, 2024.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE