IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| V. | § § | Case No. 6:23-cv-00321-ADA |
| ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC, | § § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING RECEIVER'S UNOPPOSED EIGHTH FEE APPLICATION**

This matter came before the Court on the fee application of Receiver Albert C. Black III. The Court finds the application is well-taken, and therefore grants the application. The Receiver is authorized to pay the sum of $255,005.38 as allocated in the table in the application.

IT IS SO ORDERED this 10th day of December, 2024.

HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE