# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALBERT (TRE) C. BLACK III, UNITED STATES SECURITIES AND EXCHANGE COMMISSION § § § § § vs. § § ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC, FREEDOM IMPACT CONSULTING, LLC | NO:  WA:23-CV-00321-ADA |

## ORDER SETTING ZOOM RECEIVERSHIP HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for ZOOM MOTIONS HEARING on January 28, 2025 at 09:30 AM. The Court will hear arguments regarding ECF Nos. 75, 80, and 84. This hearing will not be an evidentiary hearing, but rather a hearing based on the briefing in the aforementioned motions.

IT IS SO ORDERED this 7th day of January, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE