UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALBERT (TRE) C. BLACK III, UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>vs.<br><br>ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC, FREEDOM IMPACT CONSULTING, LLC | § § § § § § | CIVIL NO:<br>WA:23-CV-00321-ADA |

## ORDER RESETTING ZOOM RECEIVERSHIP HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for a **ZOOM RECEIVERSHIP HEARING** on **Friday, February 28, 2025 at 02:00 PM**. This hearing was previously set for January 28th, 2025, but must be reset due to a jury trial that conflicts with the hearing.

    IT IS SO ORDERED this 22nd day of January, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

Case 6:23-cv-00321-ADA    Document 108    Filed 01/22/25    Page 2 of 2