**STANDARDIZED FUND ACCOUNTING REPORT**
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 9/30/24 to 12/31/2024

|  |  | Detail | Subtotal - Prior Qs | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 06/30/03/2023): | 67,152,504.18 | 67,503,716.00 | 67,503,716.00 |
|  | *Increases in Fund Balance:* |  |  |  |
| Line 2 | Business Income | 0.00 | 47,959.84 | 47,959.84 |
| Line 3 | Cash and Securities |  | 67,503,716.00 | 67,503,716.00 |
| Line 4 | Interest/Dividend Income | 157,257.29 | 1,190,656.95 | 1,347,914.24 |
| Line 5 | Business Asset Liquidation | 70,000.00 | 396,321.01 | 466,321.01 |
| Line 6 | Personal Asset Liquidation |  | 1,201,778.78 | 1,201,778.78 |
| Line 7 | Third-Party Litigation Income |  |  |  |
| Line 8 | Miscellaneous - Other |  |  |  |
|  | Total Funds Available (Lines 1 – 8): | 67,379,761.47 | 70,340,432.58 | 70,567,689.87 |
|  | *Decreases in Fund Balance:* |  |  |  |
| Line 9 | Disbursements to Investors | 0.00 | 1,380,000.00 | 1,380,000.00 |
| Line 10 | Disbursements for Receivership Operations |  |  |  |
| Line 10a | *Disbursements to Receiver or Other Professionals* * | 512,439.98 | 848,055.09 | 1,360,495.07 |
| Line 10b | *Business Asset Expenses* * | 30,797.56 | 883,702.79 | 914,500.35 |
| Line 10c | *Personal Asset Expenses* |  |  |  |
| Line 10d | *Investment Expenses* |  |  |  |
| Line 10e | *Third-Party Litigation Expenses* |  |  |  |
|  | 1. Attorney Fees |  |  |  |
|  | 2. Litigation Expenses |  |  |  |
|  | *Total Third-Party Litigation Expenses* |  |  |  |
| Line 10f | *Tax Administrator Fees and Bonds* |  |  |  |
| Line 10g | *Federal and State Tax Payments* |  | 76,170.52 | 76,170.52 |
|  | *Total Disbursements for Receivership Operations* | 543,237.54 | 1,807,928.40 | 2,351,165.94 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: |  |  |  |
| Line 11a | *Distribution Plan Development Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  |    Fund Administrator |  |  |  |
|  |    Independent Distribution Consultant (IDC) |  |  |  |
|  |    Distribution Agent |  |  |  |
|  |    Consultants |  |  |  |
|  |    Legal Advisers |  |  |  |
|  |    Tax Advisers |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Miscellaneous |  |  |  |
|  | *Total Plan Development Expenses* | 0.00 | 0.00 | 0.00 |
| Line 11b | *Distribution Plan Implementation Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  |    Fund Administrator |  |  |  |
|  |    Independent Distribution Consultant (IDC) |  |  |  |
|  |    Distribution Agent |  |  |  |
|  |    Consultants |  |  |  |
|  |    Legal Advisers |  |  |  |
|  |    Tax Advisers |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Investor Identification: |  |  |  |
|  |    Notice/Publishing Approved Plan |  |  |  |
|  |    Claimant Identification |  |  |  |
|  |    Claims Processing |  |  |  |
|  |    Web Site Maintenance/Call Center |  |  |  |
|  | 4. Fund Administrator Bond |  |  |  |
|  | 5. Miscellaneous |  |  |  |
|  | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses* |  |  |  |
|  | Total Disbursements for Distribution Expenses Paid by the Fund | 0.00 | 0.00 | 0.00 |
| Line 12 | Disbursements to Court/Other: |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  |  |  |
| Line 12b | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other: |  |  |  |
|  | Total Funds Disbursed (Lines 9 – 11): | 543,237.54 | 3,187,928.40 | 3,731,165.94 |
| Line 13 | Ending Balance (As of 09/30/2024): | 66,836,523.93 | 67,152,504.18 | 66,836,523.93 |
| Line 14 | Ending Balance of Fund – Net Assets: |  |  |  |
| Line 14a | *Cash & Cash Equivalents (including publicly traded securities)* | 66,836,523.93 | 67,152,504.18 | 66,836,523.93 |
| Line 14b | *Investments (Shelly - see also Hill's claimed investments, not included)* | 7,091,394.52 | 7,091,394.52 | 7,091,394.52 |
| Line 14c | *Other Assets or Uncleared Funds (CETA equipment under review)* |  |  |  |
|  | Total Ending Balance of Fund – Net Assets | 73,927,918.45 | 74,243,898.70 | 73,927,918.45 |

STANDARDIZED FUND ACCOUNTING REPORT
SEC v. Hill, et al. - Cash Basis
Receivership; Civil Court Docket No. 6:23-CV-00321
Reporting Period 9/30/24 to 12/31/2024

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | *# of Claims Received This Reporting Period* | 0 | | |
| Line 18b | *# of Claims Received Since Inception of Fund* | | | 975 |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | 0 | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | | | 25 |

Receiver Albert C. Black, III

By: _____
    Dennis Roossien
    Counsel for Receiver