EXHIBIT D – KEELS CLAIMS

| INVESTOR | NET LOSS |
|---|---|
| E P & MA Werner Rev Liv Trust | $ 950,000.00 |
| Elmer Keels and Anna Ford-Keels | $ 2,340,312.00 |
| The Keels-Pons Family US Trust/William Keels | $ 620,265.42 |
| The Andy Arnold Trust | $ 140,000.00 |
| Arturo Regueiro Barros | $ 258,333.33 |
| Dale Scott III | $ 173,750.00 |
| Tracey Evers | $ 53,500.00 |
| Felecia Froe | $ 44,583.33 |
| Jeremy Goodrich | $ 44,583.33 |
| Brian Moon | $ 89,166.67 |
| John Sengenberger II | $ 89,166.67 |
| The Son Family Living Trust | $ 89,167.00 |
| Ma'ayan BenNaim | $ 100,000.00 |
| Oliver Huskey | $ 150,000.00 |
| David Miller | $ 40,000.00 |
| Tyson Miller | $ 100,000.00 |
| Esther & Derek Isaac Family Trust | $ 200,000.00 |
| Justin Wong | $ 100,000.00 |
| Tijs Vanlier & Adelaida Aguilar | $ 300,000.00 |
| Tamara Zimmerman | $ 35,000.00 |
| Andrew Braun | $ 100,000.00 |
| Michael Wolsky & Renee Wolsky Revocable Trust | $ 150,000.00 |
| Chancally LLC | $ 700.00 |
| Cuarto Piso LLC | $ 700.00 |
| | |
| Total | $ 6,169,227.75 |

Receiver's Third Report and Unopposed Recommendation for Claim Approval (Doc. 50 at 4).