| Status | Total Unique Claim Numbers | Reconciled Investmetns | Reconciled Disbursement | Reconciled Net Position | Total Shelly Claims: 566 |
|---|---|---|---|---|---|
| Approved & Approved in Part | 465 | $ 127,906,500.00 | $ 27,188,385.95 | $ 100,718,114.05 | |
| Pending Claims | 91 | $ 42,213,485.90 | $ 15,697,669.57 | $ 26,515,816.33 | |
| **Grand Total** | **556** | **$ 170,119,985.90** | **$ 42,886,055.52** | **$ 127,233,930.38** | |

### Approved & Approved in Part

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| Abbott, Scott | 1 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Adams, Joseph | 5 | Approved | $ 1,300,000.00 | $ 232,568.84 | $ 1,067,431.16 |
| Ahluwalia, Jatinder | 7 | Approved | $ 350,000.00 | $ 15,000.00 | $ 335,000.00 |
| Ahn, Junil | 8 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Albertson, Jon | 11 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Alexander, Thomas | 13 | Approved | $ 300,000.00 | $ 29,899.06 | $ 270,100.94 |
| Allen, Chester | 15 | Approved | $ 400,000.00 | $ 20,030.28 | $ 379,969.72 |
| Allen, Jeffrey | 16 | Approved | $ 100,000.00 | $ 8,141.16 | $ 91,858.84 |
| Anderson, Joshua | 1010 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Anton, John | 23 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Aponte, Lourdes | 24 | Approved | $ 200,000.00 | $ 97,333.33 | $ 102,666.67 |
| Ariel Kumpinsky and Susan Burkhauser Living Trust 2019 | 394 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Arthur, Scott | 26 | Approved | $ 200,000.00 | $ 10,000.00 | $ 190,000.00 |
| Aube, Robin & Loralyn | 28 | Approved | $ 1,000,000.00 | $ 81,411.63 | $ 918,588.37 |
| Audikesavan, Baskaran | 29 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Avvari, Uma | 838 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Baber, Mark | 31 | Approved | $ 652,000.00 | $ 608,187.77 | $ 43,812.23 |
| Bach, Daniel | 32 | Approved | $ 100,000.00 | $ 50,000.00 | $ 50,000.00 |
| Balakrishna, Abhishek | 821 | Approved | $ 300,000.00 | $ 24,423.49 | $ 275,576.51 |
| Barganier, Paul | 35 | Approved | $ 100,000.00 | $ 30,000.00 | $ 70,000.00 |
| Barton, Joshua | 902 | Approved | $ 100,000.00 | $ 50,000.00 | $ 50,000.00 |
| Bassler, Christopher | 39 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Beaulieu, Diann & Thomas | 40 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Belgaied, Kais | 46 | Approved | $ 500,000.00 | $ 71,821.67 | $ 428,178.33 |
| Benavides, Laura | 47 | Approved | $ 300,000.00 | $ 84,188.83 | $ 215,811.17 |
| Bennett, Don | 49 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Beydilli, Mumtaz | 55 | Approved | $ 300,000.00 | $ 90,000.00 | $ 210,000.00 |
| Bien, Teresa & Michael | 56 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Binkley, James Brett & Robin | 57 | Approved | $ 2,150,000.00 | $ 681,058.10 | $ 1,468,941.90 |
| Blough Investment Holdings LLC | 60 | Approved | $ 100,000.00 | $ 61,000.00 | $ 39,000.00 |
| Blough Investment Holdings LLC (Jason H Blough) | 60 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Blough, Jason | 60 | Approved | $ 100,000.00 | $ 50,000.00 | $ 50,000.00 |
| Bonanni, Anthony | 63 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Bouska, Auston | 64 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Bowen, Thomas | 65 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Brennesholtz, Paul | 70 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Broussard, Mitchell | 73 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Browning, Stan | 74 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Bruno, William | 75 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Brunson, Charles P. | 76 | Approved | $ 575,000.00 | $ 164,092.91 | $ 410,907.09 |
| Bubnova, Nina | 834 | Approved | $ 50,000.00 | $ 10,000.00 | $ 40,000.00 |
| Bugeaud, Darshan | 79 | Approved | $ 381,000.00 | $ 176,215.25 | $ 204,784.75 |
| Bulik, Brian | 80 | Approved | $ 301,000.00 | $ 123,600.00 | $ 177,400.00 |
| Bulik, Matthew & Sarah | 81 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Burau, Adam | 82 | Approved | $ 90,000.00 | $ 31,784.55 | $ 58,215.45 |
| Burau, Alexander | 83 | Approved | $ 350,000.00 | $ 219,465.41 | $ 130,534.59 |
| Burau, Brad | 84 | Approved | $ 1,825,000.00 | $ 1,419,748.97 | $ 405,251.03 |
| Burgess, Cheryl T. | 998 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Burkhart, Timothy | 86 | Approved | $ 50,000.00 | $ 5,000.00 | $ 45,000.00 |
| Burris, Christopher | 88 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Buske, Thomas & Rosemary | 90 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Butler, Robert | 91 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Caldon, William | 92 | Approved | $ 130,000.00 | $ 42,000.00 | $ 88,000.00 |
| Calhoun, Todd | 93 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| CamaPlan IRA FBO Heather Lynn Smith | 659 | Approved | $ 75,000.00 | $ 7,500.01 | $ 67,499.99 |
| Cantu, Walberto | 98 | Approved | $ 300,000.00 | $ 100,000.00 | $ 200,000.00 |
| Carnes, Zach | 934 | Approved | $ 100,000.00 | $ 30,000.00 | $ 70,000.00 |
| Carnicella, Nicole | 836 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Cernobori, Arnaldo & Yolanda | 875 | Approved | $ 50,000.00 | $ 20,000.00 | $ 30,000.00 |
| Chan, Nathaniel | 109 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Chapala, Hema | 111 | Approved | $ 200,000.00 | $ 30,000.00 | $ 170,000.00 |
| Cheung, Bradley E. | 877 | Approved | $ 400,000.00 | $ 23,643.35 | $ 376,356.65 |
| Chris J Deering Living Trust | 149 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Clayden, David | 116 | Approved | $ 400,000.00 | $ 110,000.00 | $ 290,000.00 |
| Cline, William R. | 118 | Approved | $ 500,000.00 | $ 228,519.08 | $ 271,480.92 |
| Cohen, Joe | 123 | Approved | $ 400,000.00 | $ 137,074.61 | $ 262,925.39 |

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| Cohen, Joseph S. | 123 | Approved | $ 100,000.00 | $ 109,500.00 | $ (9,500.00) |
| Cohen, Sheldon | 124 | Approved in Part/ Rejected in Part | $ 100,000.00 | $ 38,382.00 | $ 61,618.00 |
| Conti, Robert | 130 | Approved | $ 150,000.00 | $ 60,000.00 | $ 90,000.00 |
| Conzatti, Edward Vincent | 1002 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Cook, Michael Kevin | 128 | Approved | $ 100,000.00 | $ 17,094.42 | $ 82,905.58 |
| Cook, William | 129 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Corbitt, Jeremy | 131 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Craddock, Katherine | 133 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Crawford, Brian | 134 | Approved | $ 976,000.00 | $ 274,271.37 | $ 701,728.63 |
| Critz, Jordan | 136 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Cunningham, Dan | 139 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Dalrymple, Daniel Clark | 140 | Approved | $ 615,000.00 | $ 335,961.73 | $ 279,038.27 |
| Dalrymple, Denice Suzanne | 141 | Approved | $ 100,000.00 | $ 17,094.42 | $ 82,905.58 |
| Dange, Devenderjeet | 142 | Approved | $ 437,500.00 | $ 103,107.99 | $ 334,392.01 |
| Darocha, Barry F. | 968 | Approved | $ 301,000.00 | $ 265,862.50 | $ 35,137.50 |
| Daugherty, Michael Shannon | 143 | Approved | $ 400,000.00 | $ 264,175.27 | $ 135,824.73 |
| Daugs, Robert | 144 | Approved | $ 200,000.00 | $ 5,910.84 | $ 194,089.16 |
| David Hammer & Linette Hammer Trust June 8, 2000 | 281 | Approved | $ 100,000.00 | $ 17,094.42 | $ 82,905.58 |
| Day Jr., Jerry | 145 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Day, Jonathan | 146 | Approved | $ 400,000.00 | $ 5,910.84 | $ 394,089.16 |
| Deering , Brad | 148 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Deering, Steven | 151 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| DeFelice, Louise | 152 | Approved | $ 100,000.00 | $ 30,000.00 | $ 70,000.00 |
| Demouy, Susan | 154 | Approved | $ 100,000.00 | $ 30,000.00 | $ 70,000.00 |
| Denault, Donald | 155 | Approved | $ 200,000.00 | $ 40,000.00 | $ 160,000.00 |
| Denault, Orville Joseph | 157 | Approved | $ 100,000.00 | $ 5,000.00 | $ 95,000.00 |
| d'Errico, AdaPia | 158 | Approved | $ 50,000.00 | $ 10,000.00 | $ 40,000.00 |
| Dev Vyas, Anshuman | 873 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Dickey, Ben & Katie | 164 | Approved | $ 300,000.00 | $ 74,188.83 | $ 225,811.17 |
| Diller, Benjamin | 166 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Doan, Nikita Hanh | 169 | Approved | $ 1,050,000.00 | $ 221,010.50 | $ 828,989.50 |
| Dobkousky, Mark | 170 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Don R Bennett and Karina O Bennett Living Trust | 49 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Don R. Bennett, Trustee | 49 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Dost, Robert & Doris | 171 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Dostal, Mike | 172 | Approved | $ 925,000.00 | $ 419,019.08 | $ 505,980.92 |
| Doty, Stuart | 173 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Downing, Aaron | 179 | Approved | $ 55,000.00 | $ 5,500.00 | $ 49,500.00 |
| Ducombs, Jherie | 181 | Approved | $ 655,000.00 | $ 179,064.00 | $ 475,936.00 |
| Edelman, Hope | 823 | Approved | $ 50,000.00 | $ 8,547.21 | $ 41,452.79 |
| Elder, Jamie | 190 | Approved | $ 400,000.00 | $ 11,821.67 | $ 388,178.33 |
| El-Harazin, Nadia | 958 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Embry, Elisabeth R. | 889 | Approved | $ 200,000.00 | $ 60,000.00 | $ 140,000.00 |
| Emholz, John | 192 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Endelman, David | 193 | Approved | $ 105,000.00 | $ 11,000.00 | $ 94,000.00 |
| Equity Trust Company Custodian FBO Glenn Stromberg #200172301 | 1003 | Approved in Part/ Rejected in Part | | $ - | $ - |
| Espinosa, Aldo | 198 | Approved | $ 845,000.00 | $ 23,643.35 | $ 821,356.65 |
| Estrella, Jaime | 200 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Estrella, Miguel | 201 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Ethridge, JJ | 202 | Approved | $ 500,000.00 | $ 164,188.83 | $ 335,811.17 |
| Evans, Tim V. | 203 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Fackrell, Matthew | 207 | Approved | $ 800,000.00 | $ - | $ 800,000.00 |
| Farina, Luigi & Catherine | 208 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Faro, Erik | 209 | Approved | $ 100,000.00 | $ 30,000.00 | $ 70,000.00 |
| Farrehi, Peter | 210 | Approved in Part/ Rejected in Part | | $ - | $ - |
| Feit, Steven | 212 | Approved | $ 400,000.00 | $ 11,821.67 | $ 388,178.33 |
| Felmlee, Kevin & Margaret | 213 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Fernandes, Chris | 214 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Fields, Charles | 215 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Firoz, Khurram | 216 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Fischer, Carl | 879 | Approved | $ 150,000.00 | $ 60,000.00 | $ 90,000.00 |
| Fisher, Colby | 217 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Fisher, Lisa | 221 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Follett, Raymond | 222 | Approved | $ 345,000.00 | $ 77,688.83 | $ 267,311.17 |
| Forkner, David | 224 | Approved | $ 400,000.00 | $ - | $ 400,000.00 |
| Forsman, Johan | 816 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Fowler, Richard | 225 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Fragala-Pories, Debra | 227 | Approved | $ 445,000.00 | $ 30,410.84 | $ 414,589.16 |
| Frank, Bradford | 994 | Approved | $ 600,000.00 | $ 35,465.02 | $ 564,534.98 |
| Frankforter, Tammy | 226 | Approved | $ 158,000.00 | $ - | $ 158,000.00 |
| Frechette, Glynn | 228 | Approved | $ 200,000.00 | $ 5,910.84 | $ 194,089.16 |

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| Friend, Tracy | 229 | Approved | $ 50,000.00 | $ 10,000.00 | $ 40,000.00 |
| Furnish, Dan | 231 | Approved | $ 400,000.00 | $ 15,910.84 | $ 384,089.16 |
| Furnish, Dorothy | 232 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Furqueron, Buddy | 878 | Approved | $ 100,000.00 | $ 30,000.00 | $ 70,000.00 |
| Gaarlandt, Christopher | 233 | Approved | $ 500,000.00 | $ 5,910.84 | $ 494,089.16 |
| Galizio, Christopher | 865 | Approved | $ 200,000.00 | $ 34,188.83 | $ 165,811.17 |
| Gallegos, Steven | 235 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Gardner, Scott | 237 | Approved | $ 300,000.00 | $ 78,755.43 | $ 221,244.57 |
| Garduno, Luis Eduardo | 238 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Garner, Scott | 239 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Georgen, Kristopher and Jaymie | 241 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| German, Don | 242 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Gershberg, Steven J. | 1035 | Approved in Part/ Rejected in Part | | $ - | $ - |
| Giarrana, Aaron | 247 | Approved | $ 500,000.00 | $ - | $ 500,000.00 |
| Gillesby, Jonathan | 250 | Approved | $ 301,000.00 | $ 105,688.82 | $ 195,311.18 |
| Goldovsky, Alex | 257 | Approved | $ 1,300,000.00 | $ 100,000.00 | $ 1,200,000.00 |
| Grace Bay Capital Trust | 1006 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Gravley, Trent | 264 | Approved | $ 100,000.00 | $ 8,141.16 | $ 91,858.84 |
| Graystone Fund LLC | 1021 | Approved | $ 402,000.00 | $ 230,061.41 | $ 171,938.59 |
| Green Family Living Trust | 267 | Approved | $ 200,000.00 | $ 16,282.33 | $ 183,717.67 |
| Green, Brian | 266 | Approved | $ 101,000.00 | $ 63,600.00 | $ 37,400.00 |
| Grodin, Lawrence | 1011 | Approved in Part/ Rejected in Part | $ 100,000.00 | $ 93,987.50 | $ 6,012.50 |
| Gruver, Thomas | 271 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Guddati, Suresh | 272 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Gutierrez, Steven | 273 | Approved | $ 601,000.00 | $ 167,510.49 | $ 433,489.51 |
| Gwilt, Natasha | 275 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Haley, Ryan | 279 | Approved | $ 250,000.00 | $ 8,866.25 | $ 241,133.75 |
| Hamilton, David | 961 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Hammer, Joshua D. | 282 | Approved | $ 450,000.00 | $ 135,141.63 | $ 314,858.37 |
| Hammond, Matthew | 283 | Approved | $ 300,000.00 | $ 11,821.67 | $ 288,178.33 |
| Hanik, Mark | 284 | Approved | $ 200,000.00 | $ 16,282.33 | $ 183,717.67 |
| Hanna, Scott | 285 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Hansen, Robert & Kathryn | 286 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Hanson, Chad | 287 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Harris, Virginia | 291 | Approved | $ 400,000.00 | $ 140,000.00 | $ 260,000.00 |
| Haruguchi, Mark | 295 | Approved | $ 200,000.00 | $ 10,000.00 | $ 190,000.00 |
| Hassanzadeh, Mehran | 296 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Hayle, Denise | 297 | Approved | $ 100,000.00 | $ 8,141.16 | $ 91,858.84 |
| Haynes, Kent | 299 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Hebbler, Steve | 300 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Hellertown Management LLC 401K psp | 326 | Approved in Part/ Rejected in Part | $ 31,900.00 | $ 34,930.56 | $ (3,030.56) |
| Henkel, Lyle and Vickie | 303 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Hesby, Krista | 304 | Approved | $ 150,000.00 | $ 25,641.63 | $ 124,358.37 |
| Hilgert, Chris | 309 | Approved | $ 150,000.00 | $ 40,000.00 | $ 110,000.00 |
| Hinson, Natalie D. | 909 | Approved | $ 700,000.00 | $ 246,375.00 | $ 453,625.00 |
| Honer, Jeff | 315 | Approved | $ 1,000,000.00 | $ - | $ 1,000,000.00 |
| Hornwood, Julie | 317 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Hruska, Nathan | 319 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Huang, Kevin | 320 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Hudzinski, Tony & April | 321 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Hughes, Gregg | 322 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Humphreys, Geoff & Patricia | 324 | Approved | $ 250,000.00 | $ 10,000.00 | $ 240,000.00 |
| Humphreys, William | 325 | Approved | $ 300,000.00 | $ 67,094.42 | $ 232,905.58 |
| Hunsicker-Morrissey, Ann | 326 | Approved in Part/ Rejected in Part | $ 218,100.00 | $ 163,236.18 | $ 54,863.82 |
| Hurwitz, John | 327 | Approved | $ 300,000.00 | $ 35,910.84 | $ 264,089.16 |
| Hutcherson, Carl | 329 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Hyland, Brent | 330 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Ingram, Stephen | 333 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Irvine, Lance | 824 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Jackson, David | 338 | Approved | $ 400,000.00 | $ 11,821.67 | $ 388,178.33 |
| Jacob, Bobby | 339 | Approved | $ 200,000.00 | $ 10,000.00 | $ 190,000.00 |
| Jakka, Ram & Nimma, Kavitha | 340 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Jayaswal, Neerav | 341 | Approved | $ 200,000.00 | $ 50,000.00 | $ 150,000.00 |
| Jensen, Ben & Sondra | 342 | Approved in Part/ Rejected in Part | | $ - | $ - |
| Jensen, Bradley | 343 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Jernigan, Jake | 345 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Johnson, Gary | 348 | Approved | $ 200,000.00 | $ 34,188.83 | $ 165,811.17 |
| Johnson, Jay & Jami | 349 | Approved | $ 200,000.00 | $ 16,282.33 | $ 183,717.67 |
| Johnson, Max R. | 350 | Approved | $ 300,000.00 | $ 40,454.81 | $ 259,545.19 |
| Jorgenson, Alan & Melissa | 355 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Jorgenson, Todd | 356 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| Kaloper, Chris | 357 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Karavati, Damu | 359 | Approved | $ 325,000.00 | $ 7,388.55 | $ 317,611.45 |
| Kayson Alden Louie and Ellenor Jing Yin Louie 2012 Trust | 433 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Kaza, Ravi | 364 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Kelley, Anna | 367 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Kent, Steve & Kristine | 368 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Kesic, Miroslav | 369 | Approved | $ 2,075,000.00 | $ 109,108.36 | $ 1,965,891.64 |
| Kho, Soochuen Tricia | 370 | Approved | $ 225,000.00 | $ 45,000.00 | $ 180,000.00 |
| Kimbrough, Ray | 374 | Approved | $ 75,000.00 | $ 15,000.00 | $ 60,000.00 |
| Kinchen, Wendy | 375 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Kirkpatrick, Chad | 380 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Kitchen, Jeffrey W. | 1008 | Approved | $ 202,000.00 | $ 133,000.00 | $ 69,000.00 |
| Klabo, Matt | 381 | Approved | $ 201,000.00 | $ 93,600.00 | $ 107,400.00 |
| Koerbel, Paige | 382 | Approved | $ 250,000.00 | $ 70,000.00 | $ 180,000.00 |
| Kopelson, Aaron | 383 | Approved | $ 700,000.00 | $ 156,282.33 | $ 543,717.67 |
| Korkis, Baskal | 384 | Approved | $ 50,000.00 | $ 20,000.00 | $ 30,000.00 |
| Kowalski, Doug | 385 | Approved | $ 2,500,000.00 | $ 232,694.87 | $ 2,267,305.13 |
| Krastein, Greg & Mariana | 388 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Kreitner, Edward & Susan | 822 | Approved | $ 200,000.00 | $ 34,188.83 | $ 165,811.17 |
| Krueger, Beverly - Hungry Children's Revocable Living Trust | 390 | Approved | $ 400,000.00 | $ 11,821.67 | $ 388,178.33 |
| Krupey, John | 391 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Kuczynski, Craig | 392 | Approved | $ 200,000.00 | $ 80,000.00 | $ 120,000.00 |
| Kuriawa, Justin | 397 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Kwon, O J | 959 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Laflam, Bethany L. | 876 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Laham, Youssef & Rana | 398 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| LaMarr, Steve & Tracy | 399 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Lang, Chen | 407 | Approved | $ 1,000,000.00 | $ 181,000.00 | $ 819,000.00 |
| Larocque, Brandon | 410 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| LaRose, Jim | 411 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Lasley IV, Frank (Includes Sankadoe Solutions, Quest Trust) | 413 | Approved in Part/ Rejected in Part | $ 775,000.00 | $ 176,215.97 | $ 598,784.03 |
| Lasley, Andrew | 412 | Approved | $ 603,000.00 | $ 495,625.00 | $ 107,375.00 |
| Le, Barbara | 815 | Approved | $ 200,000.00 | $ 60,000.00 | $ 140,000.00 |
| Leading Edge Design Solutions, LLC | 323 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Learn, Scott | 417 | Approved | $ 401,000.00 | $ 181,046.20 | $ 219,953.80 |
| Lee Jr, James | 423 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Lee Jr, James & Lee, Wendy | 424 | Approved | $ 150,000.00 | $ - | $ 150,000.00 |
| Lee, Christopher David | 826 | Approved | $ 1,253,000.00 | $ 414,854.28 | $ 838,145.72 |
| Lee, Margaret Ann | 421 | Approved | $ 551,000.00 | $ 289,390.18 | $ 261,609.82 |
| Lee, Robert | 422 | Approved | $ 200,000.00 | $ 40,000.00 | $ 160,000.00 |
| Lee-Warner, Jonathan | 425 | Approved | $ 200,000.00 | $ 15,910.84 | $ 184,089.16 |
| Libby, Wesley & Dana | 427 | Approved | $ 200,000.00 | $ 81,000.00 | $ 119,000.00 |
| Lillie, Ryan | 428 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Lim, Adam | 429 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Linthicum, Corey | 430 | Approved | $ 250,000.00 | $ 40,000.00 | $ 210,000.00 |
| Lisa Alexander Family Trust, dated October 9, 2015 | 12 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Louie, Kayson | 433 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Lowe, Michael | 436 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Macken, Tim | 438 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| MacNeil, Bonnie | 439 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Malhotra, Neeraj | 442 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Manning, Kevin | 443 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Marceau, Luc | 444 | Approved | $ 750,000.00 | $ - | $ 750,000.00 |
| Mark Gorrell Revocable Inter Vivos Trust | 261 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Maroon, Garrett | 445 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Martenson, Chris | 446 | Approved | $ 200,000.00 | $ 20,000.00 | $ 180,000.00 |
| Martin, Jason | 447 | Approved | $ 576,000.00 | $ 213,565.66 | $ 362,434.34 |
| Martin, Jeremy & Patricia | 448 | Approved | $ 637,000.00 | $ 542,601.07 | $ 94,398.93 |
| Martin, Thomas | 450 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Martinchuk, Paul | 451 | Approved | $ 422,400.00 | $ 306,752.26 | $ 115,647.74 |
| Martinssen, Andrew | 453 | Approved | $ 733,600.00 | $ 466,039.24 | $ 267,560.76 |
| Mascagni, Samaria | 456 | Approved | $ 400,000.00 | $ 78,157.61 | $ 321,842.39 |
| Mason Family Trust | 457 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Matthews, Mark | 459 | Approved | $ 400,000.00 | $ 44,188.82 | $ 355,811.18 |
| May, Max | 460 | Approved | $ 200,000.00 | $ 40,000.00 | $ 160,000.00 |
| McBride, David | 468 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| McGuckian, Saundra | 472 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| McLaren, Scott | 980 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| McMullin, Mark | 478 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Meddaugh, Jesse | 461 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Melamed, Hooman | 463 | Approved | $ 350,000.00 | $ 14,777.09 | $ 335,222.91 |

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| Meyer, Dan | 475 | Approved | $ 475,000.00 | $ 383,651.30 | $ 91,348.70 |
| Meyer, Sasha | 476 | Approved | $ 100,000.00 | $ 37,421.52 | $ 62,578.48 |
| Miller, Timothy | 481 | Approved | $ 201,000.00 | $ 101,500.00 | $ 99,500.00 |
| Miskimen III, Robert | 483 | Approved | $ 550,000.00 | $ 29,554.18 | $ 520,445.82 |
| Mody, Daven | 486 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Mody, Sapan | 487 | Approved | $ 326,000.00 | $ 63,600.00 | $ 262,400.00 |
| Moeller, Courtney | 485 | Approved | $ 105,000.00 | $ 24,016.00 | $ 80,984.00 |
| Mohlman, Andrew | 488 | Approved in Part/ Rejected in Part | $ 1,126,000.00 | $ 756,278.32 | $ 369,721.68 |
| Moreno, Anthony | 494 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Morgan II, Russell | 495 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Morrison, Aaron | 496 | Approved | $ 200,000.00 | $ 34,188.84 | $ 165,811.16 |
| Moschel, Brian (BTM Real Estate Holdings LLC) | 497 | Approved | $ 200,000.00 | $ 34,188.84 | $ 165,811.16 |
| Muente, Kirk | 500 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Muente, Suzanne | 501 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Muré, Joey | 502 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Murphy, George | 503 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Murphy, Michael | 504 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Nelson, Evan | 507 | Approved | $ 600,000.00 | $ 140,000.00 | $ 460,000.00 |
| Newell , Ryan | 509 | Approved | $ 150,000.00 | $ 45,000.00 | $ 105,000.00 |
| Ngo, Olivier | 510 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Nichols, Tina | 930 | Approved | $ 100,000.00 | $ 77,463.32 | $ 22,536.68 |
| Niebuhr, Bradley & Emily | 827 | Approved | $ 60,000.00 | $ 23,000.00 | $ 37,000.00 |
| Niebuhr, Sandy & Jerry | 512 | Approved | $ 200,000.00 | $ 71,000.00 | $ 129,000.00 |
| Nisar, Faizal | 513 | Approved | $ 2,825,000.00 | $ 113,356.35 | $ 2,711,643.65 |
| Noblitt, Brent | 515 | Approved | $ 300,000.00 | $ 5,910.84 | $ 294,089.16 |
| Noles, Russell & Karrah | 517 | Approved | $ 225,000.00 | $ - | $ 225,000.00 |
| NSW Holding Group | 1029 | Approved in Part/ Rejected in Part | | $ - | $ - |
| Oliver, Christopher (OliverGroup LLC) | 520 | Approved | $ 202,000.00 | $ 127,200.00 | $ 74,800.00 |
| Oliver, James | 964 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Olson Jr, Thomas | 521 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| O'Rourke, Sean & Stephanie | 522 | Approved | $ 200,000.00 | $ 73,512.00 | $ 126,488.00 |
| Ovard, Kelly | 525 | Approved | $ 50,000.00 | $ 25,000.00 | $ 25,000.00 |
| Parish, Cindy | 528 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Park, James & Kum Joo | 529 | Approved | $ 300,000.00 | $ 10,000.00 | $ 290,000.00 |
| Parker, Richard and Jill | 1015 | Approved | $ 500,000.00 | $ 160,000.00 | $ 340,000.00 |
| Patel, Tarak | 533 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Pattillo, Matthew | 534 | Approved | $ 200,000.00 | $ 16,282.33 | $ 183,717.67 |
| Payne Jr., Phillip Wyatt | 536 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Perez, Pablo | 538 | Approved | $ 200,000.00 | $ 40,000.00 | $ 160,000.00 |
| Perkinson, Brian | 539 | Approved | $ 300,000.00 | $ 55,910.84 | $ 244,089.16 |
| Perna, Joanna | 542 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Perry, Dennis | 544 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Petitt III, William Alfred & Pettit, Julie | 548 | Approved | $ 3,128,000.00 | $ 1,231,229.02 | $ 1,896,770.98 |
| Petkas, Alexander James | 545 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Petkas, Peter James | 546 | Approved | $ 500,000.00 | $ 41,821.67 | $ 458,178.33 |
| Piercy, Robert & Lori | 552 | Approved | $ 200,000.00 | $ 81,000.00 | $ 119,000.00 |
| Pine, Michael | 553 | Approved | $ 100,000.00 | $ 4,032.00 | $ 95,968.00 |
| Plamoottil, Issac | 558 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Pointu, Patrick | 561 | Approved | $ 50,000.00 | $ - | $ 50,000.00 |
| Polak, Andy | 563 | Approved | $ 100,000.00 | $ 61,000.00 | $ 39,000.00 |
| Polasek, Kevin | 564 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Polito, Stephen & Stephanie | 565 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Polvorosa, Bradley | 568 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Pope, Derik | 569 | Approved | $ 100,000.00 | $ 61,000.00 | $ 39,000.00 |
| Powell, Benjamin | 574 | Approved | $ 300,000.00 | $ 17,732.51 | $ 282,267.49 |
| Puri, Gaurav | 578 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Quest Trust Company  FBO kent T Haynes, IRA #2959271 | 299 | Approved | $ 100,000.00 | $ 7,824.37 | $ 92,175.63 |
| Quest Trust Company FBO Amy S Baber IRA # 3119321 | 1030 | Approved in Part/ Rejected in Part | | $ - | $ - |
| Quest Trust Company FBO Frank A Lasley, IV Roth #353981 | 413 | Approved in Part/ Rejected in Part | $ 100,000.00 | $ 12,493.16 | $ 87,506.84 |
| Quest Trust Company FBO Hanh Doan Roth IRA #XXX1121 | 169 | Approved | $ 100,000.00 | $ 25,264.52 | $ 74,735.48 |
| Quest Trust Company FBO Mandy J Louis IRA# 3558521 | 434 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Quest Trust Company FBO Peter Pham IRA #3964011 | 916 | Approved | $ 100,000.00 | $ 25,264.52 | $ 74,735.48 |
| Quest Trust Company FBO Susan M. Ueber IRA# 1791121 | 1031 | Approved in Part/ Rejected in Part | | $ - | $ - |

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| QuestTrustCompany FBO Rosemary A. Buske IRA 18088-21 | 90 | Approved | $ 70,000.00 | $ 7,498.63 | $ 62,501.37 |
| Rachor, James / Mission James Capital LLC / Mission James Capital 2 LLC | 579 | Approved in Part/ Rejected in Part | | $ - | $ - |
| Randolph, Jacqueline | 583 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Rao, Suman | 585 | Approved | $ 200,000.00 | $ 5,910.88 | $ 194,089.12 |
| Ravit, Bryan | 586 | Approved | $ 50,000.00 | $ - | $ 50,000.00 |
| Raynor, Chad & Elizabeth | 587 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Reddy, Gova | 588 | Approved | $ 200,000.00 | $ 5,910.84 | $ 194,089.16 |
| Reichert, Terri | 590 | Approved | $ 200,000.00 | $ 81,000.00 | $ 119,000.00 |
| Revive Property Solutions, Inc. | 1007 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Rice, Francis | 592 | Approved | $ 200,000.00 | $ 16,282.33 | $ 183,717.67 |
| Riesselman, John | 829 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Riley, David & Allison | 598 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Ritchie Revocable Family Trust - 01/09/2009 | 979 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Ritchie Revocable Family Trust - 12/29/1989 | 599 | Approved | $ 600,000.00 | $ 36,282.33 | $ 563,717.67 |
| RJU Entities, LLC | 724 | Approved in Part/ Rejected in Part | $ 400,000.00 | $ 58,057.33 | $ 341,942.67 |
| Robin, Chris | 602 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Robin, Julie | 603 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Robin, Steven | 604 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Rogers, Carl | 607 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Rosenstein, David | 610 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Roth, Jason | 611 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Rothpletz, John | 612 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Rowe, Merril | 614 | Approved | $ 400,000.00 | $ 11,821.67 | $ 388,178.33 |
| Royal Lytham Court Family Limited Partnership | 1033 | Approved in Part/ Rejected in Part | | $ - | $ - |
| Russell, Dustin | 615 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Sauers, Joe | 617 | Approved | $ 1,000,000.00 | $ 112,564.65 | $ 887,435.35 |
| Sauers, Mike | 618 | Approved | $ 900,000.00 | $ 32,564.66 | $ 867,435.34 |
| Sauers-Boyd, Stephanie | 619 | Approved | $ 300,000.00 | $ 11,821.67 | $ 288,178.33 |
| Scarborough, Michael | 621 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Scharf, Kristin | 622 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Schariest, Sarah & Schariest Jr, James | 623 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Scheumann, Nancy | 637 | Approved | $ 200,000.00 | $ 34,188.83 | $ 165,811.17 |
| Schieck, Tanner | 624 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Schleich, Matthew | 626 | Approved | $ 300,000.00 | $ 15,000.00 | $ 285,000.00 |
| Schlueter, Jason | 638 | Approved | $ 400,000.00 | $ 76,282.33 | $ 323,717.67 |
| Schmitz, Garrit | 627 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Schneider, Kevin | 628 | Approved | $ 100,000.00 | $ 4,032.00 | $ 95,968.00 |
| Sebesta, George | 631 | Approved | $ 100,000.00 | $ 25,000.00 | $ 75,000.00 |
| Seitz, James | 636 | Approved | $ 601,000.00 | $ 376,438.83 | $ 224,561.17 |
| Selden, Robert | 956 | Approved | $ 100,000.00 | $ 77,760.87 | $ 22,239.13 |
| Sell, Joseph | 982 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Serna, Margarita V. | 634 | Approved | $ 100,000.00 | $ 17,094.42 | $ 82,905.58 |
| Settipalli, Sreekanth | 1018 | Approved | $ 200,000.00 | $ 5,910.84 | $ 194,089.16 |
| Shah, Anant | 642 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Shah, Neil | 643 | Approved | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Shane, Adam | 644 | Approved | $ 100,000.00 | $ 30,000.00 | $ 70,000.00 |
| Shaw, Casey | 645 | Approved | $ 300,000.00 | $ 81,000.00 | $ 219,000.00 |
| Sheanh, Ashoka & Kathleen | 646 | Approved | $ 500,000.00 | $ - | $ 500,000.00 |
| Sheldon Cohen Trust | 124 | Approved in Part/ Rejected in Part | $ 100,000.00 | $ 109,500.00 | $ (9,500.00) |
| Shelton, John Brian | 866 | Approved | $ 100,000.00 | $ 17,094.42 | $ 82,905.58 |
| Shively, Ross | 955 | Approved | $ 101,000.00 | $ 71,500.00 | $ 29,500.00 |
| Short Jr, Jeffrey | 648 | Approved | $ 500,000.00 | $ 76,282.33 | $ 423,717.67 |
| Sincavage, Dan | 650 | Approved | $ 275,000.00 | $ 16,254.80 | $ 258,745.20 |
| Singh, Jatinder | 652 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Singh, Sushma | 653 | Approved | $ 702,500.00 | $ 325,009.13 | $ 377,490.87 |
| Slagle, Lanese | 820 | Approved | $ 281,000.00 | $ 176,215.25 | $ 104,784.75 |
| Sleeper, Timothy | 655 | Approved | $ 200,000.00 | $ 60,000.00 | $ 140,000.00 |
| Small, Alanna | 656 | Approved | $ 200,000.00 | $ 122,000.00 | $ 78,000.00 |
| Smalley, Stacey | 925 | Approved | $ 100,000.00 | $ 30,000.00 | $ 70,000.00 |
| Smith, Adam T. | 657 | Approved | $ 200,000.00 | $ 50,000.00 | $ 150,000.00 |
| Smith, Donald | 658 | Approved | $ 125,000.00 | $ 30,000.00 | $ 95,000.00 |
| Smith, Heather | 659 | Approved | $ 401,000.00 | $ 221,262.23 | $ 179,737.77 |
| Smith, James E. | 896 | Approved | $ 900,000.00 | $ 410,625.00 | $ 489,375.00 |
| Sneed, Adam | 661 | Approved | $ 150,000.00 | $ - | $ 150,000.00 |
| Southall, Justin Fisher | 663 | Approved | $ 200,000.00 | $ 16,282.33 | $ 183,717.67 |
| Stafford, James | 665 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Stamp, Lynn | 666 | Approved | $ 100,000.00 | $ 30,000.00 | $ 70,000.00 |
| Stark, Christopher | 835 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| Stevens, Jana & Humphreys, Robert | 667 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Stevens, Robert | 668 | Approved | $ 575,000.00 | $ 390,956.06 | $ 184,043.94 |
| Stewart, John | 669 | Approved | $ 987,500.00 | $ 123,115.13 | $ 864,384.87 |
| Stiers, Nathan | 670 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Stolarski, Sharon | 672 | Approved | $ 200,000.00 | $ 10,000.00 | $ 190,000.00 |
| Stombaugh, Kristen | 678 | Approved | $ 50,000.00 | $ 20,000.00 | $ 30,000.00 |
| Stromberg, Glenn C. | 1019 | Approved in Part/ Rejected in Part | | $ - | $ - |
| Stryker, Mary / Ross | 680 | Approved in Part/ Rejected in Part | $ 825,000.00 | $ 186,119.95 | $ 638,880.05 |
| Swaroop, Jyothi | 685 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Swartz, Jonathan | 686 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Swartzentruber, Chet | 687 | Approved | $ 500,000.00 | $ 50,000.00 | $ 450,000.00 |
| Szalai, Gregory | 688 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Talosig, Paul & Anna | 690 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Tanner, Benjamin | 693 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Tate, Robert | 694 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| The Davis Living Trust DTD August 16, 2019, Brian Scott Davis and Shannon Smith Davis | 818 | Approved | $ 280,000.00 | $ - | $ 280,000.00 |
| The Wilson Family Trust | 1025 | Approved | $ 200,000.00 | $ 80,000.00 | $ 120,000.00 |
| Thessing, Matt | 701 | Approved | $ 400,000.00 | $ 70,000.00 | $ 330,000.00 |
| Thiagaraj, Suvedha | 702 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Thibodeaux, Lance | 703 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Thibodeaux, Lauren | 704 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Thibodeaux, Nathan | 705 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Thivierge, Randal | 706 | Approved | $ 201,000.00 | $ 93,600.00 | $ 107,400.00 |
| Thompson, Dan | 709 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Timberlake, Mark | 711 | Approved | $ 250,000.00 | $ - | $ 250,000.00 |
| Timmons, Dale | 712 | Approved | $ 400,000.00 | $ 120,000.00 | $ 280,000.00 |
| Townsend, Keith | 713 | Approved | $ 300,000.00 | $ 30,000.00 | $ 270,000.00 |
| Travis John Wood Revocable Living Trust, dated Dec. 11, 2014 | 786 | Approved | $ 250,000.00 | $ 30,000.00 | $ 220,000.00 |
| Tres Amigos Investments LLC | 716 | Approved | $ 350,000.00 | $ 325,926.56 | $ 24,073.44 |
| Tucker, Brandon | 721 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Turcotte, Matthew | 722 | Approved | $ 300,000.00 | $ - | $ 300,000.00 |
| Turner, Kahlil & Leonore | 723 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Ueber, Robert | 724 | Approved in Part/ Rejected in Part | $ 677,000.00 | $ 326,002.34 | $ 350,997.66 |
| Ugas, Marco | 725 | Approved | $ 500,000.00 | $ - | $ 500,000.00 |
| Valen, Justin & Michelle | 825 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Vandiver, Luliana and Thomas | 733 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| VanVoorhis, David S. | 1000 | Approved | $ 150,000.00 | $ - | $ 150,000.00 |
| Vargas, Carlos | 735 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Varvarigos, George | 736 | Approved | $ 75,000.00 | $ 30,000.00 | $ 45,000.00 |
| Verbic, Victor | 740 | Approved | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Vilt, Jim | 742 | Approved | $ 150,000.00 | $ 30,000.00 | $ 120,000.00 |
| Volcy & Crump-Volcy, Guerdy & Angela | 743 | Approved | $ 500,000.00 | $ - | $ 500,000.00 |
| Wallis, Benjamin | 749 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Ward, Eric | 751 | Approved | $ 100,000.00 | $ 10,000.00 | $ 90,000.00 |
| Ware, Joe | 752 | Approved | $ 301,000.00 | $ 119,510.84 | $ 181,489.16 |
| Warnement, Alexander | 753 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Weisfogel, Avi | 993 | Approved | $ 600,000.00 | $ 35,465.02 | $ 564,534.98 |
| Weselak Family Revocable Trust | 759 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Wheat, Lloyd | 764 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| White, Jared | 766 | Approved | $ 500,000.00 | $ 71,821.67 | $ 428,178.33 |
| White, Russell | 767 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Wilkinson, Charles | 768 | Approved | $ 50,000.00 | $ 10,000.00 | $ 40,000.00 |
| Wilson, James | 976 | Approved | $ 200,000.00 | $ 44,032.00 | $ 155,968.00 |
| Wilson, Ryan | 769 | Approved | $ 600,000.00 | $ 151,821.67 | $ 448,178.33 |
| Wilson, Thomas | 770 | Approved | $ 700,000.00 | $ 160,000.00 | $ 540,000.00 |
| Wimmer, Jeff | 774 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Winston, Travis | 775 | Approved | $ 200,000.00 | $ 81,000.00 | $ 119,000.00 |
| Wipf, Michael | 776 | Approved | $ 1,065,000.00 | $ 591,038.93 | $ 473,961.07 |
| Wong, Lai Hing Yip | 784 | Approved | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Wood, Brent | 785 | Approved | $ 100,000.00 | $ - | $ 100,000.00 |
| Woodall, Steven Niles | 787 | Approved | $ 789,000.00 | $ 667,671.44 | $ 121,328.56 |
| Yasskey Family Partnership | 1036 | Approved in Part/ Rejected in Part | | $ - | $ - |
| Yip, Sallis | 793 | Approved | $ 500,000.00 | $ 121,000.00 | $ 379,000.00 |
| Zalzala, Sajad | 795 | Approved | $ 300,000.00 | $ 57,094.42 | $ 242,905.58 |
| Zarghami, David | 796 | Approved | $ 200,000.00 | $ 11,821.67 | $ 188,178.33 |
| Zavulunova, Serafima | 797 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| Zdenek, Jason | 799 | Approved | $ 1,100,000.00 | $ - | $ 1,100,000.00 |
| Zehnder, Brian and Jean | 800 | Approved | $ 1,000,000.00 | $ 43,643.34 | $ 956,356.66 |

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| Zimmer, Zach | 803 | Approved | $ 200,000.00 | $ - | $ 200,000.00 |
| **GRAND TOTAL** | | | **$ 127,906,500.00** | **$ 27,188,385.95** | **$ 100,718,114.05** |

## Pending Claims

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| Anderson, William | 19 | Pending: Under Review | | $ - | $ - |
| Anliker, Wayne L. | 22 | Pending: Under Review | $ 2,028,000.00 | $ 926,734.09 | $ 1,101,265.91 |
| Auerbach, Todd | 30 | Pending: Under Review | $ 495,000.00 | $ 151,767.16 | $ 343,232.84 |
| Barnett, Ronald | 36 | Pending: Under Review | | $ - | $ - |
| Bennett, Isaac | 966 | Pending: Under Review | $ 200,000.00 | $ 100,000.00 | $ 100,000.00 |
| Bertschmann, Ashley | 53 | Pending: Under Review | $ 200,000.00 | $ 57,094.42 | $ 142,905.58 |
| Bertschmann, Ashley & Tim | 53 | Pending: Under Review | $ 300,000.00 | $ 90,654.89 | $ 209,345.11 |
| Bertschmann, Tim | 53 | Pending: Under Review | $ 101,000.00 | $ 71,500.00 | $ 29,500.00 |
| Brait, Michael | 68 | Pending: Under Review | $ 100,000.00 | $ - | $ 100,000.00 |
| Bryant, Jake | 78 | Pending: On Hold | $ 400,000.00 | $ 159,385.00 | $ 240,615.00 |
| Burau, Roger | 85 | Pending: Under Review | $ 200,000.00 | $ 16,282.33 | $ 183,717.67 |
| Burau, Scott | 840 | Pending: Under Review | $ 1,185,000.00 | $ 1,178,028.13 | $ 6,971.87 |
| Callaway, Cooper | 95 | Pending: Under Review | $ 100,000.00 | $ 38,382.00 | $ 61,618.00 |
| CamaPlan FBO Jan Coleman IRA | 126 | Pending: Under Review | $ 100,000.00 | $ 4,898.64 | $ 95,101.36 |
| Cannington, Beau | 102 | Pending: Under Review | $ 200,000.00 | $ 10,000.00 | $ 190,000.00 |
| Cavanaugh, Jarrid | 106 | Pending: Under Review | $ 517,500.00 | $ 42,000.00 | $ 475,500.00 |
| Coello, Magin | 120 | Pending: Under Review | $ 1,101,000.00 | $ 649,268.70 | $ 451,731.30 |
| Cohenour, Aaron | 125 | Pending: Under Review | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Corrigan, Cathy | 132 | Pending: Under Review | $ 100,000.00 | $ - | $ 100,000.00 |
| CPB Enterprises, LLC | 999 | Pending: Under Review | | $ - | $ - |
| DDL Enterprises, LLC (Deni Ann Baldwin) | 147 | Pending: Under Review | $ 100,000.00 | $ 4,032.00 | $ 95,968.00 |
| De Turris, Justin | 161 | Pending: Under Review | $ 200,000.00 | $ 60,000.00 | $ 140,000.00 |
| Deering, Kevin | 150 | Pending: Under Review | | $ - | $ - |
| Denault, Matt | 156 | Pending: Under Review | $ 712,500.00 | $ 40,000.00 | $ 672,500.00 |
| Dhamrait, Raj | 162 | Pending: Under Review | $ 1,845,000.00 | $ 702,794.33 | $ 1,142,205.67 |
| DiAntonio, Tom | 163 | Pending: Under Review | $ 100,000.00 | $ 60,000.00 | $ 40,000.00 |
| Douglas, Kevin | 177 | Pending: On Hold | $ 4,675,000.00 | $ 1,782,936.73 | $ 2,892,063.27 |
| Echols, Jonathan | 183 | Pending: Under Review | $ 101,000.00 | $ 63,600.00 | $ 37,400.00 |
| Edelman, Victor | 185 | Pending: Under Review | $ 95,000.00 | $ 31,047.21 | $ 63,952.79 |
| Eliason, Dale & Aimee | 191 | Pending: Under Review | $ 395,000.00 | $ 158,500.00 | $ 236,500.00 |
| Esh, Marv | 197 | Pending: Under Review | $ 351,000.00 | $ 63,600.00 | $ 287,400.00 |
| Fabry, David | 205 | Pending: Under Review | $ 600,000.00 | $ 40,000.00 | $ 560,000.00 |
| Gaffney, Joseph | 234 | Pending: Under Review | $ 740,000.00 | $ 415,622.31 | $ 324,377.69 |
| Gertz, Tim | 243 | Pending: Under Review | $ 200,000.00 | $ 44,032.00 | $ 155,968.00 |
| Gill, Sean & Jennifer | 248 | Pending: Under Review | $ 150,000.00 | $ 18,394.53 | $ 131,605.47 |
| Goldberg, Cary | 255 | Pending: Under Review | $ 350,000.00 | $ - | $ 350,000.00 |
| Gracian N Uhalde Living Trust | 726 | Pending: Under Review | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| Gray, Staci | 1020 | Pending: Under Review | $ 100,000.00 | $ 4,032.00 | $ 95,968.00 |
| Harasin, Jean M. or John M. | 898 | Pending: Under Review | $ 835,000.00 | $ 670,235.06 | $ 164,764.94 |
| Hartman, Elmer & Julieann | 292 | Pending: Under Review | $ 100,000.00 | $ 5,910.84 | $ 94,089.16 |
| Hofer, Kendall | 310 | Pending: Under Review | $ 200,000.00 | $ 25,052.09 | $ 174,947.91 |
| Jatin Holdings LLC springfield | 162 | Pending: Under Review | $ 200,000.00 | $ 219,000.00 | $ (19,000.00) |
| Jensen, Zachary | 344 | Pending: Under Review | $ 300,000.00 | $ - | $ 300,000.00 |
| Jone, Raymond | 352 | Pending: Under Review | $ 500,000.00 | $ 96,282.33 | $ 403,717.67 |
| Kauffman, Anna | 361 | Pending: Under Review | $ 300,000.00 | $ 66,282.33 | $ 233,717.67 |
| Kauffman, Omar | 362 | Pending: Under Review | $ 400,000.00 | $ 76,282.33 | $ 323,717.67 |
| Kitchen, John | 900 | Pending: Under Review | $ 351,000.00 | $ 96,500.00 | $ 254,500.00 |
| Kurtz, Kornel | 395 | Pending: Under Review | $ 100,000.00 | $ 30,000.00 | $ 70,000.00 |
| Landry, Kevin | 401 | Pending: Under Review | $ 100,000.00 | $ - | $ 100,000.00 |
| Laune, Thomas | 414 | Pending: Under Review | $ 1,532,500.00 | $ 401,627.19 | $ 1,130,872.81 |
| Lee, David | 419 | Pending: Under Review | $ 625,000.00 | $ 343,851.57 | $ 281,148.43 |
| Lee, Kwansoo | 420 | Pending: On Hold | $ 964,000.00 | $ 408,114.55 | $ 555,885.45 |
| Livingston, Mark | 431 | Pending: Under Review | $ 310,000.00 | $ 122,500.00 | $ 187,500.00 |
| Makrauer, Zola | 441 | Pending: Under Review | $ 100,000.00 | $ - | $ 100,000.00 |
| Marshall, Ralph | 454 | Pending: Under Review | $ 200,000.00 | $ 71,886.00 | $ 128,114.00 |
| Millennium Trust Co., LLC Custodian FBO Thomas Sullivan Traditional IRA 297-366-830 | 682 | Pending: Under Review | $ 600,000.00 | $ 173,189.60 | $ 426,810.40 |
| Monson III, Cyrus | 491 | Pending: Under Review | $ 470,000.00 | $ 524,988.92 | $ (54,988.92) |
| Monson III, Cyrus & Revocable Trust Dated Nov 10, 2020 (3 claims) | 491 | Pending: Under Review | $ 1,125,000.00 | $ 521,565.41 | $ 603,434.59 |
| MWNW Living Trust Dated July 3, 2018 | 1014 | Pending: Under Review | $ 105,000.00 | $ 21,000.00 | $ 84,000.00 |
| Norlasco, Wagner | 1024 | Pending: Under Review | $ 412,500.00 | $ - | $ 412,500.00 |
| Olexer, David | 519 | Pending: Under Review | $ 100,000.00 | $ - | $ 100,000.00 |
| Osborn, James | 523 | Pending: Under Review | $ 1,005,000.00 | $ 468,000.00 | $ 537,000.00 |
| Pinkerton, Gary | 554 | Pending: Under Review | $ 464,000.00 | $ 150,739.67 | $ 313,260.33 |
| Pinkerton, Susan | 555 | Pending: Under Review | $ 1,466,000.00 | $ 577,925.69 | $ 888,074.31 |
| Powell, Luke | 575 | Pending: Under Review | $ 400,000.00 | $ 11,821.67 | $ 388,178.33 |

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| Quest Trust Company FBO Judith Ann Gates IRA # 2959111 | 1044 | Pending: Under Review | $ 200,000.00 | $ 14,401.74 | $ 185,598.26 |
| Richfield Springs, LLC (Stephen Tomita) | 596 | Pending: Under Review | $ 200,000.00 | $ 16,282.33 | $ 183,717.67 |
| Rivers, Stephen | 1026 | Pending: Under Review | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Rowden, Eric | 613 | Pending: Under Review | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Samuelson, Dana | 616 | Pending: Under Review | $ 200,000.00 | $ 149,500.00 | $ 50,500.00 |
| Shelly, Alan R | 870 | Pending: Under Review | $ 110,000.00 | $ 50,484.68 | $ 59,515.32 |
| Slagle, Kyle | 654 | Pending: Under Review | $ 101,000.00 | $ 71,500.00 | $ 29,500.00 |
| Smith, Matthew | 1013 | Pending: Under Review | $ 200,000.00 | $ 122,000.00 | $ 78,000.00 |
| Spitznagel, Frank | 833 | Pending: Under Review | $ 101,000.00 | $ 63,600.00 | $ 37,400.00 |
| Sullivan, Dave & Michelle | 681 | Pending: Under Review | $ 100,000.00 | $ 1,775.34 | $ 98,224.66 |
| Sullivan, Thomas | 682 | Pending: Under Review | $ 2,843,500.00 | $ 847,893.58 | $ 1,995,606.42 |
| Tax depreciation and financial return | 0.5 | Pending: Under Review | $ 100,000.00 | $ - | $ 100,000.00 |
| Taylor, Victoria P | 1023 | Pending: Under Review | $ 100,000.00 | $ 40,000.00 | $ 60,000.00 |
| The Zeltzman Trust | 801 | Pending: Under Review | $ 400,000.00 | $ 60,000.00 | $ 340,000.00 |
| Trapp, Luke | 715 | Pending: Under Review | $ 702,000.00 | $ 257,200.00 | $ 444,800.00 |
| Uhalde, Gracian N. | 726 | Pending: Under Review | $ 100,000.00 | $ 74,586.96 | $ 25,413.04 |
| Uhalde, Gracian R. Jr. & Jessica | 727 | Pending: Under Review | $ 50,000.00 | $ 20,000.00 | $ 30,000.00 |
| Uhalde, Michael | 729 | Pending: Under Review | $ 200,000.00 | $ 125,479.62 | $ 74,520.38 |
| Uhalde, Timothy | 730 | Pending: Under Review | $ 300,000.00 | $ 142,442.26 | $ 157,557.74 |
| Ummareddy, Kumar Sateesh | 731 | Pending: Under Review | | $ - | $ - |
| Unclaimed Investor Dollars | 2500 | Pending: Under Review | $ 1,004,985.90 | $ - | $ 1,004,985.90 |
| Verbic, Marty | 738 | Pending: Under Review | $ 100,000.00 | $ - | $ 100,000.00 |
| Welch, Jeffrey | 954 | Pending: Under Review | $ 100,000.00 | $ 20,000.00 | $ 80,000.00 |
| Weyer, Cecil Bruce | 760 | Pending: Under Review | $ 250,000.00 | $ 40,000.00 | $ 210,000.00 |
| Weyer, John | 762 | Pending: Under Review | $ 200,000.00 | $ 30,000.00 | $ 170,000.00 |
| White, Aaron | 765 | Pending: On Hold | $ 757,000.00 | $ 392,918.78 | $ 364,081.22 |
| Woloshin, Neil | 781 | Pending: Under Review | $ 202,000.00 | $ 143,000.00 | $ 59,000.00 |
| Wright, Matthew | 789 | Pending: Under Review | $ 500,000.00 | $ 118,732.51 | $ 381,267.49 |
| Yatzkan, Nancy | 791 | Pending: Under Review | $ 335,000.00 | $ 88,188.82 | $ 246,811.18 |
| Zdenek, Chad | 798 | Pending: Under Review | $ 200,000.00 | $ - | $ 200,000.00 |
| Zeltzman, Phil | 801 | Pending: Under Review | $ 450,000.00 | $ 435,841.23 | $ 14,158.77 |
| Zook, David | 1001 | Pending: Under Review | $ 100,000.00 | $ 109,500.00 | $ (9,500.00) |
| Zook, Matthew | 810 | Pending: Under Review | $ 300,000.00 | $ 75,000.00 | $ 225,000.00 |
| **GRAND TOTAL** | | | **$ 42,213,485.90** | **$ 15,697,669.57** | **$ 26,515,816.33** |

### Rejected Claims

| Claim Name | Assigned Claim Number | Approval Status | Reconciled Investment | Reconciled Disbursement | Reconciled Net Position Loss or (Gain) |
|---|---|---|---|---|---|
| Bruce Cassis and Sons, LLC | 995 | Rejected | $ 100,000.00 | $ 109,500.00 | $ (9,500.00) |
| Burau, Zachary | 841 | Rejected | $ 175,000.00 | $ 184,792.66 | $ (9,792.66) |
| Freedom Impact Consulting | 1005 | Rejected | | $ 8,027,006.83 | $ (8,027,006.83) |
| Greymont, Lori | 269 | Rejected | $ 250,000.00 | $ 344,024.08 | $ (94,024.08) |
| M&H Investment Group | 842 | Rejected | $ 576,000.00 | $ 653,976.54 | $ (77,976.54) |
| M&H Investment Group, LLC - Mauricio Rauld | 842 | Rejected | | $ 99,644.55 | $ (99,644.55) |
| MH & B Enterprises, LLC | 1027 | Rejected | | $ 44,776.40 | $ (44,776.40) |
| Resale Management Group LLC | 1032 | Rejected | $ 100,000.00 | $ 109,500.00 | $ (9,500.00) |
| Sankdoe Solutions LLC | 1034 | Rejected | $ 200,000.00 | $ 219,000.00 | $ (19,000.00) |
| Shelly, Eric N. | 1004 | Rejected | $ 3,507,500.00 | $ 1,550,097.65 | $ 1,957,402.35 |
| Smileworks Management Inc (Alfred Joseph Joyal) | 1017 | Rejected | $ 100,000.00 | $ 109,500.00 | $ (9,500.00) |
| **GRAND TOTAL** | | | **$ 5,008,500.00** | **$ 11,451,818.71** | **$ (6,443,318.71)** |