**EXHIBIT B - UNDETERMINED PENDING CLAIMS**

| Claim Number | Claim Name | Claimed Invested | Claimed Repayment | Claimed Net Loss | Determined Invested | Determined Repayment | Determined Net Loss | Reserve |
|---|---|---|---|---|---|---|---|---|
| 91 | Butler, Robert | $ 100,000.00 | $ (5,190.84) | $ 94,809.16 | $ - | $ - | $ - | $ 94,809.16 |
| 95 | Callaway, Cooper | $ 1,300,000.00 | $ (1,310,487.79) | $ (10,487.79) | $ - | $ - | $ - | $ - |
| 102 | Cannington, Beau | $ 400,000.00 | $ (208,940.44) | $ 191,059.56 | $ - | $ - | $ - | $ 191,059.56 |
| 206 | Fabry, Regina | $ 100,000.00 | $ (14,583.00) | $ 85,417.00 | $ - | $ - | $ - | $ 85,417.00 |
| 211 | Faucher, Kim | $ 200,000.00 | $ (160,836.22) | $ 39,163.78 | $ - | $ - | $ - | $ 39,163.78 |
| 255 | Goldberg, Cary | $ 600,000.00 | $ (22,812.50) | $ 577,187.50 | $ - | $ - | $ - | $ 577,187.50 |
| 263 | Graham, Tim - LTV | $ 375,000.00 | $ (373,857.20) | $ 1,142.80 | $ - | $ - | $ - | $ 1,142.80 |
| 270 | Groover, Steve | $ 250,000.00 | $ (35,458.33) | $ 214,541.67 | $ - | $ - | $ - | $ 214,541.67 |
| 311 | Hoffman, Dean | $ 400,000.00 | $ (370,593.15) | $ 29,406.85 | $ - | $ - | $ - | $ 29,406.85 |
| 358 | Kamburis, George & Margie | $ 195,000.00 | $ (168,075.42) | $ 26,924.58 | $ - | $ - | $ - | $ 26,924.58 |
| 372 | Kim, Sung Wan | $ 2,931,796.33 | $ (1,631,365.75) | $ 1,300,430.58 | $ - | $ - | $ - | $ 1,300,430.58 |
| 387 | Kramer, Kimberly | $ 100,000.00 | $ (14,583.33) | $ 85,416.67 | $ - | $ - | $ - | $ 85,416.67 |
| 605 | Robinson, Jane - Trustee of Nancy Day | $ 250,000.00 | $ (141,041.67) | $ 108,958.33 | $ - | $ - | $ - | $ 108,958.33 |
| 606 | Robinson, Jane & Tanisawa, Ross | $ 400,000.00 | $ (184,583.33) | $ 215,416.67 | $ - | $ - | $ - | $ 215,416.67 |
| 771 | Williams, Earnest & Trudy | $ 750,000.00 | $ (481,875.00) | $ 268,125.00 | $ - | $ - | $ - | $ 268,125.00 |
| 772 | Williams, Gregory | $ 45,000.00 | $ (8,437.50) | $ 36,562.50 | $ - | $ - | $ - | $ 36,562.50 |
| 773 | Williams, Paul | $ 1,080,000.00 | $ (226,200.00) | $ 853,800.00 | $ - | $ - | $ - | $ 853,800.00 |
| 777 | Wirt Enterprises | $ 1,550,000.00 | $ (1,463,865.37) | $ 86,134.63 | $ - | $ - | $ - | $ 86,134.63 |
| 778 | Wirt, Matthew | $ 20,000.00 | $ (11,000.00) | $ 9,000.00 | $ - | $ - | $ - | $ 9,000.00 |
| 779 | Wirt, Racheal | $ 20,000.00 | $ (11,625.00) | $ 8,375.00 | $ - | $ - | $ - | $ 8,375.00 |
| 819 | Glover, Jeff | $ 87,000.00 | $ (9,000.00) | $ 78,000.00 | $ - | $ - | $ - | $ 78,000.00 |
| 990 | Moody, Hamp | $ 100,000.00 | $ - | $ 100,000.00 | $ - | $ - | $ - | $ 100,000.00 |
| 991 | Tanisawa Ross - Nuview Trust | $ 73,000.00 | $ (108,804.01) | $ (35,804.01) | $ - | $ - | $ - | $ - |
| | Total | $ 11,326,796.33 | $ (6,963,215.85) | $ 4,363,580.48 | $ - | $ - | $ - | $ 4,409,872.28 |