**EXHIBIT D - CETA STOCK PURCHASES AND DIVIDENDS**

### CETA STOCKHOLDER TOTALS - DISPUTED PORTION OF CLAIM

| Project Name | Claim Number | Claim Name | Claimed Invested | Claimed Repayment | Claimed Net Loss | Determined Invested | Determined Repayment | Determined Net Loss | Suspended |
|---|---|---|---|---|---|---|---|---|---|
| CETA Stock | 96 | Capps, Bennie | $ 537,789.00 | $ - | $ 537,789.00 | $ 537,789.00 | $ - | $ 537,789.00 | $ 537,789.00 |
| CETA Stock | 400 | Landry II, Don | $ 275,000.00 | $ (10,837.50) | $ 264,162.50 | | $ (37,931.25) | $ (37,931.25) | |
| CETA Stock | 490 | Moncla, Leon Charles, Moncla Family Partnership & affiliates of "Moncla Parties" | $ 14,692,257.43 | $ (680,601.06) | $ 14,011,656.37 | $ 14,692,257.43 | $ (680,601.06) | $ 14,011,656.37 | $ 14,011,656.37 |
| CETA Stock | 516 | Nolan, Matt | $ 127,500.00 | $ (45,764.69) | $ 81,735.31 | $ 10,000.00 | $ (54,123.32) | $ (44,123.32) | |
| CETA Stock | 708 | Thomas Family LLC, Alfred & Janell | $ 12,276,078.00 | $ (842,078.00) | $ 11,434,000.00 | $ 12,276,078.00 | $ (956,500.00) | $ 11,319,578.00 | $ 11,434,000.00 |
| CETA Stock | 830 | A Toce Resources, LLC | $ 765,000.00 | $ (237,468.75) | $ 527,531.25 | | | $ - | $ 527,531.25 |
| CETA Stock | 831 | Toce Sr, Andre (Longhorn) | $ 227,500.00 | $ (188,914.47) | $ 38,585.53 | $ 227,500.00 | $ (188,914.47) | $ 38,585.53 | $ 38,585.53 |
| CETA Stock | 832 | Toce Sr, Andre (Land) | $ 320,500.00 | $ (186,000.00) | $ 134,500.00 | $ 320,500.00 | $ (186,000.00) | $ 134,500.00 | $ 134,500.00 |
| CETA Stock | 887 | Domingues, Edward & Rickey | $ - | $ - | $ - | | $ (56,896.91) | $ (56,896.91) | |
| CETA Stock | 906 | Fryer, Linda | $ - | $ - | $ - | $ 5,000.00 | $ (80,000.00) | $ (75,000.00) | |
| CETA Stock | 918 | Purkey Jr., Richard | $ - | $ - | $ - | | $ (306,452.32) | $ (306,452.32) | |
| CETA Stock | 919 | RK Mechanical, Inc. | $ - | $ - | $ - | $ 439,875.00 | $ (458,569.68) | $ (18,694.68) | |
| CETA Stock | 950 | Gregory / Tressa Trahan Or Trustee (G&T Management, LLC / Arnauldville, LA) | $ 1,456,690.00 | $ (421,123.38) | $ 1,035,566.62 | | | | $ 1,035,566.62 |
| CETA Stock | 1046 | Toce, Sr, Andrew | | | $ - | $ 36,250.00 | $ (119,750.00) | $ (83,500.00) | |
| Freestone Stock | 400 | Landry II, Don | $ 40,000.00 | $ (8,257.60) | $ 31,742.40 | $ 440,576.23 | $ (37,159.23) | $ 403,417.00 | $ 403,417.00 |
| Freestone Stock | 516 | Nolan, Matt | $ 80,000.00 | $ (22,450.00) | $ 57,550.00 | $ 80,000.00 | $ (7,650.00) | $ 72,350.00 | $ 72,350.00 |
| Freestone Stock | 887 | Domingues, Edward & Rickey | $ - | $ - | $ - | | $ (42,075.00) | $ (42,075.00) | |
| Freestone Stock | 950 | Gregory / Tressa Trahan Or Trustee (G&T Management, LLC / Arnauldville, LA) | $ 322,000.00 | $ (30,791.25) | $ 291,208.75 | | | $ - | $ 291,208.75 |
| | | Total | $ 31,120,314.43 | $ (2,674,286.70) | $ 28,446,027.73 | $ 29,065,825.66 | $ (3,212,623.24) | $ 25,853,202.42 | $ 28,486,604.52 |

### TOTAL CLAIMS OF INVESTORS WHO PURCHASED CETA STOCK - NET NON-STOCK CLAIM

| Project Name | Claim Number | Claim Name | Claimed Invested | Claimed Repayment | Claimed Net Loss | Determined Investment | Determined Repayment | Determined Net Loss | Net Allowed Claim |
|---|---|---|---|---|---|---|---|---|---|
| CETA Stock | 96 | Capps, Bennie | $ 8,417,454.00 | $ (7,116,265.00) | $ 1,301,189.00 | $ 8,438,363.10 | $ (7,116,265.00) | $ 1,322,098.10 | $ 784,309.10 |
| CETA Stock | 400 | Landry II, Don | $ 315,000.00 | $ (58,095.10) | $ 256,904.90 | $ 683,151.23 | $ (231,090.48) | $ 452,060.75 | $ 452,060.75 |
| CETA Stock | 490 | Moncla, Leon Charles, Moncla Family Partnership & affiliates of "Moncla Parties" | $ 14,692,257.43 | $ (680,601.06) | $ 14,011,656.37 | $ 14,692,257.43 | $ (680,601.06) | $ 14,011,656.37 | $ - |
| CETA Stock | 516 | Nolan, Matt | $ 200,000.00 | $ (65,708.33) | $ 134,291.67 | $ 200,000.00 | $ (65,708.33) | $ 134,291.67 | $ 134,291.67 |
| CETA Stock | 708 | Thomas Family LLC, Alfred & Janell | $ 12,276,078.00 | $ (842,078.00) | $ 11,434,000.00 | $ 12,276,078.00 | $ (956,500.00) | $ 11,319,578.00 | $ - |
| CETA Stock | 830 | A Toce Resources, LLC | $ 765,000.00 | $ (237,468.75) | $ 527,531.25 | $ - | $ - | $ - | $ - |
| CETA Stock | 831 | Toce Sr, Andre (Longhorn) | $ 227,500.00 | $ (188,914.47) | $ 38,585.53 | $ 227,500.00 | $ (188,914.47) | $ 38,585.53 | $ - |
| CETA Stock | 832 | Toce Sr, Andre (Land) | $ 320,500.00 | $ (186,000.00) | $ 134,500.00 | $ 320,500.00 | $ (186,000.00) | $ 134,500.00 | $ - |
| CETA Stock | 887 | Domingues, Edward & Rickey | $ - | $ - | $ - | $ 114,759.00 | $ (98,971.91) | $ 15,787.09 | $ 15,787.09 |
| CETA Stock | 906 | Fryer, Linda | $ - | $ - | $ - | $ 5,000.00 | $ (80,000.00) | $ (75,000.00) | |
| CETA Stock | 918 | Purkey Jr., Richard | $ - | $ - | $ - | $ - | $ (306,452.32) | $ (306,452.32) | |
| CETA Stock | 919 | RK Mechanical, Inc. | $ - | $ - | $ - | $ 439,875.00 | $ (458,569.68) | $ (18,694.68) | |
| CETA Stock | 950 | Gregory / Tressa Trahan Or Trustee (G&T Management, LLC / Arnauldville, LA) | $ 1,778,690.00 | $ (451,914.63) | $ 1,326,775.37 | $ - | $ - | $ - | $ 291,208.75 |
| CETA Stock | 1046 | Toce, Sr, Andrew | $ - | $ - | $ - | $ 36,250.00 | $ (119,750.00) | $ (83,500.00) | |
| | | Total | $ 38,992,479.43 | $ (9,827,045.34) | $ 29,165,434.09 | $ 37,433,733.76 | $ (10,488,823.25) | $ 26,944,910.51 | $ 1,677,657.36 |