**EXHIBIT E - UNIBANK RELATED CLAIMS**

| Claim Number | Claim Name | Claimed Invested | Claimed Repayment | Claimed Net Loss | Determined Invested | Determined Repayment | Determined Net Loss | Suspended |
|---|---|---|---|---|---|---|---|---|
| 66 | Bowman, Brodie | $ 2,545,000.00 | $ (838,411.25) | $ 1,706,588.75 | $ 2,545,000.00 | $ (838,411.25) | $ 1,706,588.75 | $ 1,706,588.75 |
| 60 | Blough, Jason | $ 300,000.00 | $ (131,000.00) | $ 169,000.00 | $ 300,000.00 | $ (131,000.00) | $ 169,000.00 | $ 169,000.00 |
| 78 | Bryant, Jake | $ 2,269,535.00 | $ (339,724.00) | $ 1,929,811.00 | $ 2,269,535.00 | $ (365,597.00) | $ 1,903,938.00 | $ 2,269,535.00 |
| 114 | Chu, Brian | $ 1,771,819.00 | $ - | $ 1,771,819.00 | $ 1,650,000.00 | $ - | $ 1,650,000.00 | $ 1,650,000.00 |
| 174 | Douglas, James | $ 189,000.00 | $ (31,115.00) | $ 157,885.00 | $ - | $ - | $ - | $ 157,885.00 |
| 176 | Douglas, Mark | $ 4,296,500.00 | $ (1,896,292.70) | $ 2,400,207.30 | $ 4,296,500.00 | $ (1,896,292.70) | $ 2,400,207.30 | $ 2,400,207.30 |
| 177 | Douglas, Kevin | $ 6,265,000.00 | $ (2,727,214.73) | $ 3,537,785.27 | $ 6,301,500.00 | $ (2,727,215.06) | $ 3,574,284.94 | $ 3,574,284.94 |
| 352 | Jone, Raymond | $ 700,000.00 | $ (230,026.88) | $ 469,973.12 | $ 700,000.00 | $ (230,026.88) | $ 469,973.12 | $ 469,973.12 |
| 420 | Lee, Kwansoo | $ 4,607,638.00 | $ (474,986.83) | $ 4,132,651.17 | $ 4,364,000.00 | $ (474,986.83) | $ 3,889,013.17 | $ 3,889,013.17 |
| 437 | Lowry, Allen Wade | $ 845,500.00 | $ (223,942.18) | $ 621,557.82 | $ 845,500.00 | $ (223,942.18) | $ 621,557.82 | $ 621,557.82 |
| 471 | McGarrah, Stephen Blake | $ 3,048,000.00 | $ (2,430,595.00) | $ 617,405.22 | $ 998,000.00 | $ (1,111,445.27) | $ (113,445.27) | $ (113,445.27) |
| 540 | Perlis, Charles | $ 373,000.00 | $ (235,200.00) | $ 137,800.00 | $ 373,000.00 | $ (234,555.58) | $ 138,444.42 | $ 138,444.42 |
| 541 | Perlis, Stephen | $ 648,650.00 | $ (452,986.85) | $ 195,663.15 | $ 848,500.00 | $ (456,582.13) | $ 391,917.87 | $ 391,917.87 |
| 567 | Pollack, Adam | $ 100,000.00 | $ (91,250.00) | $ 8,750.00 | $ 100,000.00 | $ (91,250.00) | $ 8,750.00 | $ 8,750.00 |
| 511 | Nguyen, Dat | $ 100,000.00 | $ (65,708.33) | $ 34,291.67 | $ 100,000.00 | $ (65,708.33) | $ 34,291.67 | $ 34,291.67 |
| 581 | RAIT Energy 121 - Matthew Lewis, Kunzler Bean & Adamson | $ 1,650,000.00 | $ - | $ 1,650,000.00 | $ - | $ - | $ - | $ 1,650,000.00 |
| 594 | Richard, Ryan | $ 2,048,000.00 | $ (835,143.28) | $ 1,212,856.72 | $ 2,147,000.00 | $ (1,287,458.57) | $ 859,541.43 | $ 859,541.43 |
| 555 | Pinkerton, Susan | $ 1,830,000.00 | $ (591,534.56) | $ 1,238,465.44 | $ 1,566,000.00 | $ (577,925.69) | $ 988,074.31 | $ 988,074.31 |
| 654 | Slagle, Kyle | $ 301,000.00 | $ (109,000.00) | $ 192,000.00 | $ 301,000.00 | $ (109,000.00) | $ 192,000.00 | $ 192,000.00 |
| 765 | White, Aaron | $ 2,621,500.00 | $ (547,673.78) | $ 2,073,826.22 | $ 2,621,500.00 | $ (538,673.78) | $ 2,082,826.22 | $ 2,073,826.22 |
| 690 | Talosig, Paul & Anna | $ 200,000.00 | $ (11,821.67) | $ 188,178.33 | $ 200,000.00 | $ (11,821.67) | $ 188,178.33 | $ 188,178.33 |
| 817 | Peabody, Seth | $ 1,507,875.00 | $ (790,205.60) | $ 717,669.40 | $ 2,547,875.00 | $ (790,205.60) | $ 1,757,669.40 | $ 1,757,669.40 |
| 828 | Pollack Brothers Limited | $ 1,650,000.00 | $ (188,323.00) | $ 1,461,677.00 | $ 1,650,000.00 | $ (188,382.00) | $ 1,461,618.00 | $ 1,461,618.00 |
| 849 | Bluestrat Holdings, LLC (Stephen Blake McGarrah) | $ - | $ - | $ - | $ 1,650,000.00 | $ (1,021,048.60) | $ 628,951.40 | $ 628,951.40 |
| 860 | Tillman, Stacey | $ 1,650,000.00 | $ (709,921.30) | $ 940,078.70 | $ 1,650,000.00 | $ (699,921.30) | $ 950,078.70 | $ 950,078.70 |
| 742 | Vilt, Jim | $ 150,000.00 | $ (30,000.00) | $ 120,000.00 | $ 150,000.00 | $ (30,000.00) | $ 120,000.00 | $ 120,000.00 |
| | **Total** | $ 41,668,017.00 | $ (13,982,076.94) | $ 27,685,940.06 | $ 40,174,910.00 | $ (14,101,450.42) | $ 26,073,459.58 | $ 28,237,941.58 |