IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| V. | § | Case No. 6:23-cv-00321 |
| | § | |
| ROY W. HILL, et al. | § | |

## ORDER APPROVING LIQUIDATION AND INTERIM DISTRIBUTION

BEFORE the Court is the Receiver's motion seeking instructions concerning whether to liquidate CETA equipment and effect an interim distribution, and the Court, finding that the Receiver has correctly assessed the CETA technology and has proposed an equitable distribution plan, instructs the Receiver as follows:

(1) The Receiver shall liquidate the CETA equipment pursuant to the authority granted to the Receiver in the appointment order (Doc. 8 at 12);

(2) The Receiver may compromise and/or pay vendor claims pursuant to the discretion granted to the Receiver in the appointment order (*id.*);

(3) The Receiver may abandon the CETA technology;

(4) The Receiver shall effect an interim distribution by taking the following steps:

(a) complete his reconciliation of the claims submitted;

(b) provide notices to each claimant of the approved amount;

(c) advise disputed claimants of a thirty-day opportunity to object to any adverse claim determination;

(d) file a notice of approved claims and disputed claims;

(e) effect thirty days later a pro-rata interim distribution of two-thirds of the aggregate value of the then available CETA cash and/or securities to approved claimants based upon their respective net cash loss amounts relative to the entire loss amount

as reflected by approved claims and the higher amount of the disputed claims, while

reserving reserve an amount sufficient to pay any disputed claims;

(f) tender such disputes to the Court for determination;

(g) effect further interim distributions as disputed claims are resolved by the Court or

by agreement; and

(h) utilize the remainder as the Court may further direct.

SO ORDERED this 7th day of March, 2025.

_____

HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE