IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> ROY W. HILL, ERIC N. SHELLY, § <br> CLEAN ENERGY TECHNOLOGY § <br> ASSOCIATION, INC., and § <br> FREEDOM IMPACT CONSULTING, LLC, § <br> § <br> Defendants. § <br> § | Case No. 6:23-cv-00321-ADA |

## ORDER GRANTING RECEIVER'S FOURTH FEE APPLICATION

This matter came before the Court on the motion of Receiver Albert C. Black III. ECF No. 72. The Court finds the motion is well-taken, and therefore grants the motion. The Receiver is authorized to pay the sum of $94,171 to Byron Veech.

IT IS SO ORDERED this 10th day of March, 2024.

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE