# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** § § § | | |
| **Plaintiff** § | | |
| § | **CASE No. 6:23-cv-0321** | |
| **v.** § § | | |
| **ROY W. HILL, et al.,** § | | |
| **Defendant** § | | |

## ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

The Court has considered the Unopposed Motion for Withdrawal of *Greenberg Traurig LLP* and Substitution of Counsel (the **"Motion"**) filed by Roy W. Hill (**"Hill"**). Notice of the Motion is adequate and the relief requested is appropriate under the local rules of the Western District of Texas.

It is therefore ORDERED:

1. David W. Klaudt and Greenberg Taurig LLP are withdrawn as one of the attorneys of record for Hill in the above-captioned case.

2. Richard Fuqua of Fuqua & Associates PC is substitute counsel for Hill for all purposes in this case.

3. David W. Klaudt and Greenberg Taurig are relieved of their duty to further represent Hill.

Signed this _____ day of April, 2025

_____

Alan Albright

United States District Judge