**EXHIBIT B- Undetermined Pending Claims**

**Note**: These are undetermined claims that have not been objected to.

| | | | | | CLAIM STATUS (preliminary) | | | CASH CONTRIBUTIONS $9,350,432.23 / $ - | | CASH RETURN PAYMENTS $(5,612,303.64) / $ - | | NET CASH LOSS $3,738,128.59 / $ - | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim No. | Claimant | Claimant Affiliated | Hill | Unibank | Pending | Approved | Rejected | Reported | Determined | Reported | Determined | Reported | Determined |
| 91 | Butler, Robert | | | | X | | | $ 100,000.00 | $ - | $ (5,190.84) | $ - | $ 94,809.16 | $ - |
| 206 | Fabry, Regina | | | | X | | | $ 100,000.00 | $ - | $ (14,583.00) | $ - | $ 85,417.00 | $ - |
| 211 | Faucher, Kim | Faucher, Kim; URSA Minor Limited | | | X | | | $ 200,000.00 | $ - | $ (160,836.22) | $ - | $ 39,163.78 | $ - |
| 819 | Glover, Jeff | | | | X | | | $ 87,000.00 | $ - | $ (9,000.00) | $ - | $ 78,000.00 | $ - |
| 263 | Graham, Tim - LTV | Graham, Tim/ Christine; LTV Private Equity Inc. | | | X | | | $ 375,000.00 | $ - | $ (373,857.20) | $ - | $ 1,142.80 | $ - |
| 311 | Hoffman, Dean | | | | X | | | $ 400,000.00 | $ - | $ (370,593.15) | $ - | $ 29,406.85 | $ - |
| 358 | Kamburis, George & Margie | | | | X | | | $ 195,000.00 | $ - | $ (168,075.42) | $ - | $ 26,924.58 | $ - |
| 372 | Kim, Sung Wan | | | | X | | | $ 2,931,796.33 | $ - | $ (1,631,365.75) | $ - | $ 1,300,430.58 | $ - |
| 387 | Kramer, Kimberly | | | | X | | | $ 100,000.00 | $ - | $ (14,583.33) | $ - | $ 85,416.67 | $ - |
| 990 | Moody, Hamp | | | | X | | | $ 100,000.00 | $ - | $ - | $ - | $ 100,000.00 | $ - |
| 541 | Perlis, Stephen | Perlis, Stephen; Perlis Holdings Inc.; Perlis Holdings Inc. | | | X | | | $ 648,650.00 | $ - | $ (452,986.85) | $ - | $ 195,663.15 | $ - |
| 605 | Robinson, Jane - Trustee of Nancy Day | Robinson, Jane - Trustee of Nancy Day; Nancy J. Day 2015 Revocable Living Trust; Nancy J. Day 2025 Revocable Living Trust | | | X | | | $ 250,000.00 | $ - | $ (141,041.67) | $ - | $ 108,958.33 | $ - |
| 606 | Robinson, Jane & Tanisawa, Ross | Robinson, Jane & Tanisawa, Ross; Tanisawa, Ross Roth IRA | | | X | | | $ 400,000.00 | $ - | $ (184,583.33) | $ - | $ 215,416.67 | $ - |
| 991 | Tanisawa Ross - Nuview Trust | | | | X | | | $ 73,000.00 | $ - | $ (108,804.01) | $ - | $ (35,804.01) | $ - |
| 2500 | Unclaimed Investor Dollars | | | | X | | | $ 1,004,985.90 | $ - | $ - | $ - | $ 1,004,985.90 | $ - |
| 771 | Williams, Earnest & Trudy | | | | X | | | $ 750,000.00 | $ - | $ (481,875.00) | $ - | $ 268,125.00 | $ - |
| 772 | Williams, Gregory | | | | X | | | $ 45,000.00 | $ - | $ (8,437.50) | $ - | $ 36,562.50 | $ - |
| 777 | Wirt Enterprises | | | | X | | | $ 1,550,000.00 | $ - | $ (1,463,865.37) | $ - | $ 86,134.63 | $ - |
| 778 | Wirt, Matthew | | | | X | | | $ 20,000.00 | $ - | $ (11,000.00) | $ - | $ 9,000.00 | $ - |
| 779 | Wirt, Racheal | | | | X | | | $ 20,000.00 | $ - | $ (11,625.00) | $ - | $ 8,375.00 | $ - |