**Exhibit D - Stockholders**

### CETA STOCKHOLDER TOTALS - DISPUTED PORTION OF CLAIM
*Identified Columns only for individuals who did not submit a claim form*

| Project Name | Claim Number | Claim Name | Claimed Invested | Claimed Repayment | Claimed Net Loss | Identified Investments* | Identified Repayment* | Identified Net Loss* | Determined Investment Amount | Determined Disbursement Amounts | Determined Net Loss | Suspended |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CETA Stock | 96 | Capps, Bennie | $ 537,789.00 | $ - | $ 537,789.00 | $ - | $ - | $ - | $ 537,789.00 | $ - | $ 537,789.00 | $ 537,789.00 |
| CETA Stock | 400 | Landry II, Don | $ 275,000.00 | $ (10,837.50) | $ 264,162.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ 264,162.50 |
| CETA Stock | 490 | Moncla, Leon Charles, Moncla Family Partnership & affiliates of "Moncla Parties" | $ 14,692,257.43 | $ (680,601.06) | $ 14,011,656.37 | $ - | $ - | $ - | | $ - | $ - | $ 14,011,656.37 |
| CETA Stock | 516 | Nolan, Matt | $ 127,500.00 | $ (45,764.69) | $ 81,735.31 | $ - | $ - | $ - | $ - | $ - | $ - | $ 81,735.31 |
| CETA Stock | 708 | Thomas Family LLC, Alfred & Janell | $ 12,276,078.00 | $ (586,500.00) | $ 11,689,578.00 | $ 12,276,078.00 | $ (956,500.00) | $ 11,319,578.00 | $ - | $ - | $ - | $ 11,689,578.00 |
| CETA Stock | 830 | A Toce Resources, LLC | $ 765,000.00 | $ (237,468.75) | $ 527,531.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ 527,531.25 |
| CETA Stock | 831 | Toce Sr, Andre (Longhorn) | $ 227,500.00 | $ (188,914.47) | $ 38,585.53 | $ - | $ - | $ - | $ 227,500.00 | $ (188,914.47) | $ 38,585.53 | $ 38,585.53 |
| CETA Stock | 832 | Toce Sr, Andre (Land) | $ 320,500.00 | $ (186,000.00) | $ 134,500.00 | $ - | $ - | $ - | $ 320,500.00 | $ (186,000.00) | $ 134,500.00 | $ 134,500.00 |
| CETA Stock | 887 | Domingues, Edward & Rickey | $ - | $ - | $ - | $ - | $ (56,896.91) | $ (56,896.91) | $ - | $ - | $ - | $ - |
| CETA Stock | 906 | Fryer, Linda | $ - | $ - | $ - | $ 5,000.00 | $ (80,000.00) | $ (75,000.00) | $ - | $ - | $ - | $ - |
| CETA Stock | 918 | Purkey Jr., Richard | $ - | $ - | $ - | $ - | $ (306,452.32) | $ (306,452.32) | $ - | $ - | $ - | $ - |
| CETA Stock | 919 | RK Mechanical, Inc. | $ - | $ - | $ - | $ 439,875.00 | $ (458,569.68) | $ (18,694.68) | $ - | $ - | $ - | $ - |
| CETA Stock | 950 | Gregory / Tressa Trahan Or Trustee (G&T Management, LLC / Arnauldville, LA) | $ 1,456,690.00 | $ (421,123.38) | $ 1,035,566.62 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,035,566.62 |
| CETA Stock | 1046 | Toce, Sr, Andrew | | $ - | $ - | $ 36,250.00 | $ (119,750.00) | $ (83,500.00) | $ - | $ - | $ - | $ - |
| Freestone Stock | 400 | Landry II, Don | $ 40,000.00 | $ (8,257.60) | $ 31,742.40 | $ 440,576.23 | $ (37,159.23) | $ 403,417.00 | $ - | $ - | $ - | $ 403,417.00 |
| Freestone Stock | 516 | Nolan, Matt | $ 80,000.00 | $ (22,450.00) | $ 57,550.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 57,550.00 |
| Freestone Stock | 887 | Domingues, Edward & Rickey | $ - | $ - | $ - | $ - | $ (42,075.00) | $ (42,075.00) | $ - | $ - | $ - | $ - |
| Freestone Stock | 950 | Gregory / Tressa Trahan Or Trustee (G&T Management, LLC / Arnauldville, LA) | $ 322,000.00 | $ (30,791.25) | $ 291,208.75 | $ - | $ - | $ - | $ - | $ - | $ - | $ 291,208.75 |
| | | Total | $ 31,120,314.43 | $ (2,418,708.70) | $ 28,701,605.73 | $ 13,197,779.23 | $ (2,057,403.14) | $ 11,140,376.09 | $ 1,085,789.00 | $ (374,914.47) | $ 710,874.53 | $ 29,073,280.33 |

### Non-Ceta Stock Transactions
*Identified Column lists transactions not identified in the claim form*

| Status | Claim Number | Claim Name | Claimed Invested | Claimed Repayment | Claimed Net Loss | Identified Transactions* | Identified Repayments* | Identified Net Loss* | Determined Investment Amount | Determined Disbursement Amounts | Determined Net Loss | Prospective Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pending | 96 | Capps, Bennie | $ 7,879,665.00 | $ (7,116,265.00) | $ 763,400.00 | | | | $ 7,900,574.10 | $ (7,116,265.00) | $ 784,309.10 | $ 784,309.10 |
| Pending | 400 | Landry II, Don | $ - | $ (39,000.00) | $ (39,000.00) | $ 242,575.00 | $ (156,000.00) | $ 86,575.00 | | | | $ 47,575.00 |
| Pending | 490 | Moncla, Leon Charles, Moncla Family Partnership & affiliates of "Moncla Parties" | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| Pending | 516 | Nolan, Matt | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| Pending | 708 | Thomas Family LLC, Alfred & Janell | $ - | $ - | $ - | $ - | $ (255,578.00) | $ (255,578.00) | $ - | $ - | $ - | $ - |
| Pending | 830 | A Toce Resources, LLC | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| Pending | 831 | Toce Sr, Andre (Longhorn) | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| Pending | 832 | Toce Sr, Andre (Land) | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| Pending | 887 | Domingues, Edward & Rickey | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| Pending | 906 | Fryer, Linda | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| Pending | 918 | Purkey Jr., Richard | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| Pending | 919 | RK Mechanical, Inc. | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| Pending | 950 | Gregory / Tressa Trahan Or Trustee (G&T Management, LLC / Arnauldville, LA) | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| Pending | 1046 | Toce, Sr, Andrew | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - |
| | | Total | $ 7,879,665.00 | $ (7,155,265.00) | $ 724,400.00 | $ 242,575.00 | $ (411,578.00) | $ (169,003.00) | $ 7,900,574.10 | $ (7,116,265.00) | $ 784,309.10 | $ 831,884.10 |