**EXHIBIT E - Unibank Related Claims**

| Claim No. | Claimant | Claimant Affiliated | Hill | Unibank | CASH CONTRIBUTIONS Reported | CASH CONTRIBUTIONS Determined | CASH RETURN PAYMENTS Reported | CASH RETURN PAYMENTS Determined | NET CASH LOSS Reported | NET CASH LOSS Determined | SUSPENDED Amount $ 28,259,718.09 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | Blough, Jason | Blough Investment Holdings LLC; Blough Investment Holdings LLC (Jason H Blough); Blough, Jason | | X | $ 300,000.00 | $ 300,000.00 | $ (131,000.00) | $ (131,000.00) | $ 169,000.00 | $ 169,000.00 | $ 169,000.00 |
| 66 | Bowman, Brodie | | | X | $ 2,545,000.00 | $ 2,545,000.00 | $ (838,411.25) | $ (838,411.25) | $ 1,706,588.75 | $ 1,706,588.75 | $ 1,706,588.75 |
| 78 | Bryant, Jake | | | X | $ 2,269,535.00 | $ 2,269,535.00 | $ (339,724.00) | $ (339,724.00) | $ 1,929,811.00 | $ 1,929,811.00 | $ 1,929,811.00 |
| 114 | Chu, Brian | | | X | $ 1,771,819.00 | $ 1,771,819.00 | $ - | $ - | $ 1,771,819.00 | $ 1,771,819.00 | $ 1,771,819.00 |
| 174 | Douglas, James | | | X | $ 189,000.00 | $ 198,000.00 | $ (31,115.00) | $ (31,115.00) | $ 157,885.00 | $ 166,885.00 | $ 166,885.00 |
| 177 | Douglas, Kevin | | | X | $ 6,265,000.00 | $ 6,301,500.00 | $ (2,727,214.73) | $ (2,727,275.06) | $ 3,537,785.27 | $ 3,574,224.94 | $ 3,574,224.94 |
| 176 | Douglas, Mark | Allimar Holdings GP; Douglas, Mark; Douglas, Allison | | X | $ 4,296,500.00 | $ 4,296,500.00 | $ (1,896,292.70) | $ (1,405,263.20) | $ 2,400,207.30 | $ 2,891,236.80 | $ 2,891,236.80 |
| 1047 | Holton, Lance T. | | | X | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 352 | Jone, Raymond | | | X | $ 700,000.00 | $ 700,000.00 | $ (230,026.88) | $ (230,026.88) | $ 469,973.12 | $ 469,973.12 | $ 469,973.12 |
| 420 | Lee, Kwansoo | | | X | $ 4,607,638.00 | $ 4,607,638.00 | $ (474,986.83) | $ (474,986.83) | $ 4,132,651.17 | $ 4,132,651.17 | $ 4,132,651.17 |
| 471 | McGarrah, Stephen Blake | Bluestrat Holdings, LLC (Stephen Blake McGarrah); McGarrah, Stephen Blake | | X | $ 2,848,000.00 | $ 2,848,000.00 | $ (2,132,498.00) | $ (2,132,494.27) | $ 715,502.00 | $ 715,505.73 | $ 715,505.73 |
| 511 | Nguyen, Dat | | | X | $ 100,000.00 | $ 100,000.00 | $ (65,708.33) | $ (65,708.33) | $ 34,291.67 | $ 34,291.67 | $ 34,291.67 |
| 817 | Peabody, Seth | | | X | $ 2,547,875.00 | $ 2,547,875.00 | $ (794,846.60) | $ (794,846.60) | $ 1,753,028.40 | $ 1,753,028.40 | $ 1,753,028.40 |
| 554 | Pinkerton, Gary | Pinkerton, Gary; Sun A OK, LLC | | X | $ 400,000.00 | $ 664,000.00 | $ (218,586.61) | $ (218,586.61) | $ 181,413.39 | $ 445,413.39 | $ 445,413.39 |
| 555 | Pinkerton, Susan | | | X | $ 1,830,000.00 | $ 1,566,000.00 | $ (591,534.56) | $ (591,534.56) | $ 1,238,465.44 | $ 974,465.44 | $ 974,465.44 |
| 828 | Pollack Brothers Limited | | | X | $ 1,650,000.00 | $ 1,650,000.00 | $ (188,323.00) | $ (188,382.00) | $ 1,461,677.00 | $ 1,461,618.00 | $ 1,461,618.00 |
| 567 | Pollack, Adam | | | X | $ 100,000.00 | $ 100,000.00 | $ (91,250.00) | $ (91,250.00) | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 |
| 581 | RAIT Energy 121 - Matthew Lewis, Kunzler Bean & Adamson | | | X | $ 1,650,000.00 | $ 1,650,000.00 | $ - | $ - | $ 1,650,000.00 | $ 1,650,000.00 | $ 1,650,000.00 |
| 594 | Richard, Ryan | | | X | $ 2,147,000.00 | $ 2,147,000.00 | $ (1,256,877.57) | $ (1,266,627.57) | $ 890,122.43 | $ 880,372.43 | $ 880,372.43 |
| 654 | Slagle, Kyle | Slagle, Kyle; SP-MO LLC | | X | $ 301,000.00 | $ 301,000.00 | $ (109,000.00) | $ (109,000.00) | $ 192,000.00 | $ 192,000.00 | $ 192,000.00 |
| 690 | Talosig, Paul & Anna | | | X | $ 200,000.00 | $ 200,000.00 | $ (11,821.67) | $ (11,821.67) | $ 188,178.33 | $ 188,178.33 | $ 188,178.33 |
| 860 | Tillman, Stacey | | | X | $ 1,650,000.00 | $ 1,650,000.00 | $ (709,921.30) | $ (699,921.30) | $ 940,078.70 | $ 950,078.70 | $ 950,078.70 |
| 742 | Vilt, Jim | | | X | $ 150,000.00 | $ 150,000.00 | $ (30,000.00) | $ (30,000.00) | $ 120,000.00 | $ 120,000.00 | $ 120,000.00 |
| 1048 | Water Stations LLC | | | X | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 765 | White, Aaron | | | X | $ 2,621,500.00 | $ 2,621,500.00 | $ (547,673.78) | $ (547,673.78) | $ 2,073,826.22 | $ 2,073,826.22 | $ 2,073,826.22 |