## Exhibit F - Promoter Breakdown

### Total Scheme Breakdown

| Promoter | Determined Investments | Determined Disbursements | Net Position Loss or (Gain) |
|---|---|---|---|
| Abide | $ 35,694,208.06 | $ (34,839,337.57) | $ 854,870.49 |
| Hill | $ 40,170,082.32 | $ (14,347,309.42) | $ 25,822,772.90 |
| Keels | $ 8,706,665.42 | $ (2,537,438.10) | $ 6,169,227.32 |
| Kevin Douglas | $ 7,516,875.00 | $ (366,896.00) | $ 7,149,979.00 |
| Shelly | $ 175,616,000.00 | $ (54,287,907.44) | $ 121,328,092.56 |
| Zook | $ 57,061,147.66 | $ (55,702,899.43) | $ 1,358,248.23 |
| Unknown | $ 470,000.00 | $ (963,450.96) | $ (493,450.96) |
| Total | $ 325,234,978.46 | $ (163,045,238.92) | $ 162,189,739.54 |

### Promoters' Personal Net Position

| Promoter | Determined Investments | Determined Disbursements | Net Position Loss or (Gain) |
|---|---|---|---|
| Abide-Promoter | $ 354,096.00 | $ (5,735,243.19) | $ (5,381,147.19) |
| Keels-Promoter | $ 1,400.00 | $ - | $ 1,400.00 |
| Kevin Douglas-Promoter | $ 990,000.00 | $ (93,345.00) | $ 896,655.00 |
| Shelly-Promoter | $ 700,000.00 | $ (8,027,006.83) | $ (7,327,006.83) |
| Zook-Promoter | $ 18,035,147.66 | $ (25,272,027.29) | $ (7,236,879.63) |
| Total | $ 20,080,643.66 | $ (39,127,622.31) | $ (19,046,978.65) |

### Promoters' Investors' Net Position

| Promoter | Determined Investments | Determined Disbursements | Net Position Loss or (Gain) |
|---|---|---|---|
| Abide-Investor | $ 35,340,112.06 | $ (29,104,094.38) | $ 6,236,017.68 |
| Hill-Investor | $ 40,170,082.32 | $ (14,347,309.42) | $ 25,822,772.90 |
| Keels-Investor | $ 8,705,265.42 | $ (2,537,438.10) | $ 6,167,827.32 |
| Kevin Douglas-Investor | $ 6,526,875.00 | $ (273,551.00) | $ 6,253,324.00 |
| Shelly-Investor | $ 174,916,000.00 | $ (46,260,900.61) | $ 128,655,099.39 |
| Zook-Investor | $ 39,026,000.00 | $ (30,430,872.14) | $ 8,595,127.86 |
| Unknown | $ 470,000.00 | $ (963,450.96) | $ (493,450.96) |
| Total | $ 305,154,334.80 | $ (123,917,616.61) | $ 181,236,718.19 |