## **EXHIBIT G - Vendor Data**

| | Grand Total |
|---|---|
| **Claimed Owed** | $ 2,029,313.54 |
| **Settled Amount** | $ 435,176.59 |

| Claim Number | Claim Name | Project Name | Claimed Owed | Settled Amount | Status |
|---|---|---|---|---|---|
| 837 | Agilent Technologies (Vendor) | Vendor Debt | $ 435,176.59 | $ 435,176.59 | Approved - Settled |
| 839 | Call 4 Computers (Vendor) | Vendor Debt | $ 4,530.00 | $ - | Pending |
| 843 | Custom Hose LLC (Vendor) | Vendor Debt | $ - | $ - | Pending |
| 1049 | Efficient Insulation (Vendor) | Vendor Debt | $ 109,000.00 | | Pending |
| 844 | ETG Fire | Vendor Debt | $ 10,587.50 | $ - | Pending |
| 985 | Tacker Construction (Vendor) | Vendor Debt | $ 93,300.00 | $ - | Pending |
| 987 | Terry Vaughan Construction (Vendor) | Vendor Debt | $ 119,700.00 | $ - | Pending |
| 929 | Tim Bowen / Robin Bowen / P.W.C. Industries, Inc. (TX) (Vendor) | Vendor Debt | $ 1,247,667.45 | $ - | Pending |
| 986 | Total Quality Logistics, LLC (Vendor) | Vendor Debt | $ 7,250.00 | $ - | Pending |
| 845 | Tracy Hammond dba Hammond Services (Vendor) | Vendor Debt | $ 2,102.00 | $ - | Pending |