## EXHIBIT H - Unibank Breakout Claims

**Note:** Claim Nos. 114 and 420 claimed interest on their Unibank loan. The amount of interest claimed has been added to both the investors' contributions and Unibank's contribution. Their Claim No Total net cash loss will thus be higher than the number detailed in Exhibit C.

| | | | | DETERMINED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CASH CONTRIBUTIONS | | CASH RETURN PAYMENTS | | NET CASH LOSS | | CLAIM NO. TOTAL NET CASH LOSS |
| Claim No. | Claimant | Claimant Affiliated | Unibank | Investor | Unibank | Investor | Unibank | Investor | Unibank | Total |
| 60 | Blough, Jason | Blough Investment Holdings LLC; Blough Investment Holdings LLC (Jason H Blough); Blough, Jason | X | $ 300,000.00 | $ - | $ (131,000.00) | $ - | $ 169,000.00 | $ - | $ 169,000.00 |
| 66 | Bowman, Brodie | | X | $ 1,390,000.00 | $ 1,155,000.00 | $ (365,000.00) | $ (473,411.25) | $ 1,025,000.00 | $ 681,588.75 | $ 1,706,588.75 |
| 78 | Bryant, Jake | | X | $ 1,114,535.00 | $ 1,155,000.00 | $ (174,998.00) | $ (164,726.00) | $ 939,537.00 | $ 990,274.00 | $ 1,929,811.00 |
| 114 | Chu, Brian | | X | $ 616,819.00 | $ 1,276,819.00 | $ - | $ - | $ 616,819.00 | $ 1,276,819.00 | $ 1,893,638.00 |
| 174 | Douglas, James | | X | $ 198,000.00 | $ - | $ (31,115.00) | $ - | $ 166,885.00 | $ - | $ 166,885.00 |
| 177 | Douglas, Kevin | | X | $ 3,151,500.00 | $ 3,150,000.00 | $ (944,338.33) | $ (1,782,936.73) | $ 2,207,161.67 | $ 1,367,063.27 | $ 3,574,224.94 |
| 176 | Douglas, Mark | Allimar Holdings GP; Douglas, Mark; Douglas, Allison | X | $ 1,986,500.00 | $ 2,310,000.00 | $ (497,000.00) | $ (908,263.20) | $ 1,489,500.00 | $ 1,401,736.80 | $ 2,891,236.80 |
| 1047 | Holton, Lance T. | | X | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 352 | Jone, Raymond | | X | $ 700,000.00 | $ - | $ (230,026.88) | $ - | $ 469,973.12 | $ - | $ 469,973.12 |
| 420 | Lee, Kwansoo | | X | $ 2,297,638.00 | $ 2,553,638.00 | $ (474,986.83) | $ - | $ 1,822,651.17 | $ 2,553,638.00 | $ 4,376,289.17 |
| 471 | McGarrah, Stephen Blake | Bluestrat Holdings, LLC (Stephen Blake McGarrah); McGarrah, Stephen Blake | X | $ 1,693,000.00 | $ 1,155,000.00 | $ (1,111,445.67) | $ (1,021,048.60) | $ 581,554.33 | $ 133,951.40 | $ 715,505.73 |
| 511 | Nguyen, Dat | | X | $ 100,000.00 | $ - | $ (65,708.33) | $ - | $ 34,291.67 | $ - | $ 34,291.67 |
| 817 | Peabody, Seth | | X | $ 1,392,875.00 | $ 1,155,000.00 | $ (312,865.10) | $ (481,981.50) | $ 1,080,009.90 | $ 673,018.50 | $ 1,753,028.40 |
| 554 | Pinkerton, Gary | Pinkerton, Gary; Sun A OK, LLC | X | $ 664,000.00 | $ - | $ (218,586.61) | $ - | $ 445,413.39 | $ - | $ 445,413.39 |
| 555 | Pinkerton, Susan | | X | $ 1,566,000.00 | $ - | $ (591,534.56) | $ - | $ 974,465.44 | $ - | $ 974,465.44 |
| 828 | Pollack Brothers Limited | | X | $ 495,000.00 | $ 1,155,000.00 | $ - | $ (188,382.00) | $ 495,000.00 | $ 966,618.00 | $ 1,461,618.00 |
| 567 | Pollack, Adam | | X | $ 100,000.00 | $ - | $ (91,250.00) | $ - | $ 8,750.00 | $ - | $ 8,750.00 |
| 581 | RAIT Energy 121 - Matthew Lewis, Kunzler Bean & Adamson | | X | $ 495,000.00 | $ 1,155,000.00 | $ - | $ - | $ 495,000.00 | $ 1,155,000.00 | $ 1,650,000.00 |
| 594 | Richard, Ryan | | X | $ 992,000.00 | $ 1,155,000.00 | $ (194,893.28) | $ (1,071,734.29) | $ 797,106.72 | $ 83,265.71 | $ 880,372.43 |
| 654 | Slagle, Kyle | Slagle, Kyle; SP-MO LLC | X | $ 301,000.00 | $ - | $ (109,000.00) | $ - | $ 192,000.00 | $ - | $ 192,000.00 |
| 690 | Talosig, Paul & Anna | | X | $ 200,000.00 | $ - | $ (11,821.67) | $ - | $ 188,178.33 | $ - | $ 188,178.33 |
| 860 | Tillman, Stacey | | X | $ 495,000.00 | $ 1,155,000.00 | $ - | $ (699,921.30) | $ 495,000.00 | $ 455,078.70 | $ 950,078.70 |
| 742 | Vilt, Jim | | X | $ 150,000.00 | $ - | $ (30,000.00) | $ - | $ 120,000.00 | $ - | $ 120,000.00 |
| 1048 | Water Stations LLC | | X | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 765 | White, Aaron | | X | $ 1,466,500.00 | $ 1,155,000.00 | $ (392,918.78) | $ (154,755.00) | $ 1,073,581.22 | $ 1,000,245.00 | $ 2,073,826.22 |
| | | | | | | | Totals: | $ 15,886,877.96 | $ 12,738,297.13 | $ 28,625,175.09 |