IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| V.  § | Case No. 6:23-cv-00321 |
| § | |
| ROY W. HILL, et al.  § | |

**ORDER DENYING MOTION FOR RECONSIDERATION**

BEFORE the Court is the Defendant Roy Hill's motion for reconsideration (Doc. 120), and the Court, considering the response and the record, denies the motion.

SO ORDERED this _____ day of _____, 2025

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE