IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SECURITIES AND EXCHANGE COMMISSION, §
§
V. § Case No. 6:23-cv-00321
§
ROY W. HILL, et al. §

## ORDER DENYING MOTION FOR RECONSIDERATION

BEFORE the Court is the Defendant Roy Hill's motion for reconsideration (Doc. 120), and the Court, considering the response and the record, denies the motion.

SO ORDERED this 23rd day of April, 2025

_____
HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE