IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| V. | § | Case No. 6:23-cv-00321 |
| | § | |
| ROY W. HILL, et al. | § | |

## APPENDIX IN SUPPORT OF RECEIVER'S SEVENTH INTERIM FEE APPLICATION

Respectfully submitted,

*/s/ Dennis Roossien*
Dennis L. Roossien, Jr.
Tex. Bar No. 00784873
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659
(214) 740-5108
(214) 855-7584 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this document with the Clerk using the electronic case filing system of the court. The electronic case filing system sends a "Notice of Electronic Filing" to the attorneys of record in this case with a link to all pleadings simultaneously with the filing thereof.

*/s/ Dennis Roossien*
Dennis Roossien

APPENDIX IN SUPPORT OF RECEIVER'S FEE APPLICATION

| | 2024 | | | | | | | | | 2025 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Feb | March | April | May | June | July | Aug | Nov | Dec | Jan | Feb | Total |
| Date | 03/05/2024 | 04/01/2024 | 05/01/2024 | 06/05/2024 | 07/10/2024 | 08/02/2024 | 09/05/2024 | 12/15/2024 | 01/01/2025 | 02/01/2025 | 03/05/2025 | |
| Number | 24-02 | 24-03 | 24-04 | 24-05 | 24-06 | 24-07 | 24-08 | 24-11 | 24-12 | 25-1 | 25-2 | Total |
| Services 1 | $7,150.00 | $13,532.50 | $6,500.00 | $4,793.75 | $2,193.75 | $9,425.00 | $1,056.25 | $406.25 | $568.75 | $1,218.75 | $1,665.25 | $48,710.25 |
| Services 2 | 0.00 | 1,480.00 | 0.00 | 0.00 | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,480.00 |
| Airfare | 0.00 | 799.20 | 0.00 | 0.00 | 815.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,614.20 |
| Hotel | 0.00 | 298.00 | 0.00 | 0.00 | 0.00 | 261.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 559.26 |
| Taxi | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Meals | 0.00 | 150.00 | 0.00 | 0.00 | 50.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| Rental Car and Gas | 0.00 | 275.00 | 0.00 | 0.00 | 0.00 | 145.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 420.51 |
| Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Invoice Total (Calculated) | $7,150.00 | $16,534.70 | $6,500.00 | $4,793.75 | $3,558.75 | $10,431.77 | $1,056.25 | $406.25 | $568.75 | $1,218.75 | $1,665.25 | $54,084.22 |
| Invoiced Amount (per Invoice) | $7,150.00 | $16,534.70 | $6,500.00 | $4,793.75 | $3,558.75 | $10,431.76 | $1,056.25 | $406.25 | $568.75 | $1,218.75 | $1,665.25 | $54,084.21 |
| Difference | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.01 |
| Past Due Running Total | | $23,684.70 | $30,184.70 | $34,978.45 | $38,537.20 | $48,968.96 | $50,025.21 | $50,431.46 | $51,000.21 | $52,218.96 | $54,084.21 | |
| 24-02 | $7,150.00 | $71.50 | $72.22 | $72.94 | $73.67 | $74.40 | $75.15 | $75.90 | $76.66 | $89.04 | | $681.46 |
| 24-03 | | $16,534.70 | $165.35 | $167.00 | $168.67 | $170.36 | $172.06 | $173.78 | $175.52 | $203.67 | | $1,396.60 |
| 24-04 | | | $6,500.00 | $65.00 | $65.65 | $66.31 | $66.97 | $67.64 | $68.32 | $79.35 | | $479.23 |
| 24-05 | | | | $4,793.75 | $47.94 | $48.42 | $48.90 | $49.39 | $49.88 | $57.94 | | $302.47 |
| 24-06 | | | | | $3,558.75 | $35.59 | $35.94 | $36.30 | $36.67 | $42.59 | | $187.09 |
| 24-07 | | | | | | $10,431.76 | $104.32 | $105.36 | $106.41 | $123.60 | | $439.69 |
| 24-08 | | | | | | | $1,056.25 | $10.56 | $10.67 | $12.39 | | $33.62 |
| 24-11 | | | | | | | | $406.25 | $4.06 | $4.72 | | $8.78 |
| 24-12 | | | | | | | | | $568.75 | $6.54 | | $6.54 |
| Interest Due | | $71.50 | $237.56 | $304.94 | $355.92 | $395.07 | $503.34 | $518.94 | $528.19 | $680.03 | | $3,533.49 |
| Invoice + Interest Due | $7,150.00 | $16,606.20 | $6,737.56 | $5,098.69 | $3,914.67 | $10,826.84 | $1,559.59 | $925.19 | $1,096.94 | $1,898.78 | $1,665.25 | $57,619.71 |
| Prior under invoiced amount | | | | | | | | | | | | 915.94 |
| Total Amount Due | | | | | | | | | | | | $58,535.64 |

# INVOICE

**BWV Consulting**
57 Barbados Dr.
Putnam, IL 61560
T 815-878-9436
Customer:    Albert C Black III
            c/o Dennis L. Roossen Jr.
            Munsch, Hardt Kopf & Harr P.C.
            500 N. Akard Ste. 3800
            Dallas TX. 75201

**Invoice Number: 24-02**
**Invoice Period: February 1, 2024 – February 29, 2024**
**Invoice Date: March 5, 2024**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Services/ Labor – Hours | 22 | 325 | $7,150.00 |
| Services/ Labor Driving hours | 0 | 0 | $0.00 |
| Hotel nights | 0 | - | $0.00 |
| Air Fare trips | 0 | 0 | $0.00 |
| Car/ Transportation (Uber) | 0 | - | $0.00 |
| Meals (50.00/ Day) | 0 | 0 | $0.00 |
| Rental Car & gas | 0 | - | $0.00 |
| Sub total | | | $7,150.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | $7,150.00 |

Terms are Net 30

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam, IL 61560

BWV Consulting                                           Feb. 2, 2024

# INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**
**Customer:** **Albert C Black III**
**c/o Dennis L. Roossen Jr.**
**Munsch, Hardt Kopf & Harr P.C.**
**500 N. Akard Ste. 3800**
**Dallas TX 75201**

Invoice Number: 24-03

**Invoice Period: March 1, 2024 – March 31, 2024**
**Invoice Date: April 1, 2024**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Services/ Labor—Hours | 0 | 325 | $13,532.50 |
| Services/ Labor Driving hours | 8 | 185 | $1,480.00 |
| Hotel nights | 2 | - | $298.00 |
| Air Fare trips | 1 | 0 | $799.20 |
| Car/ Transportation (Uber) | 1 | - | $0.00 |
| Meals (50.00/ Day) | 3 | 50 | $150.00 |
| Rental Car & gas | 0 | - | $275.00 |
| **Sub total** | | | **$16,534.70** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | | $16,534.70 ✓ |

Terms are Net 30

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

*Interest*        *71.50*
                  *16,606.20*

BWV Consulting                              Apr. 1 2024

**INVOICE**

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**

Customer:     **Albert C Black III**
              **c/o Dennis L. Roossen Jr.**
              **Munsch, Hardt Kopf & Harr P.C.**
              **500 N. Akard Ste. 3800**
              **Dallas TX. 75201**
**Invoice Number: 24-04**
**Invoice Period: April 1, 2024 – April 30, 2024**
**Invoice Date: May 1, 2024**

| Description | | Units/Hrs | Rate | Total |
|---|---|---|---|---|
| Services/ Labor – Hours | | 16 | 325 | $6,500.00 |
| Services/ Labor Driving hours | | 0 | 185 | $0.00 |
| Hotel nights (Fairfield & DFW) | | 0 | - | $0.00 |
| Air Fare trips ( American PIA to DFW) | | 0 | 0 | $0.00 |
| Car/ Transportation (Uber) | | 0 | - | $0.00 |
| Meals (50.00/ Day) | | 0 | 50 | $0.00 |
| Rental Car & gas ( National 2 days) | | 0 | - | $0.00 |
| **Sub total** | | | | **$6,500.00** ✓ |
| | | | | |
| Feb Past due total @1.0% per month | | 7150 | 143 | $7,293.00 |
| Mar Past due total @1.0% per month | | 16534.7 | 165.35 | $16,700.05 |
| | | | | |
| | | | | |
| **Total** | | | | $30,493.05 |

Terms are Net 30

237.56
6,737.56

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

BWV Consulting

**INVOICE**

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**

**Customer:**    **Albert C Black III**
                **c/o Dennis L. Roossen Jr.**
                **Munsch, Hardt Kopf & Harr P.C.**
                **500 N. Akard Ste. 3800**
                **Dallas TX. 75201**
**Invoice Number: 24-05**
**Invoice Period: May 1, 2024 –  May 31, 2024**
**Invoice Date: June 5 , 2024**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Services/ Labor – Hours | 14.75 | 325 | $4,793.75 |
| Services/ Labor Driving hours | 0 | 185 | $0.00 |
| Hotel nights (Fairfield & DFW) | 0 | - | $0.00 |
| Air Fare trips ( American PIA to DFW) | 0 | 0 | $0.00 |
| Car/ Transportation (Uber) | 0 | - | $0.00 |
| Meals (50.00/ Day) | 0 | 50 | $0.00 |
| Rental Car & gas ( National 2 days) | 0 | - | $0.00 |
| **Sub total** | | | **$4,793.75** |
| | | | |
| Feb Past due total | | | ~~$7,150.00~~ |
| Mar Past due total | | | $~~16,534~~.70 |
| April Past due total | | | ~~$6,500.00~~ |
| | | | |
| | | | |
| **Total (with past due amount as of 6/5/24)** | | | $~~34,978~~.45 |

Terms are Net 30

*(handwritten)* 304.96
*(handwritten)* 5,098.65

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

**Details**

BWV Consulting

# INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**

**Customer:**   **Albert C Black III**
            **c/o Dennis L. Roossen Jr.**
            **Munsch, Hardt Kopf & Harr P.C.**
            **500 N. Akard Ste. 3800**
            **Dallas TX. 75201**

**Invoice Number: 24-06**
**Invoice Period: June 1, 2024 – June 30, 2024**
**Invoice Date: July 10 , 2024**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Services/ Labor – Hours | 6.75 | 325 | $2,193.75 |
| Services/ Labor Driving hours | 4 | 125 | $500.00 |
| Hotel nights (Fairfield) | 0 | - | $0.00 |
| Air Fare trips ( American PIA to DFW) | 1 | 815 | $815.00 |
| Car/ Transportation (Uber) | 0 | - | $0.00 |
| Meals (50.00/ Day) | 1 | 50 | $50.00 |
| Rental Car & gas | 0 | - | $0.00 |
| **Sub total** | | | **$3,558.75** ✓ |
| | | | |
| Feb Past due total | | | $7,150.00 |
| Mar Past due total | | | $16,534.70 |
| April Past due total | | | $6,500.00 |
| May Past due total | | | $4,397.75 |
| | | | |
| **Total (with past due amount as of 7/10/24)** *no interest added due to court hold* | | | $39,772.20 |

Terms are Net 30

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

**Details**

BWV Consulting

# INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**

**Customer:**    **Albert C Black III**
                   **c/o Dennis L. Roossen Jr.**
                   **Munsch, Hardt Kopf & Harr P.C.**
                   **500 N. Akard Ste. 3800**
                   **Dallas TX. 75201**

**Invoice Number: 24-07**
**Invoice Period: July1, 2024 – July 31, 2024**
**Invoice Date: August 2 , 2024**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Services/ Labor – Hours | 29 | 325 | $9,425.00 |
| Services/ Labor Driving hours | 4 | 125 | $500.00 |
| Hotel nights (Fairfield) | 2 | 130.63 | $261.26 |
| Air Fare trips ( American PIA to DFW) | 1 | - | $0.00 |
| Car/ Transportation (Uber) | 0 | - | $0.00 |
| Meals (50.00/ Day) | 2 | 50 | $100.00 |
| Rental Car & gas | 2 | - | $145.51 |
| **Sub total** | | | **$10,431.76** |
| 2024 Past Due | | | |
| Feb Past due total | | | $7,150.00 |
| Mar Past due total | | | $16,534.70 |
| April Past due total | | | $6,500.00 |
| May Past due total | | | $4,397.75 |
| June Past due total | | | $3,558.75 |
| | | | |
| **Total (with past due amount as of 8/1/24)** *no interest added due to court hold* | | | $50,203.96 |

Terms are Net 30

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

**Details**

BWV Consulting

# INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**

**Customer:**    **Albert C Black III**
            **c/o Dennis L. Roossen Jr.**
            **Munsch, Hardt Kopf & Harr P.C.**
            **500 N. Akard Ste. 3800**
            **Dallas TX. 75201**

**Invoice Number: 24-08**
**Invoice Period: August 1, 2024 – August 31, 2024**
**Invoice Date: September 5 , 2024**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Services/ Labor – Hours | 3.25 | 325 | $1,056.25 |
| Services/ Labor Driving hours | 0 | 125 | $0.00 |
| Hotel nights (Fairfield) | 0 | 0 | $0.00 |
| Air Fare trips ( American PIA to DFW) | 0 | - | $0.00 |
| Car/ Transportation (Uber) | 0 | - | $0.00 |
| Meals (50.00/ Day) | 0 | 50 | $0.00 |
| Rental Car & gas | 0 | - | $0.00 |
| **Sub total** | | | **$1,056.25** |
| 2024 Past Due | | | |
| Feb Past due total | | | $7,150.00 |
| Mar Past due total | | | $16,534.70 |
| April Past due total | | | $6,500.00 |
| May Past due total | | | $4,793.75 |
| June Past due total | | | $3,558.75 |
| July Past Due | | | $10,431.76 |
| | | | |
| **Total (without past due amount as of 9/1/24)** | | | $50,025.21 |

Terms are Net 30 Interest will be reapplied if invoices are not made current by November 1, 2024

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

## Details

BWV Consulting

# INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**

**Customer:**   **Albert C Black III**
  **c/o Dennis L. Roossen Jr.**
  **Munsch, Hardt Kopf & Harr P.C.**
  **500 N. Akard Ste. 3800**
  **Dallas TX. 75201**

**Invoice Number: 24-11**
**Invoice Period: November 1, 2024 – November 30, 2024**
**Invoice Date: December 15 , 2024**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Expert Witness Services/ Labor – Hours | 1.25 | 325 | $406.25 |
| Services/ Labor - Driving hours | 0 | 125 | $0.00 |
| Site Supervision Services/Labor - Hours | 0 | 250 | $0.00 |
| Hotel nights | 0 | 0 | $0.00 |
| Air Fare trips | 0 | - | $0.00 |
| Car/ Transportation | 0 | - | $0.00 |
| Meals (50.00/ Day) | 0 | 50 | $0.00 |
| Rental Car & gas | 0 | - | $0.00 |
| **Sub total** | | | **$0.00** |
| YTD 2024 Past Due Interest | | | $2,351.99 |
| Prior Balance | | | $50,431.46 |
| | | | |
| | | | |
| | | | |
| **Total with Past due reinstated. 1% per month** | | | **$52,783.44** |

Terms are Net 30 Interest will be reapplied if invoices are not made current by November 1, 2024

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

**Details**

BWV Consulting

# INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**

**Customer:**   **Albert C Black III**
                **c/o Dennis L. Roossen Jr.**
                **Munsch, Hardt Kopf & Harr P.C.**
                **500 N. Akard Ste. 3800**
                **Dallas TX. 75201**

**Invoice Number: 24-12**
**Invoice Period: December 1, 2024 – December 31, 2024**
**Invoice Date: January 1 , 2025**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Expert Witness/consultant  Services/ Labor  Hours | 1.75 | 325 | $568.75 |
| Services/ Labor - Driving hours | 0 | 125 | $0.00 |
| Site Supervision Services/Labor - Hours | 0 | 250 | $0.00 |
| Hotel nights | 0 | 0 | $0.00 |
| Air Fare trips | 0 | - | $0.00 |
| Car/ Transportation | 0 | - | $0.00 |
| Meals (50.00/ Day) | 0 | 50 | $0.00 |
| Rental Car & gas | 0 | - | $0.00 |
| **Sub total** | | | **$0.00** |
| YTD 2024 Past Due Interest | | | $2,893.96 |
| Prior Balance | | | $51,000.21 |
| | | | |
| | | | |
| | | | |
| **Total with Past due reinstated. 1% per month** | | | **$53,894.17** |

Terms are Net 30 Interest will be reapplied if invoices are not made current by November 1, 2024

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

**Details**

BWV Consulting

# INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**

**Customer:**   **Albert C Black III**
            **c/o Dennis L. Roossen Jr.**
            **Munsch, Hardt Kopf & Harr P.C.**
            **500 N. Akard Ste. 3800**
            **Dallas TX. 75201**

**Invoice Number: 25-1**
**Invoice Period: January 1, 2025 – January 31, 2025**
**Invoice Date: February 1 , 2025**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Expert Witness/consultant Services/ Labor Hours | 3.75 | 325 | $1,218.75 |
| Services/ Labor - Driving hours | 0 | 125 | $0.00 |
| Site Supervision Services/Labor - Hours | 0 | 250 | $0.00 |
| Hotel nights | 0 | 0 | $0.00 |
| Air Fare trips | 0 | - | $0.00 |
| Car/ Transportation | 0 | - | $0.00 |
| Meals (50.00/ Day) | 0 | 50 | $0.00 |
| Rental Car & gas | 0 | - | $0.00 |
| **Sub total** | | | **$1,218.75** |
| YTD 2024 Past Due Interest | | | $1,838.78 |
| Prior Balance | | | $51,000.21 |
| | | | |
| | | | |
| | | | |
| **Total with Past due reinstated. 1% per month\*** | | | **$54,057.74** |

Terms are Net 30 Interest will be reapplied if invoices are not made current by November 1, 2024
   ***\*Interest rate increase effective January 1, 2025 = 1.15% on all past due balances.***

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

BWV Consulting

## Details

| Description | date | time | amount | tax | | Sum |
|---|---|---|---|---|---|---|
| | | | | | | |
| **January 2025** | | | | | | |
| Calls and Emails updates | | 01/06/25 | 0.5 | 325 | 0.00 | 162.50 |
| call and emails with TAZ and Bill | | 01/08/25 | 1.25 | 325 | 0.00 | 406.25 |
| Call with Taz | | 01/15/25 | 1 | 325 | 0.00 | 325.00 |
| Call with Bill W about TAZ and plans | | 01/21/25 | 1 | 325 | 0.00 | 325.00 |
| | | | | | | |
| | | | | | | |
| **_January Total_** | | | **_3.75_** | | | **_1218.75_** |

BWV Consulting

# INVOICE

**BWV Consulting**
**57 Barbados Dr.**
**Putnam, IL 61560**
**T 815-878-9436**

**Customer:**    **Albert C Black III**
**c/o Dennis L. Roossen Jr.**
**Munsch, Hardt Kopf & Harr P.C.**
**500 N. Akard Ste. 3800**
**Dallas TX. 75201**

**Invoice Number: 25-2**
**Invoice Period: February 1, 2025 – February 28, 2025**
**Invoice Date: February 3 , 2025**

| Description | Units/Hrs | Rate | Total |
|---|---|---|---|
| Expert Witness/consultant  Services/ Labor  Hours | 5 | 325 | $1.865.25 |
| Services/ Labor - Driving hours | 0 | 125 | $0.00 |
| Site Supervision Services/Labor - Hours | 0 | 250 | $0.00 |
| Hotel nights | 0 | 0 | $0.00 |
| Air Fare trips | 0 | - | $0.00 |
| Car/ Transportation | 0 | - | $0.00 |
| Meals (50.00/ Day) | 0 | 50 | $0.00 |
| Rental Car & gas | 0 | - | $0.00 |
| **Sub total** | | | **$1,865.25** |
| YTD 2024 Past Due Interest | | | ~~$2,496.41~~ |
| Prior Balance | | | ~~$52,218.96~~ |
| | | | |
| | | | |
| | | | |
| **Total with Past due reinstated. 1.15% per month\*** | | | ~~$56,580.62~~ |

Terms are Net 30 Interest will be reapplied if invoices are not made current by November 1. 2024
*\*Interest rate increase effective January 1, 2025 = 1.15% on all past due balances.*

Payable to:
BW Veech Consulting
57 Barbados Dr.
Putnam. IL 61560

*[handwritten:]* Total invoices  54,084.21
Interest Due  3,535.49
Under billed 2023/2024  915.94
Total due BWV  $58,535.64

BWV Consulting

**Details**

| Description | date | time | amount | tax | | Sum |
|---|---|---|---|---|---|---|
| **February 2025** | | | | | | |
| Call about sampling w/ Bill and TAS @ Bateman | | 02/03/25 | 1.1 | 325 | 0.00 | 357.50 |
| Calls and Emails updates | | 02/04/25 | 0.25 | 325 | 0.00 | 81.25 |
| Calls and Emails updates | | 02/06/25 | 0.25 | 325 | 0.00 | 81.25 |
| call and emails with TAZ and Bill | | 02/12/25 | 0.5 | 325 | 0.50 | 163.00 |
| Call with Taz about Waste Gen ID & ID of coal | | 02/13/25 | 2 | 325 | 0.00 | 650.00 |
| Call with Bill W about TAZ and plans & changes | | 02/14/25 | 2.25 | 325 | 0.00 | 731.25 |
| email permit review TAS | | 02/25/25 | 0.25 | 325 | 0.00 | 81.25 |
| email permit review TAS | | 02/28/25 | 0.5 | 325 | 0.00 | 162.50 |
| | | | | | | |
| **February Total** | | | **5** | | | **1869.25** |

BWV Consulting