IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>V.<br><br>ROY W. HILL, ERIC N. SHELLY,<br>CLEAN ENERGY TECHNOLOGY<br>ASSOCIATION, INC., and<br>FREEDOM IMPACT CONSULTING, LLC,<br><br>Defendants. | Case No. 6:23-cv-00321 |

## ORDER APPROVING UNOPPOSED FOURTH CLAIM RECOMMENDATION

This matter came before the Court on the fourth report and recommendation for claim approval filed by Receiver Albert C. Black III. The Court finds the recommendation is well-taken, and therefore approves the claim recommendation.

IT IS THEREFORE ORDERED that the Receiver shall promptly turnover to Ms. Lee's her designated agent physical possession of 50 Canadian Silver Leaf 1 oz coins and 54 American Gold Eagle 1 oz coins with an approximately value of $100,000.

IT IS SO ORDERED this 24th day of June, 2025.

HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE