IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| V. | § | Case No. 6:23-cv-00321 |
| | § | |
| ROY W. HILL, et al. | § | |

**RECEIVER'S FIFTH REPORT AND
UNOPPOSED RECOMMENDATION FOR CLAIM APPROVAL AND
RELATED SETTLEMENT**

Receiver Albert C. Black III ("Receiver") reports and recommends to the Court as follows:

## Introduction

1.     This fifth claim recommendation involves the claim of Edwina Hill and the Receiver's reciprocal claims against the Roy Hill Trust #2 ("Trust #2), of which Roy Hill is the Trustee and Edwina Hill is the beneficiary.  Edwina Hill asserts she is also an investor in the Clean Energy Technology Association, Inc. ("CETA").  In that capacity, she asserts a net cash loss of approximately $2 million.  The Receiver, on the other hand, has claw-back claims against Trust #2 based upon transfers of investor funds to Trust #2 made under Roy Hill's direction.  The proposed claim determination and related settlement resolves these competing claims.  Under the settlement, Edwina Hill receives certain assets of Trust #2 with limited value that were purchased prior to the CETA Ponzi scheme in full satisfaction of her claim, and the Receivership Estate receives substantial assets of Trust #2 that were purchased with CETA investor funds under Roy Hill's direction.

## Legal Standard

2.     A settlement should be approved where it is fair, equitable, reasonable, and in the best interest of the Receivership Estate.  *See, e.g., SEC v. Kaleta*, Case No. H–09–3674, 2013 WL 2408017 (S.D.Tex. May 31, 2013).

FIFTH CLAIM REPORT AND RECOMMENDATION – Page 1

**Facts**

3.      Edwina Hill and Roy Hill divorced in 1992.

4.      Prior to that time, Roy Hill established a number of trusts, including Trust #2.

5.      Edwina Hill is the beneficiary of Trust #2.

6.      Edwina Hill has produced notes reflecting investments in various of Roy Hill's ventures, including CETA.  The obligors on the notes include Roy Hill, Trust #2, and CETA.

7.      The face amount of the notes is $3 million.  However, Edwina Hill also received payments on the notes, such that her alleged net cash loss is approximately $2 million.

8.      The Receiver contends he has traced over $10 million to Trust #2 out of the CETA Ponzi scheme.  However, it appears to the Receiver that Roy Hill controlled Trust #2 and that he employed it in similar fashion to other trusts through which Roy Hill conducted CETA's business, funded in part his efforts relative to the Allen Brothers acquisition, and purchased certain assets for Trust #2.

9.      In the proposed settlement, the Receiver will receive (a) approximately $300,000 in cash from a Trust #2 account, and (b) real estate owned by Trust #2 with a presently estimated value of approximately $500,000; and Edwina Hill will receive real estate with an approximate value of $200,000 consisting of a storefront office owned since before the 1992 divorce and four small lots inherited or purchased before 2019.  The settlement also provides for a mutual release.

10.      A copy of the proposed settlement agreement is attached hereto as Exhibit 1.

**Recommendation**

11.      Based upon the foregoing, the Receiver recommends that the Receiver's claim determination and related settlement be approved.

WHEREFORE, the Receiver prays that the Court enter an order to such effect.

Respectfully submitted,


/s/ Dennis Roossien
Dennis L. Roossien, Jr.
Texas Bar No. 00784873
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone:  214.855.7535
droossien@munsch.com

COUNSEL FOR RECEIVER


## CERTIFICATE OF CONFERENCE

I hereby certify that this motion is unopposed.

/s/ Dennis Roossien


## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2026, a true and correct copy of the foregoing instrument was served electronically in compliance with the Court's Electronic Filing Procedures on all counsel of record who are deemed to have consented to electronic service.


/s/ Dennis Roossien