# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | § § § | |
| **v.** | § § | **Civil Action No. 6:23-cv-321** |
| **ROY W. HILL, ERIC N. SHELLY, CLEAN ENERGY TECHNOLOGY ASSOCIATION, INC., and FREEDOM IMPACT CONSULTING, LLC.** | § § § § § § | |

## ORDER ON RECEIVER'S FIFTH REPORT AND UNOPPOSED RECOMMENDATION FOR CLAIM APPROVAL AND RELATED SETTLEMENT

Before this Court is the Receiver's Fifth Report and Unopposed Recommendation for Claim Approval and Related Settlement filed by Albert C. Black, III ("Receiver"). The Court, having considered the same and the terms in the fully signed Settlement Agreement and Mutual Release (Dkt. 177-1) and incorporated herein for all purposes (which was signed subject to Court approval), hereby approves the Receiver's claim determination and the related Settlement Agreement and Mutual Release is approved. The Court understands that other parties to the Settlement Agreement and Mutual Release disagree with some of the Receiver's positions recited in Receiver's motion, and this Order does not address those areas of disagreement.

1

As set out in Section 20 of the Settlement Agreement and Mutual Release, this Court's approval of the settlement is a final order as to its subject matter as set forth in the Settlement Agreement and Mutual Release.

It is SO ORDERED this 30th day of June, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE